**PANISH SHEA BOYLE RAVIPUDI LLP**
BRIAN J. PANISH, NV Bar No. 16123 (*admission pending*)
  panish@psbr.law
RAHUL RAVIPUDI, NV Bar No. 14750
  rravipudi@psbr.law
IAN SAMSON, NV Bar No. 15089
  isamson@psbr.law
ADAM ELLIS, NV Bar No. 14514
  aellis@psbr.law
300 S. Fourth Street, Suite 710
Las Vegas, Nevada 89101
Telephone: 702.560.5520

**HAGENS BERMAN SOBEL SHAPIRO LLP**
Steve W. Berman, Esq. (*pro hac vice forthcoming*)
steve@hbsslaw.com
Stephanie A. Verdoia, Esq. (*pro hac vice forthcoming*)
stephaniev@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(P) (206) 623-7292 (F) (206) 623-0594
-and-
Rio S. Pierce, Esq. (*pro hac vice forthcoming*)
riop@hbsslaw.com
Hannah K. Song, Esq. (*pro hac vice forthcoming*)
hannahso@hbsslaw.com
715 Hearst Ave, Suite 202
Berkley, CA 94710
(P) (206) 623-7292 (F) (206) 623-0594

*Counsel for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00140<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, attorney of record for Plaintiffs and the putative class, certifies that there are no known interested parties other than those participating in the case and the putative class members.

Dated: January 25, 2023

Respectfully submitted,

By: */s/ Adam Ellis*
**PANISH SHEA BOYLE RAVIPUDI LLP**
BRIAN J. PANISH, NV Bar No. 16123
(*admission pending*)
RAHUL RAVIPUDI, NV Bar No. 14750
IAN SAMSON, NV Bar No. 15089
ADAM ELLIS, NV Bar No. 14514
300 S. Fourth Street, Suite 710
Las Vegas, Nevada 89101
Telephone: 702.560.5520

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq. (*pro hac vice forthcoming*)
Stephanie A. Verdoia, Esq. (*pro hac vice forthcoming*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101

Rio S. Pierce, Esq. (*pro hac vice forthcoming*)
Hannah K. Song, Esq. (*pro hac vice forthcoming*)
715 Hearst Ave, Suite 202
Berkeley, California 94710

*Attorneys for Plaintiffs and the Putative Class*