AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT, INC., TREASURE ISLAND, LLC, WYNN RESORTS<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-00140-MMD-DJA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAESARS ENTERTAINMENT, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   IAN SAMSON, NV Bar No. 15089
   isamson@psbr.law
   300 S. Fourth Street, Suite 710
   Las Vegas, Nevada 89101
   Telephone: 702.560.5520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 1/26/2023

*Signature of Clerk or Deputy Clerk*

| *Attorney or Party without Attorney:*<br>BRIAN J. PANISH (SBN 16123)<br>Panish Shea Boyle Ravipudi, LLP<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>  *Telephone No:* 702-560-5520<br>  *Attorney For:* Plaintiffs and the Putative Class | *Ref. No. or File No.:*<br>MAT-23013148358 | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the District of Nevada |
|---|
| *Plaintiff:* RICHARD GIBSON, et al.,<br>*Defendant:* MGM RESORTS INTERNATIONAL, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23-cv-00140-MMD-DJA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT

3. a. Party served:    CAESARS ENTERTAINMENT INC.
   b. Person served:   Kris Kennison - Authorized Agent, a person of suitable age and discretion at the most recent street address of the registered agent shown on the information filed with the Secretary of State.

4. Address where the party was served:   REGISTERED AGENT - CORPORATION SERVICE COMPANY
                                          112 N Curry St, Carson City, NV 89703

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 02 2023 (2) at: 01:10 PM

6. **Person Who Served Papers:**
   a. Toni Ruckman (R-2020-00063, Washoe)
   b. FIRST LEGAL
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

   d. *The Fee* for Service was:

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

02/03/2023                                                           *Toni L Ruckman*
(Date)                                                               (Signature)



PROOF OF SERVICE

8327355
(55209967)