Patrick J. Reilly
Nevada Bar No. 6103
preilly@bhfs.com
Arthur A. Zorio
Nevada Bar No. 6547
azorio@bhfs.com
Emily Garnett
(*pro hac vice* application forthcoming)
egarnett@bhfs.com
Eric D. Walther
Nevada Bar No. 13611
ewalther@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone: 702.382.2101
Facsimile:  702.382.8135

*Attorneys for Treasure Island, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**NOTICE OF APPEARANCE BY TREASURE ISLAND, LLC** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

25214355

PLEASE TAKE NOTICE that the law firm of Brownstein Hyatt Farber Schreck, LLP hereby enters its appearance on behalf of Defendant Treasure Island, LLC in this action, and requests that all notices, pleadings, motions, applications, and other documents in this case be served upon the counsel referenced in this Notice.

DATED this 10th day of February, 2023.

/s/ *Patrick J. Reilly*
Patrick J. Reilly
Arthur A. Zorio
Emily Garnett
Eric D. Walther
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Treasure Island, LLC*

25214355

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **NOTICE OF APPEARANCE BY TREASURE ISLAND, LLC** was served via electronic service on February 10, 2023, to all parties on the CM/ECF service list.

Adam Ellis
Panish Shea Boyle Ravipudi LLP
300 S. 4th Street, Suite 710
Las Vegas, NV 89101

Brian Joseph Panish
Panish Shea Boyle Ravipudi LLP
11111 Santa Monica Bl., Ste 700
Los Angeles, CA 90025

Hannah K. Song
715 Hearst Ave, Suite 202
Berkeley, CA 94710

Ian P. Samson
Panish Shea Boyle Ravipudi LLP
300 S. 4th St., #710
Las Vegas, NV 89101

Rahul Ravipudi
Panish Shea Boyle Ravipudi LLP
300 S. 4th St., #710
Las Vegas, NV 89101

Rio S. Pierce
715 Hearst Ave., Suite 202
Berkeley, CA 94710

Stephanie A. Verdoia
1301 Second Ave., Suite 2000
Seattle, WA 98101

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101

*/s/ Wendy Cosby*
Wendy Cosby, an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

25214355