DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8    Case # 2:23-cv-00140

9    Richard Gibson, and Heriberto Valiente,

10          Plaintiff(s),    **VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
11    vs.    **ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
12    MGM Resorts International, et al.    **AND DESIGNATION OF**
**LOCAL COUNSEL**
13
14          Defendant(s).    FILING FEE IS $250.00

15

16    _____Steve W. Berman_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)
17
18          1.    That Petitioner is an attorney at law and a member of the law firm of

19    _____Hagens Berman Sobol Shapiro LLP_____
                                (firm name)

20    with offices at _____1301 Second Ave, Suite 2000_____,
                                        (street address)
21
22    _____Seattle_____, _____Washington_____, ___98101___,
              (city)                            (state)                    (zip code)

23    ___(206) 623-7292___, ___steve@hbsslaw.com___.
      (area code + telephone number)          (Email address)
24
          2.    That Petitioner has been retained personally or as a member of the law firm by
25
26    ___Richard Gibson and Heriberto Valiente___ to provide legal representation in connection with
                        [client(s)]

27    the above-entitled case now pending before this Court.

28                                                                                                    Rev. 5/16

DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

3.      That since _____10/29/1980_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____Illinois_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| See attachment for list. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

Illinois and Washington

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None. | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                            Petitioner's signature

STATE OF _____Washington_____ )

5                           )

COUNTY OF _____King_____ )

6

7        _____Steve W. Berman_____ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9

                                            Petitioner's signature

10  Subscribed and sworn to before me this

11

  31 st  day of _____January_____ , 2023 .

12

13  _____

        Notary Public or Clerk of Court

14

SHELBY A TAYLOR
Notary Public
State of Washington
Commission # 106471
My Comm. Expires May 23, 2023

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
**THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Adam Ellis_____ ,

19                                                    (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action. The address and email address of

21  said designated Nevada counsel is:

22

23                 300 South Fourth Street, Suite 710

                        (street address)

24

      Las Vegas       ,      Nevada       ,    89101

25          (city)             (state)        (zip code)

26      (702) 560-5520       ,    aellis@psbr.law .

   (area code + telephone number)     (Email address)

27

28                               4                            Rev. 5/16

DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5   **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7   The undersigned party(ies) appoint(s) _____ Adam Ellis _____ as
                                                    (name of local counsel)

8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11

12  _____Richard Gibson_____
    (type or print party name, title)

13  _____
    (party's signature)

14

15  _____Heriberto Valiente_____
    (type or print party name, title)

16

17  **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  14514                      aellis@psbr.law
    Bar number                 Email address

22

23

24  APPROVED:

25  Dated: this 10th day of February, 20 23.

26  _____
    UNITED STATES DISTRICT JUDGE

27

28                          5                              Rev. 5/16

## Exhibit A

**Supreme Court of Illinois**
Attorney Registration and Disciplinary
Commission of the Supreme Court of
Illinois
130 East Randolph Street, Suite 1500
Chicago, Illinois 60601
Admitted 1980
Bar No. 3126833

**Supreme Court of the United States**
U.S. Supreme Court Building
1 First Street N.E.
Washington, D.C. 20543
Admitted 1986
Bar No. not assigned

**Supreme Court of Washington**
1206 Quince St SE
PO Box 41170
Olympia, WA 98504-1170
Admitted 1982
Bar No. 12536

**United States District Court for the
Northern District of Illinois**
Clerk, United States District Court
219 S. Dearborn Street
Chicago, Illinois 60604
Admitted 1983
Bar No. not assigned

**United States District Court for the
Western District of Washington**
U.S. District Court Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101
Admitted 1982
Bar No. not assigned

**United States Court of Appeals for the
First Circuit**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Admitted 2007
Bar No. 107719

**United States Court of Appeals for
the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Admitted 2013
Bar No. not assigned

**United States Court of Appeals for the
Third Circuit**
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790
Admitted 1983
Bar No. not assigned

1

**United States Court of Appeals for the Fifth Circuit**
600 S. Maestri Place
New Orleans, LA 70130-3408
Admitted 1983
Bar No. not assigned

**United States Court of Appeals for the Sixth Circuit**
Leonard Green
Office of the Clerk
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988
Admitted 2015
Bar No. not assigned

**United States Court of Appeals for the Seventh Circuit**
219 S. Dearborn Street, Room 2722
Chicago, IL 60604
Admitted 2006
Bar No. not assigned

**United States Court of Appeals for the Eighth Circuit**
Thomas F. Eagleton Courthouse
Room 24.329
111 South 10th Street
St. Louis, MO 63102
Admitted 1996
Bar No. not assigned

**United States Court of Appeals for the Ninth Circuit**
P.O. Box 193939
San Francisco, CA 94119-3939
Admitted 1982
Bar No. not assigned

**United States Court of Appeals for the Tenth Circuit**
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257
Admitted 2001
Bar No. not assigned

**United States Court of Appeals for the Eleventh Circuit**
John Ley, Clerk of Court
56 Forsyth St., N.W.
Atlanta, Georgia 30303
Admitted 2014
Bar No. not assigned

**United States Court of Appeals for the Federal Circuit**
Admissions Clerk
717 Madison Place, NW, Room 401
Washington, DC 20439
Admitted 2012
Bar No. not assigned

**United States District Court for the Eastern District of Washington**
Office of the Clerk, US District Court
P.O. Box 1493
Spokane, WA 99210
Admitted 1995
Bar No. not assigned

**United States District Court for the Central District of Illinois**
151 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701
Admitted 1995
Bar No. not assigned

**United States District Court for the District of Colorado**
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294-3589
Admitted 1997
Bar No. not assigned

**United States Court of Federal Claims**
717 Madison Place, NW
Washington, DC 20005
Admitted 2013
Bar No. not assigned

**United States Court of Appeals for the District of Columbia Circuit**
333 Constitution Avenue, NW
Washington, DC 20001-2866
Admitted 2014
Bar No. 55201

**United States District Court for the Eastern District of Michigan**
Theodore Levin U.S. Courthouse 231 W. Lafayette Blvd., Room 564
Detroit, MI 48226
Admitted 2016
Bar No. not assigned

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Steven William Berman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 10/29/1980 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 9th day of January, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION ) BAR NO. 12536

OF ) **CERTIFICATE**

STEVE W. BERMAN ) **OF**

TO PRACTICE IN THE COURTS OF THIS STATE ) **GOOD STANDING**

_____

     I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

## STEVE W. BERMAN

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on July 20, 1982, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 6th day of January, 2023.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court