DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Richard Gibson, and Heriberto Valiente,

　　　　Plaintiff(s),

vs.

MGM Resorts International, et al.

　　　　Defendant(s).

Case # 2:23-cv-00140

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Stephanie A. Verdoia_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Hagens Berman Sobol Shapiro LLP_____
(firm name)

with offices at _____1301 Second Ave, Suite 2000_____,
(street address)

_____Seattle_____, _____Washington_____, _____98101_____,
(city)　　　　　　　　　　(state)　　　　　　　　　(zip code)

_____(206) 623-7292_____, _____stephaniev@hbsslaw.com_____.
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Richard Gibson and Heriberto Valiente_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   10/20/2021   , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of   Washington  
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Washington | Oct. 20, 2021 | 58636 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  | None. |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Stephanie Verdoia*
_____
Petitioner's signature

STATE OF ___Washington___ )
)
COUNTY OF _____ )

___Stephanie A. Verdoia___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Stephanie Verdoia*
_____
Petitioner's signature

Subscribed and sworn to before me this

__1__ day of __February__, __2023__

_____
Notary Public or Clerk of Court

SHELBY A TAYLOR
Notary Public
State of Washington
Commission # 106471
My Comm. Expires May 23, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Adam Ellis___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___300 South Fourth Street, Suite 710___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)            (state)          (zip code)

___(702) 560-5520___, ___aellis@psbr.law___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Adam Ellis_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_(party's signature)_

Richard Gibson
(type or print party name, title)

_(party's signature)_

Heriberto Valiente
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14514                aellis@psbr.law
Bar number           Email address

APPROVED:

Dated: this  10th  day of  February , 20 23 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 58636 |
| OF | ) | **CERTIFICATE** |
| STEPHANIE VERDOIA | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**STEPHANIE VERDOIA**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 20, 2021, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 5th day of October, 2022.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court