DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case # 2:23-cv-00140

Richard Gibson, and Heriberto Valiente,

    Plaintiff(s),

   vs.

MGM Resorts International, et al.

    Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Rio Pierce   , Petitioner, respectfully represents to the Court:
    (name of petitioner)

  1.  That Petitioner is an attorney at law and a member of the law firm of

    Hagens Berman Sobol Shapiro LLP
        (firm name)

with offices at    715 Hearst Ave, Suite 300    ,
        (street address)

  Berkeley  ,  California  ,  94710  ,
   (city)      (state)     (zip code)

  (510) 725-3000  ,  riop@hbsslaw.com  .
 (area code + telephone number)   (Email address)

  2.  That Petitioner has been retained personally or as a member of the law firm by

  Richard Gibson and Heriberto Valiente  to provide legal representation in connection with
     [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

3.    That since _____7/18/2014_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                      (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | 02/20/2015 | 298297 |
| Northern District of California | 10/28/2021 | 298297 |
| U.S. Court of Appeals for the Ninth Circuit | 02/05/2021 | n/a |
| U.S. Court of Appeals for the Seventh Circuit | 11/30/2022 | n/a |
| Colorado District Court | 11/21/2022 | n/a |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2                                                           Rev. 5/16

DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

6.  That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.  That Petitioner is a member of good standing in the following Bar Associations.

None.

8.  Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None. | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                      *Rio Pierce*
                                          Petitioner's signature

STATE OF  *California*  )

5  COUNTY OF  *Oakland*  )

6

7        *Rio Pierce*  , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                      *Rio Pierce*
                                          Petitioner's signature

10  Subscribed and sworn to before me this

11   6ᵗʰ  day of  *February*  ,  *2023*  .

12                                         see attached notary certificate

13                  Notary Public or Clerk of Court

14

15

16      **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**

17      **THE BAR OF THIS COURT AND CONSENT THERETO.**

    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate  Adam Ellis  ,

19                                                (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23                        300 South Fourth Street, Suite 710  ,

                                (street address)

24         Las Vegas  ,      Nevada  ,   89101

25          (city)             (state)     (zip code)

26      (702) 560-5520  ,   aellis@psbr.law  .

27    (area code + telephone number)     (Email address)

28                              4                              Rev. 5/16

DocuSign Envelope ID: 30C75FE3-EC21-48F0-8FF3-7250312DBC63

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Adam Ellis _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

9

10 _____
(party's signature)

11

12 Richard Gibson
(type or print party name, title)

13 _____
(party's signature)

14

15 Heriberto Valiente
(type or print party name, title)

16

17 **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20 _____
Designated Resident Nevada Counsel's signature

21 14514                          aellis@psbr.law
Bar number                     Email address

22

23

24 APPROVED:

25 Dated: this _____ day of _____, 20___.

26

27 _____
UNITED STATES DISTRICT JUDGE

28

Rev. 5/16

# CALIFORNIA JURAT CERTIFICATE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Alameda_

Subscribed and sworn to (or affirmed) before me on this __6th__ day of __February__
20 _23_ , by __Rio Pierce__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

SIMARJIT MANHAS
COMM. #2317737
Notary Public - California
Contra Costa County
My Comm. Expires Feb. 2, 2024

_____
Signature of Notary Public

(Notary Seal)

## OPTIONAL INFORMATION

_The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation._

DESCRIPTION OF ATTACHED DOCUMENT

Verified Petition For Permission
To Practice in this case only
(Title of document)

Number of Pages _5_

Document Date _02/06/2023_

_____
(Additional Information)

CAPACITY CLAIMED BY SIGNER

_____ Individual
_____ Corporate Officer
_____ Partner
_____ Attorney-In-Fact
_____ Trustee
_____ Other: _____

 **The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION &**
**CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 30, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RIO SHAYE PIERCE, #298297 was admitted to the practice of law in this state by the Supreme Court of California on July 18, 2014 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records