Patrick G. Byrne
Nevada Bar No. 7636
Bradley Austin
Nevada Bar No. 13064
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com

*Attorneys for Defendant Wynn Resorts Holdings, LLC*

[*Additional counsel listed on Signature Page*]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE, <br><br> Plaintiff, <br><br> v. <br><br> MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, <br><br> Defendants. | Case No. 2:23-cv-00140-MMD-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** <br><br> **(FIRST REQUEST)** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Richard Gibson and Heriberto Valiente ("Plaintiffs") and all served Defendants in this action, MGM Resorts International, Cendyn Group, LLC, Caesars Entertainment, Inc., Treasure Island, LLC, Wynn Resorts Holdings, LLC (together, "Defendants")[1], by and through their respective counsel and pending the Court's approval, that Defendants shall have an additional thirty days to answer or otherwise respond to the Complaint [ECF No. 1]. Defendants' original response deadline is February 23, 2023. With an additional thirty days, Defendants' deadline to respond to the Complaint is extended to March 27, 2023. In the event that Defendants move to dismiss the Complaint, the parties shall meet and confer and thereafter submit to the Court a mutually agreeable schedule for further briefing on any such motions.

Good cause exists for the extension set forth herein. Defense counsel were only recently retained in this matter and require additional time to determine how best to address Plaintiffs' Complaint. The proposed extension also addresses conflicts with the schedules of counsel. This is the first extension requested for Defendants to respond to the Complaint and is not made for the purpose of delay.

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

Dated:_____

---

[1] One additional named defendant in the Complaint, The Rainmaker Group Unlimited, Inc., has not appeared in the action. The parties believe that a stipulation is appropriate as all appearing parties are stipulating to the requested schedule; alternatively, the court may treat the stipulation as an unopposed joint motion under Local Rule 7-1(c).

1

DATED: February 21, 2023

| | |
|---|---|
| /s/ *Bradley Austin* | /s/ *Rio Pierce* |
| Patrick G. Byrne | Adam Ellis, NV Bar No. 14514 |
| Bradley Austin | Ian P. Samson, NV Bar No. 15089 |
| SNELL & WILMER | Rahul Ravipudi, NV Bar No. 14750 |
| 3883 Howard Hughes Parkway | Email: ellis@psblaw.com |
| Las Vegas, NV 89169 | Email: samson@psblaw.com |
| Telephone: (702) 784-5200 | Email: ravipudi@psblaw.com |
| Facsimile: (702) 784-5252 | PANISH SHEA BOYLE |
| Email: pbyrne@swlaw.com | RAVIPUDI LLP |
| Email: baustin@swlaw.com | 300 S. 4th Street, Suite 710 |
| | Las Vegas, NV 89101 |
| Mark Holscher (*pro hac vice forthcoming*) | Telephone: (702) 560-5520 |
| Tammy Tsoumas (*pro hac vice forthcoming*) | Facsimile: (702) 975-2515 |
| Leonora Cohen (*pro hac vice forthcoming*) | Brian J. Panish (*admission pending*) |
| KIRKLAND & ELLIS LLP | PANISH SHEA BOYLE |
| 2049 Century Park East, Suite 3700 | RAVIPUDI LLP |
| Los Angeles, California 90067 | 11111 Santa Monica Blvd., Suite 700 |
| Telephone: (310) 552-4200 | Los Angeles, CA 90025 |
| Facsimile: (310) 552-5900 | Email: bpanish@psbrlaw.com |
| Email: ttsoumas@kirkland.com | |
| Email: mholscher@kirkland.com | Rio S. Pierce *(Pro Hac Vice)* |
| Email: lena.cohen@kirkland.com | Abby R. Wolf *(Pro Hac Vice forthcoming)* |
| Matthew Solum (*pro hac vice forthcoming*) | Hannah K. Song *(Pro Hac Vice)* |
| KIRKLAND & ELLIS LLP | HAGENS BERMAN SOBOL |
| 601 Lexington Ave | SHAPIRO LLP |
| New York, NY 10022 | 715 Hearst Avenue, Suite 300 |
| Telephone: (212) 446-4688 | Berkeley, CA 94710 |
| Facsimile: (917) 848-7536 | Email: riop@hbsslaw.com |
| Email: msolum@kirkland.com | Email: abbyw@hbsslaw.com |
| | Email: hannahso@hbsslaw.com |
| *Attorneys for Defendant Wynn Resorts Holdings, LLC* | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| | |
| | Steve W. Berman *(Pro Hac Vice)* |
| | Stephanie A. Verdoia *(Pro Hac Vice)* |
| | HAGENS BERMAN SOBOL |
| | SHAPIRO LLP |
| | 1301 Second Avenue, Suite 2000 |

2

/s/ *Todd Bice*
Todd L. Bice
Emily A. Buchwald
PISANELLI BICE PLLC
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702-214-2100
Email: tlb@pisanellibice.com
Email: eab@pisanellibice.com

Bethany Kristovich (*pro hac vice forthcoming*)
Kyle Mach (*pro hac vice forthcoming*)
Justin Raphael (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave.; 50th Floor
Los Angeles, CA 90071
Telephone: 213 683 9100
Email: bethany.kristovich@mto.com
Kyle.mach@mto.com
Justin.raphael@mto.com

*Attorneys for Defendant MGM Resorts International*

/s/ *Anna Rathbun*
Sadik Huseny (*pro hac vice forthcoming*)[2]
Tim O'Mara (*pro hac vice forthcoming*)
Brendan A. McShane (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: sadik.huseny@lw.com
Email: tim.o'mara@lw.com
Email: brendan.mcshane@lw.com

Seattle, WA 98101
Email: steve@hbsslaw.com
Email: stephaniev@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Attorneys for Plaintiffs Richard Gibson and Heriberto Valiente*

/s/ *Patrick Reilly*
Patrick J. Reilly
Arthur A. Zorio
Emily Garnett (*Pro Hac Vice Pending*)
Eric D. Walther
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Ste. 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
Email: preilly@bhfs.com
azorio@bhfs.com
egarnett@bhfs.com
ewalther@bhfs.com

*Attorneys for Defendant Treasure Island, LLC*

/s/ *Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

---

[2] Counsel will comply with LR IA 11-2 within 14 days.

3

| | |
|---|---|
| Anna M. Rathbun *(pro hac vice forthcoming)* <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street, NW Suite 1000 <br> Washington, DC 20004-1304 <br> Telephone: (202) 637-3381 <br> Facsimile: (202) 637-2201 <br> Email: anna.rathbun@lw.com <br><br> *Attorneys for Defendant Cendyn Group LLC* | Boris Bershteyn (*Pro Hac Vice forthcoming*) <br> Ken Schwartz (*Pro Hac Vice forthcoming*) <br> Michael Menitove (*Pro Hac Vice forthcoming*) <br> Sam Auld (*Pro Hac Vice forthcoming*) <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> One Manhattan West <br> New York, New York 10001 <br> (212) 735-3000 <br> Boris.Bershteyn@skadden.com <br> Ken.Schwartz@skadden.com <br> Michael.Menitove@skadden.com <br> Sam.Auld@skadden.com <br><br> *Attorneys for Defendant Caesars Entertainment, Inc.* |

4