# EXHIBIT 1

*[Proposed] Order Granting Stipulation to Extend Time for Defendants to Respond to the Complaint (First Request)*

# EXHIBIT 1

*[Proposed] Order Granting Stipulation to Extend Time for Defendants to Respond to the Complaint (First Request)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>  Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>  Defendants. | Case No.  2:23-cv-00140-MMD-DJA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Having considered the stipulation of the Parties, and finding good cause, IT IS HEREBY ORDERED that Defendants MGM Resorts International, Cendyn Group, LLC, Caesars Entertainment Inc., Treasure Island, LLC, Wynn Resorts Holdings, LLC (together, "Defendants") shall have an additional thirty days to respond to the Complaint [ECF No. 1]. Defendants' original response deadline is February 23, 2023. With an additional thirty days, Defendants' deadline to respond to the Complaint is extended to March 27, 2023. In the event that Defendants move to dismiss the Complaint, the parties shall meet and confer and thereafter submit to the Court a mutually agreeable schedule for further briefing on any such motions.

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

Dated:_____