J. Colby Williams
Nevada State Bar No. 5549
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, NV 89101
Telephone:  (702) 382-5222
Email: jcw@cwlawlv.com

Sadik Huseny (*pro hac vice forthcoming*)
Timothy O'Mara (*pro hac vice forthcoming*)
Brendan McShane (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 391-0600
Email: sadik.huseny@lw.com
        tim.o'mara@lw.com
        brendan.mcshane@lw.com

*Attorneys for Defendant Cendyn Group, LLC*

[*Additional Counsel listed on Signature Page*]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No. 2:23-cv-00140-MMD-DJA<br><br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** |

The undersigned, attorney of record for defendant Cendyn Group, LLC, certifies that the following entities may have a direct, pecuniary interest in the outcome of this case:

    Cendyn Group, LLC is 100% owned by Cendyn Parent, Inc.  Cendyn Parent, Inc. is 100% owned by Cendyn Group Holdings LLC, a portfolio company of Accel-KKR.  None of these entities are traded publicly.

The above representation is made to enable judges of this Court to evaluate possible disqualifications or recusal.

Dated:  February 23rd, 2023

CAMPBELL & WILLIAMS

By: /s/ *J. Colby Williams*
    J. Colby Williams (5549)
    710 South Seventh Street
    Las Vegas, NV 89101
    Telephone:  (702) 382-5222
    Facsimile:  (702) 382-0540
    Email: jcw@cwlawlv.com

Sadik Huseny (*pro hac vice forthcoming*)
Timothy O'Mara (*pro hac vice forthcoming*)
Brendan McShane (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email: sadik.huseny@lw.com
       tim.o'mara@lw.com
       brendan.mcshane@lw.com

Anna M. Rathbun (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone:  (202) 637-2200
Facsimile: (202) 637-2201
Email: anna.rathbun@lw.com

*Attorneys for Defendant Cendyn Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

I further certify that I caused copies of the foregoing to be served upon the following via United States mail, first class postage prepaid, addressed to:

| | |
|---|---|
| Todd L. Bice<br>Emily A. Buchwald<br>PISANELLI BICE PLLC<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br><br>Bethany Kristovich<br>Kyle Mach<br>Justin Raphael<br>MUNGER, TOLLES & OLSON LLP<br>350 S. Grand Ave., 50th Floor<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendant MGM Resorts International* | Adam Hosmer-Henner<br>Chelsea Latino<br>Jane Susskind<br>McDONALD CARANO LLP<br>100 West Liberty Street, Tenth Floor<br>Reno, Nevada 89501<br><br>Boris Bershteyn<br>Ken Schwartz<br>Michael Menitove<br>Sam Auld<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br><br>*Attorneys for Defendant Caesars Entertainment, Inc.* |

/s/ *J. Colby Williams*
J. Colby Williams (5549)