Patrick G. Byrne
Nevada Bar No. 7636
Bradley Austin
Nevada Bar No. 13064
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com

*Attorneys for Defendant Wynn Resorts Holdings, LLC*

[*Additional counsel listed on Signature Page*]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | CASE NO. 2:23-cv-00140-MMD-DJA<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned attorney of record for Defendants Wynn Resorts Holdings, LLC, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

Wynn Resorts, Limited, the parent company of Wynn Resorts Holdings, LLC.

Wynn Resorts, Limited has no parent companies and no entity owns 10% or more of Wynn Resorts Limited's stock or other ownership interest.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED: February 24, 2023	Respectfully submitted,

*/s/ Bradley Austin*
Patrick G. Byrne
Nevada Bar No. 7636
Bradley Austin
Nevada Bar No. 13064
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com

Mark Holscher *(pro hac vice forthcoming)*
Tammy Tsoumas *(pro hac vice forthcoming)*
Lena Cohen *(pro hac vice forthcoming)*
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
Email: ttsoumas@kirkland.com
Email: mholscher@kirkland.com
Email: lena.cohen@kirkland.com

Matthew Solum *(pro hac vice forthcoming)*
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4688
Facsimile: (917) 848-7536
Email: msolum@kirkland.com

*Attorneys for Defendant Wynn Resorts Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, I electronically transmitted the foregoing **CERTIFICATE OF INTERESTED PARTIES** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                                */s/ Lyndsey Luxford*
                                           An employee of SNELL & WILMER L.L.P.

4880-4579-6690