UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RICHARD GIBSON, and HERIBERTO VALIENTE

　　　　Plaintiff(s),

vs.

MGM RESORTS INTERNATIONAL, et al.

　　　　Defendant(s).

Case #2:23-cv-00140-MMD-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Matthew Solum_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Kirkland & Ellis LLP
(firm name)

with offices at ___601 Lexington Avenue___,
(street address)

___New York___, ___New York___, ___10022___,
(city) (state) (zip code)

___212-446-4688___, ___msolum@kirkland.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Wynn Resorts Holdings, LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   February 28, 2000  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of   New York  
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
COUNTY OF ___New York____ )

____Matthew Solum____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__16th__ day of __February__, __2023__.

_____
Notary Public or Clerk of Court

JESSICA MERRICK ALLEN
Notary Public, State of New York
No. 01AL6226915
Qualified Kings County
Commission Expires August 16, 2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Patrick G. Byrne____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Hughes Center, 3883 Howard Hughes Parkway, Suite 1100____,
(street address)

____Las Vegas____, ____Nevada____, ____89169____,
(city)                      (state)            (zip code)

____702-784-5201____, ____pbyrne@swlaw.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Patrick G. Byrne_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_[signature]_ CHIEF LITIGATION COUNSEL
(party's signature)

Defendant Wynn Resorts Holdings, LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

7636                        pbyrne@swlaw.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Matthew Osborn Solum

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 28, 2000,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on February 16, 2023.

*Susanna M. Rojas*
Clerk of the Court

CertID-00105461

**ATTACHMENT A**

| Court | Date Admitted | Bar Number |
|---|---|---|
| US Court of Appeals, DC Circuit | 1/1/2001 | n/a |
| US Court of Appeals, Sixth Circuit | 12/28/2004 | n/a |
| US Court of Appeals, Seventh Circuit | 12/30/2004 | n/a |
| US Court of Appeals, Second Circuit | 3/22/2007 | n/a |
| US Court of Appeals, Fourth Circuit | 6/22/2018 | n/a |
| US Court of Appeals, Third Circuit | 8/25/2021 | n/a |
| US District Court, Southern District New York | 5/15/2000 | 3007291 |
| US District Court, Eastern District New York | 6/1/2000 | 3007291 |
| US District Court, Eastern District Michigan | 6/19/2006 | n/a |
| US District Court, Western District New York | 7/10/2012 | 3007291 |
| US District Court, District Colorado | 10/9/2012 | n/a |