1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8    RICHARD GIBSON, and HERIBERTO          )       Case #2:23-cv-00140-MMD-DJA
9    VALIENTE                                )
                                             )       **VERIFIED PETITION FOR**
10            Plaintiff(s),                   )       **PERMISSION TO PRACTICE**
                                             )       **IN THIS CASE ONLY BY**
11        vs.                                 )       **ATTORNEY NOT ADMITTED**
                                             )       **TO THE BAR OF THIS COURT**
12   MGM RESORTS INTERNATIONAL, et al.       )       **AND DESIGNATION OF**
                                             )       **LOCAL COUNSEL**
13                                            )
14            Defendant(s).                   )       FILING FEE IS $250.00
                                             )

15

16            _____Mark C. Holscher_____, Petitioner, respectfully represents to the Court:
                     (name of petitioner)

17        1.      That Petitioner is an attorney at law and a member of the law firm of

18    _____Kirkland & Ellis LLP_____
19                                    (firm name)

20    with offices at _____2049 Century Park East, Suite 3700_____,
                                        (street address)

21    _____Los Angeles_____, _____California_____, ___90067___,
            (city)                        (state)              (zip code)

22

23    _____310-552-4200_____, ____mark.holscher@kirkland.com____.
      (area code + telephone number)        (Email address)

24        2.      That Petitioner has been retained personally or as a member of the law firm by

25    _____Wynn Resorts Holdings, LLC_____ to provide legal representation in connection with
                   [client(s)]

26

27    the above-entitled case now pending before this Court.

28
                                                                            Rev. 5/16

3.     That since _____May 31, 1989_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Ninth Circuit | 1/1/1989 | n/a |
| U.S. Court of Appeals, Fifth Circuit | 12/1/2006 | n/a |
| U.S. Court of Appeals, First Circuit | 6/10/2020 | 1194536 |
| Central District of California | 6/6/1989 | 139582 |
| Southern District of California | 11/18/2014 | 139582 |
| Northern District of California | 6/6/2019 | 139582 |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                         Petitioner's signature

    STATE OF _____California_____ )

5                                              )

    COUNTY OF ____Los Angeles____ )

6

7          ____Mark C. Holscher____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                                Petitioner's signature

10  Subscribed and sworn to before me this

11

12  __16th__ day of __February__, __2023__.

13                                              

MARY BETH LOPEZ
Notary Public - California
Los Angeles County
Commission # 2394286
My Comm. Expires Mar 14, 2026

14               Notary Public or Clerk of Court

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate _____Patrick G. Byrne_____,

19                                                 (name of local counsel)

    Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

22

23  _____Hughes Center, 3883 Howard Hughes Parkway, Suite 1100_____,
                             (street address)

24

25  _____Las Vegas_____, _____Nevada_____, ___89169___,
        (city)                   (state)        (zip code)

26  ____702-784-5201____, ____pbyrne@swlaw.com____.
   (area code + telephone number)    (Email address)

27

28                              4                             Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Patrick G. Byrne _____ as

    (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9                               CHIEF LITIGATION
                                    COUNSEL

10  _____
               (party's signature)

11  Defendant Wynn Resorts Holdings, LLC

12  _____
    (type or print party name, title)

13  _____
    (party's signature)

14

15  _____
    (type or print party name, title)

16

17  **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19  _____

20  Designated Resident Nevada Counsel's signature

21  7636              pbyrne@swlaw.com
    Bar number           Email address

22

23  APPROVED:

24  Dated: this ___28th___ day of February _____, 20_23_.

25

26  _____
UNITED STATES DISTRICT JUDGE

27

28                   5                 Rev. 5/16



### Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *MARK CHARLES HOLSCHER*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that MARK CHARLES HOLSCHER, # 139582, was on the 31st day of May, 1989, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 16th day of February 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____

*Biying Jia, Assistant Deputy Clerk*