Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*Pro Hac Vice forthcoming*)
Ken Schwartz (*Pro Hac Vice forthcoming*)
Michael Menitove (*Pro Hac Vice forthcoming*)
Sam Auld (*Pro Hac Vice forthcoming*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
(212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT, INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00140-MMD-DJA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Adam Hosmer-Henner, Chelsea Latino, and Jane Susskind of **McDONALD CARANO LLP**, 100 West Liberty Street, Tenth Floor, Reno, Nevada, 89501, and Boris Bershteyn (*Pro Hac Vice forthcoming*), Ken Schwartz (*Pro Hac Vice*

*forthcoming*), Michael Menitove (*Pro Hac Vice forthcoming*), and Sam Auld (*Pro Hac Vice forthcoming*) of **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP,** One Manhattan West, New York, New York 10001, hereby give notice of their appearance in the above-entitled action as counsel of record for Defendant Caesars Entertainment, Inc. Counsel requests that all copies of notices, pleadings, and documents be served upon them via the Court's electronic filing system at their e-mail addresses, which are as follows:

> ahosmerhenner@mcdonaldcarano.com
> clatino@mcdonaldcarano.com
> jsusskind@mcdonaldcarano.com
> Boris.Bershteyn@skadden.com
> Ken.Schwartz@skadden.com
> Michael.Menitove@skadden.com
> Sam.Auld@skadden.com

Dated: March 2, 2023.

**MCDONALD CARANO LLP**

By: /s/ *Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Boris Bershteyn (*Pro Hac Vice forthcoming*)
Ken Schwartz (*Pro Hac Vice forthcoming*)
Michael Menitove (*Pro Hac Vice forthcoming*)
Sam Auld (*Pro Hac Vice forthcoming*)
One Manhattan West
New York, New York 10001
(212) 735-3000

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*