Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*Pro Hac Vice forthcoming*)
Ken Schwartz (*Pro Hac Vice forthcoming*)
Michael Menitove (*Pro Hac Vice forthcoming*)
Sam Auld (*Pro Hac Vice forthcoming*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
(212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE, <br><br> Plaintiffs, <br><br> v. <br><br> MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT, INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00140-MMD-DJA <br><br> **DEFENDANT CAESARS ENTERTAINMENT, INC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, Defendant Caesars Entertainment, Inc., by and through its undersigned counsel, hereby discloses

and certifies that Caesars Entertainment Inc. is a publicly traded company that has no parent corporation.

There are no known interested parties other than those identified who have an interest in the outcome of this case. These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated:  March 2, 2023.

**MCDONALD CARANO LLP**

By:  /s/ *Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Boris Bershteyn (*Pro Hac Vice forthcoming*)
Ken Schwartz (*Pro Hac Vice forthcoming*)
Michael Menitove (*Pro Hac Vice forthcoming*)
Sam Auld (*Pro Hac Vice forthcoming*)
One Manhattan West
New York, New York 10001
(212) 735-3000

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*