1
2
3
4
5
6                     **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF NEVADA**

8 Richard Gibson, and Heriberto Valiente,   )    Case #2:23-cv-00140-MMD-DJA

9                                 )

10            Plaintiff(s),         )  **VERIFIED PETITION FOR**
                                )  **PERMISSION TO PRACTICE**
                                )  **IN THIS CASE ONLY BY**
11       vs.                 )  **ATTORNEY NOT ADMITTED**
  MGM Resorts International, Cendyn    )  **TO THE BAR OF THIS COURT**
12 Group, LLC, et al            )  **AND DESIGNATION OF**
                                )  **LOCAL COUNSEL**
13           Defendant(s).     )
14                                   )  FILING FEE IS $250.00

15

16           Anna Rathbun      , Petitioner, respectfully represents to the Court:
17         (name of petitioner)

18     1.     That Petitioner is an attorney at law and a member of the law firm of

                          Latham & Watkins
19                            (firm name)

20 with offices at            555 Eleventh Street, NW, Suite 1000         ,
                            (street address)

21      Washington      , District of Columbia        ,   20004   ,
22        (city)                (state)           (zip code)

23     202.637.3381     ,    anna.rathbun@lw.com     .
  (area code + telephone number)       (Email address)
24

25     2.     That Petitioner has been retained personally or as a member of the law firm by

        Cendyn Group, LLC         to provide legal representation in connection with
26        [client(s)]

27 the above-entitled case now pending before this Court.

28                                                    Rev. 5/16

3.   That since _____7/8/2010_____, Petitioner has been and presently is a
                            (date)
member in good standing of the bar of the highest Court of the State of _California____
                                                                         (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| U.S. District Court - District of Columbia | 1/4/2021 | 1002562 |
| U.S. District Court - Central District of California | 11/14/2019 | 273787 |
| U.S. District Court - Northern District of California | 5/11/2011 | 273787 |
| U.S. District Court - Eastern District of Michigan | 9/01/2015 | n/a |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

1    6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give

2    particulars if ever denied admission):

None.

6    7.    That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association.
Washington, D.C. Bar Association

10    8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

11    (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19    (If necessary, please attach a statement of additional applications)

20    9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

21    State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

22    extent as a member of the State Bar of Nevada.

23    10.    Petitioner agrees to comply with the standards of professional conduct required of

24    the  members of the bar of this court.

25    11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to

26    practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                          _____
                                                  Petitioner's signature

     STATE OF  District of Columbi ▾  )
5                                      )
     COUNTY OF  Washington             )
6

7    _____ Anna Rathbun _____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                          _____
                                                  Petitioner's signature

10   Subscribed and sworn to before me this

11

12   _24ᵗʰ_ day of _February_, _2023_.

13

14              Notary Public or Clerk of Court

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19   believes it to be in the best interests of the client(s) to designate ___ J. Colby Williams, Esq. ___,
                                                                                (name of local counsel)
20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21   above-entitled Court as associate resident counsel in this action.  The address and email address of

22   said designated Nevada counsel is:

23   ___ 710 South Seventh Street ___
                                          (street address)
24   _____,

25   ___ Las Vegas ___, ___ Nevada ___ ▾, ___ 89101 ___,
          (city)            (state)              (zip code)
26   ___ 702.382.5222 ___, ___ jcw@cwlawlv.com ___.
     (area code + telephone number)      (Email address)
27

28                                    4
                                                              Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____J. Colby Williams, Esq._____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Michael Linton, Esq. - General Counsel of Cendyn
(type or print party name, title)    Group, LLC

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5549      jcw@cwlawlv.com
Bar number      Email address

APPROVED:

Dated: this ___3rd___ day of ___March___, 20 23 .

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ANNA MOSCHET RATHBUN*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that ANNA MOSCHET RATHBUN, # 273787, was on the 2nd day of December, 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of February 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____

*Biying Jia, Assistant Deputy Clerk*



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Anna Moschet Rathbun*

*was duly qualified and admitted on July 8, 2011 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my***
***name and affixed the seal of this***
***Court at the City of***
***Washington, D.C., on February 23, 2023.***

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*