Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone:  702.214.2100
Facsimile:   702.214.2101

BETHANY W. KRISTOVICH (*pro hac vice forthcoming*)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

KYLE W. MACH (*pro hac vice forthcoming*)
kyle.mach@mto.com
JUSTIN P. RAPHAEL (*pro hac vice forthcoming*)
Justin.Raphael@mto.com
JULIANA M. YEE (*pro hac vice forthcoming*)
Juliana.Yee@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

*Attorneys for MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | CASE NO.: 2:23-cv-00140-MMD-DJA<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant MGM Resorts International declares that it has no parent corporation.  IAC Holdings, Inc. owns more than

1

1  10% of MGM Resorts International (MGMRI) stock.  No other publicly held corporation owns
2  10% or more of MGMRI stock.  There are no other known interested parties other than those
3  participating in the case.
4      These representations are made to enable judges of the Court to evaluate possible
5  disqualification or recusal.
6      DATED this 7th day of March, 2023.

PISANELLI BICE PLLC

By:   /s/ Todd L. Bice
    Todd L. Bice, Esq., Bar No. 4534
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

BETHANY W. KRISTOVICH
(*pro hac vice forthcoming*)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

KYLE W. MACH (*pro hac vice forthcoming*)
kyle.mach@mto.com
JUSTIN P. RAPHAEL
(*pro hac vice forthcoming*)
Justin.Raphael@mto.com
JULIANA M. YEE
(*pro hac vice forthcoming*)
Juliana.Yee@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for MGM Resorts International*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 7th day of March, 2023, I caused to be served via the Court's e-filing/e-service system true and correct copies of the above and foregoing **CERTIFICATE OF INTERESTED PARTIES** to all parties registered for electronic service.

                                          /s/ Shannon Dinkel
                                An employee of Pisanelli Bice PLLC