1   Nicholas J. Santoro, Esq.
    Nevada Bar No. 532
2   HOLLEY DRIGGS
3   300 S. 4th Street, Suite 1600
    Las Vegas, NV 89101
4   Tel.: (702) 791-0308 / Fax: (702) 791-1912
    Email:  nsantoro@nevadafirm.com
5
    Arman Oruc (*pro hac vice forthcoming*)
6   GOODWIN PROCTER LLP
7   1900 N Street, N.W.
    Washington, DC 20036-1612
8   Tel.:  (202) 346-4000 / Fax: (202) 346-4444
    Email: AOruc@goodwinlaw.com
9
    Alicia Rubio-Spring (*pro hac vice forthcoming*)
10  GOODWIN PROCTER LLP
    100 Northern Avenue
11  Boston, MA 02110
12  Tel.: (617) 570-1000 / Facsimile: (617) 523-1231
    Email: ARubio-Spring@goodwinlaw.com
13
    *Attorneys for Defendant The Rainmaker*
14   *Group Unlimited, Inc*
    .

15                    **UNITED STATES DISTRICT COURT**

16                        **DISTRICT OF NEVADA**

17

18  RICHARD   GIBSON,   and   HERIBERTO | Case No. 2:23-cv-00140-MMD-DJA
    VALIENTE,

19                                        | **CERTIFICATE OF INTERESTED**
              Plaintiffs,                 | **PARTIES**

20        v.

21  MGM      RESORTS      INTERNATIONAL,
    CENDYN GROUP, LLC, THE RAINMAKER
22  GROUP   UNLIMITED,   INC.,   CAESARS
    ENTERTAINMENT      INC.,     TREASURE
23  ISLAND,   LLC,   WYNN   RESORTS
    HOLDINGS, LLC,
24
              Defendant.
25

26        Defendant The Rainmaker Group Unlimited, Inc., pursuant to Rule 7.1 of the Federal

27  Rules  of  Civil  Procedure  and  Local  Rule  7.1-1,  the  undersigned,  counsel  of  record  for  The

1   Rainmaker Group Unlimited, Inc. certify that there are no known interested parties other than

2   those participating in this case.

3          Dated: March 8, 2023.

4                                          **HOLLEY DRIGGS**

5                                          /s/ *Nicholas J. Santoro*

6                                          Nicholas J. Santoro (NV Bar No. 532)
                                           300 S. 4th Street, Suite 1600

7                                          Las Vegas, NV 89101
                                           Tel.: (702) 791-0308 / Fax: (702) 791-1912

8                                          Email:  nsantoro@nevadafirm.com

9                                          Arman Oruc (*Pro Hac Vice Forthcoming*)

10                                         GOODWIN PROCTER LLP
                                           1900 N Street, N.W.

11                                         Washington, DC 20036-1612
                                           Tel: (202) 346-4000 / Fax: (202) 346-4444

12                                         Email: AOruc@goodwinlaw.com

13                                         Alicia Rubio-Spring (*Pro Hac Vice Forthcoming*)

14                                         GOODWIN PROCTER LLP
                                           100 Northern Avenue

15                                         Boston, MA 02110
                                           Tel.: (617) 570-1000 / Fax: (617) 523-1231

16                                         Email: ARubio-Spring@goodwinlaw.com

17                                         *Attorneys for Defendant The Rainmaker Group*
                                           *Unlimited, Inc.*

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2023, a true and correct copy of **CERTIFICATE OF INTERESTED PARTIES** was served electronically through with the Clerk of the Court using the CM/ECF system to the following counsel of record:

Adam Ellis, (NV Bar No. 14514)
Ian P. Samson, (NV Bar No. 15089)
Rahul Ravipudi, (NV Bar No. 14750)
PANISH SHEA BOYLE RAVIPUDI LLP
300 S. 4th Street, Suite 710
Las Vegas, NV 89101
Email: ellis@psblaw.com
Email: samson@psblaw.com
Email: ravipudi@psblaw.com

Brian J. Panish (*admission pending*)
PANISH SHEA BOYLE RAVIPUDI LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Email: bpanish@psbrlaw.com

Rio S. Pierce (*Pro Hac Vice*)
Abby R. Wolf (*Pro Hac Vice forthcoming*)
Hannah K. Song (*Pro Hac Vice*)
HAGENS BERMAN SOBOL
SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Email: riop@hbsslaw.com
Email: abbyw@hbsslaw.com
Email: hannahso@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Stephanie A. Verdoia (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Email:  steve@hbsslaw.com
Email:  stephaniev@hbsslaw.com

*Attorneys for Plaintiffs Richard Gibson and Heriberto Valiente*

/s/ Jana Chaffee
An Employee of HOLLEY DRIGGS

- 3 -