Nicholas J. Santoro, Esq.
Nevada Bar No. 532
HOLLEY DRIGGS
300 S. 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email:  nsantoro@nevadafirm.com

Arman Oruc (*pro hac vice forthcoming*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel.:  (202) 346-4000 / Fax: (202) 346-4444
Email: AOruc@goodwinlaw.com

Alicia Rubio-Spring (*pro hac vice forthcoming*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Tel.: (617) 570-1000 / Facsimile: (617) 523-1231
Email: ARubio-Spring@goodwinlaw.com

*Attorneys for Defendant The Rainmaker*
 *Group Unlimited, Inc*
.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT THE RAINMAKER GROUP UNLIMITED, INC. TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Richard Gibson and

Heriberto Valiente ("Plaintiffs") and Defendant The Rainmaker Group Unlimited, Inc.

1  ("Defendant"), by and through their respective counsel and pending the Court's approval, that
2  Defendant shall have an additional nineteen days to answer or otherwise respond to the
3  Complaint [ECF No. 1]. Defendant's original response deadline is March 8, 2023. With an
4  additional nineteen days, Defendant's deadline to respond to the Complaint is extended to March
5  27, 2023, and will align with the parties' stipulated deadline to respond to the Complaint for the
6  remaining defendants in the case. In the event that Defendant moves to dismiss the Complaint,
7  the parties shall meet and confer and thereafter submit to the Court a mutually agreeable
8  schedule for further briefing on any such motion.

Good cause exists for the extension set forth herein. Defense counsel were only recently retained in this matter and require additional time to determine how best to address Plaintiffs' Complaint. This is the first extension requested for Defendant to respond to the Complaint and is not made for the purpose of delay.

Dated: March 8 2023.

| | |
|---|---|
| /s/ *Nicholas J. Santoro* | /s/ *Rio Pierce* |
| Nicholas J. Santoro (NV Bar No. 14514) | Adam Ellis, (NV Bar No. 14514) |
| HOLLEY DRIGGS | Ian P. Samson, (NV Bar No. 15089) |
| 300 S. 4th Street, Suite 1600 | Rahul Ravipudi, (NV Bar No. 14750) |
| Las Vegas, NV 89101 | PANISH SHEA BOYLE RAVIPUDI LLP |
| Tel.: (702) 791-0308 / Fax: (702) 791-1912 | 300 S. 4th Street, Suite 710 |
| Email: nsantoro@nevadafirm.com | Las Vegas, NV 89101 |
| | Tel.: (702) 560-5520 / Fax: (702) 975-2515 |
| Arman Oruc (*Pro Hac Vice Forthcoming*) | Email: ellis@psblaw.com |
| GOODWIN PROCTER LLP | Email: samson@psblaw.com |
| 1900 N Street, N.W. | Email: ravipudi@psblaw.com |
| Washington, DC 20036-1612 | |
| Tel: (202) 346-4000 / Fax: (202) 346-4444 | |
| Email: AOruc@goodwinlaw.com | Brian J. Panish (*admission pending*) |
| | PANISH SHEA BOYLE RAVIPUDI LLP |
| Alicia Rubio-Spring (*Pro Hac Vice Forthcoming*) | 11111 Santa Monica Blvd., Suite 700 |
| GOODWIN PROCTER LLP | Los Angeles, CA 90025 |
| 100 Northern Avenue | Email: bpanish@psbrlaw.com |
| Boston, MA 02110 | |
| Tel.: (617) 570-1000 / Fax: (617) 523-1231 | Rio S. Pierce (*Pro Hac Vice*) |
| | Abby R. Wolf (*Pro Hac Vice forthcoming*) |

Email: ARubio-Spring@goodwinlaw.com

*Attorneys for Defendant The Rainmaker Group Unlimited, Inc.*

Hannah K. Song (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Email: riop@hbsslaw.com
Email: abbyw@hbsslaw.com
Email: hannahso@hbsslaw.com
Tel.: (510) 725-3000 / Fax: (510) 725-3001

Steve W. Berman (*Pro Hac Vice*)
Stephanie A. Verdoia (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Email:  steve@hbsslaw.com
Email:  stephaniev@hbsslaw.com
Tel.: (206) 623-7292 / Fax: (206) 623-0594

*Attorneys for Plaintiffs Richard Gibson and Heriberto Valiente*

**IT IS SO ORDERED**:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 9, 2023