**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

Richard Gibson, Heriberto Valiente

　　　　　Plaintiff(s),

　vs.

MGM Resorts International, et al

　　　　　Defendant(s).

Case # 2:23-cv-00140-MMD-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Alicia Rubio-Spring_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Goodwin Procter, LLP_____
(firm name)

with offices at _____100 Northern Avenue_____,
(street address)

___Boston___, ___Massachusetts___, ___02210___,
(city)　　(state)　　(zip code)

___(617) 570-1000___, ___arubio-spring@goodwinlaw.com___.
(area code + telephone number)　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___The Rainmaker Group Unlimited, Inc.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____06/17/2015_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Massachusetts___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Washington D.C. | 09/12/2014 | 1018198 |
| Virginia | 10/31/2013 | 85457 |
| Supreme Court of the United States | 11/08/2016 | 299841 |
| United States Court of Appeals for the First Circuit | 01/17/2020 | 1190321 |
| United States Court of Appeals for the Fourth Cir | 02/19/2016 | |
| United States Court of Appeals for the Ninth Cir | 02/13/2018 | |
| *See Attached | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> American Bar Association
> Boston Bar Association
> Hispanic National Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
FOR THE PURPOSES OF THIS CASE ONLY.

_____Alicia Rubio Spring_____
Petitioner's signature

STATE OF **Massachusetts** )
)
COUNTY OF **Suffolk** )

**Alicia Rubio Spring**, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____Alicia Rubio Spring_____
Petitioner's signature

Subscribed and sworn to before me this

**21st** day of **March**, **2023**.

_____Paula A. Shea_____
Notary Public or Clerk of Court

[Notary seal: Paula A. Shea, My Commission Expires June 1, 2029, Notary Public, Commonwealth of Massachusetts]

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Nicholas J. Santoro, Esq.__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____300 S. 4th Street, Suite 1600_____,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)        (state)        (zip code)

__(702) 791-0308__, __nsantoro@nevadafirm.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nicholas J. Santoro, Esq._____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Bruce A. Barfield, CEO of Rainmade Holdings Inc., Manager of and acting as trustee for dissolved successor to The Rainmaker Group Unlimited, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Nicholas J. Santoro
Designated Resident Nevada Counsel's signature

0532                                nsantoro@nevadafirm.com
Bar number                          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

4.* Additional Court Admittances

| Court | Date Admitted | Bar Number |
|---|---|---|
| Unites State District Court for the District of Massachusetts | 01/16/2018 | 692640 |
| Unites State District Court for the Eastern District of Virginia | 10/31/2014 | 85457 |
| Unites State District Court for the District of Columbia | 12/07/2021 | 1018198 |

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Alicia Rubio-Spring

was admitted to practice as an attorney and counsellor at the bar of this Court on December 4, 2013.

I further certify that so far as the records of this office are concerned, Alicia Rubio-Spring is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 14th day of March
A.D. 2023

By: _____
*Deputy Clerk*



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Alicia Rubio-Spring*

*was duly qualified and admitted on September 12, 2014 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 10, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **June 17, 2015**, said Court being the highest Court of Record in said Commonwealth:

## Alicia Rubio-Spring

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **March** in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.