Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Brianna Smith, Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

BETHANY W. KRISTOVICH (*pro hac vice forthcoming*)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

KYLE W. MACH (*pro hac vice forthcoming*)
kyle.mach@mto.com
JUSTIN P. RAPHAEL (*pro hac vice forthcoming*)
Justin.Raphael@mto.com
JULIANA M. YEE (*pro hac vice forthcoming*)
Juliana.Yee@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | CASE NO.: 2:23-cv-00140-MMD-DJA<br><br>**NOTICE OF APPEARANCE** |

1

1    PLEASE TAKE NOTICE that Brianna Smith, Esq., of PISANELLI BICE PLLC, hereby
2  enters her appearance as counsel of record for Defendant MGM Resorts International in the above
3  matter.
4    DATED this 24th day of March, 2023.

PISANELLI BICE PLLC

By:   /s/ Brianna Smith
      Todd L. Bice, Esq., Bar No. 4534
      Brianna Smith, Bar No. 11795
      400 South 7th Street, Suite 300
      Las Vegas, Nevada 89101

      BETHANY W. KRISTOVICH
      (*pro hac vice forthcoming*)
      bethany.kristovich@mto.com
      MUNGER, TOLLES & OLSON LLP
      350 South Grand Avenue, Fiftieth Floor
      Los Angeles, California 90071-3426
      Telephone:    (213) 683-9100
      Facsimile:    (213) 687-3702

      KYLE W. MACH (*pro hac vice forthcoming*)
      kyle.mach@mto.com
      JUSTIN P. RAPHAEL
      (*pro hac vice forthcoming*)
      Justin.Raphael@mto.com
      JULIANA M. YEE
      (*pro hac vice forthcoming*)
      Juliana.Yee@mto.com
      MUNGER, TOLLES & OLSON LLP
      560 Mission St., 27th Floor
      San Francisco, CA 94105-2907
      Telephone:    (415) 512-4000
      Facsimile:    (415) 512-4077

*Attorneys for MGM Resorts International*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 24th day of March, 2023, I caused to be served via the Court's e-filing/e-service system true and correct copies of the above and foregoing **NOTICE OF APPEARANCE** to all parties registered for electronic service.

      /s/ Shannon Dinkel
An employee of Pisanelli Bice PLLC