UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RICHARD GIBSON, and HERIBERTO VALIENTE,

    Plaintiff(s),

vs.

MGM RESORTS INTERNATIONAL, et al.,

    Defendant(s).

Case #2:23-cv-00140-MMD-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Bethany W. Kristovich_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Munger, Tolles & Olson LLP_____
(firm name)

with offices at _____350 S. Grand Avenue, 50th Floor_____,
(street address)

__Los Angeles__, __California__, __90071__,
(city)        (state)        (zip code)

__(213) 683-9292__, __bethany.kristovich@mto.com__.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____MGM Resorts International_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since March 17, 2006 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of California | March 17, 2006 | 241891 |
| United States District Court, CDCA | Marcy 13, 2007 | " |
| United States District Court, NDCA | February 14, 2014 | " |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | SEE ATTACHED | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __California__ )
COUNTY OF __Los Angeles__ )

__Bethany W. Kristovich__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this _____ day of _____, _____.

_____
Notary Public or Clerk of Court

see attached
certificate
C.R.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Todd L. Bice__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__PISANELLI BICE PLLC, 400 South 7th Street, Suite 300__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)   (state)   (zip code)

__(702) 214-2100__, __TLB@pisanellibice.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF  Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this __23rd__ day of __MARCH__, __2023__
                                                   Date                  Month        Year

by __BETHANY W. KRISTOVICH__

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: __C. RS__
*Signature of Notary Public*

C. RAMAMURTHI
Notary Public - California
Los Angeles County
Commission # 2425997
My Comm. Expires Nov 9, 2026

*Seal*
*Place Notary Seal Above*

------------------------------ OPTIONAL ------------------------------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO__
Document Date: __THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL__
Number of Pages:_____

Signer(s) Other Than Named Above:_____

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Todd L. Bice_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Ashley Eddy (Mar 23, 2023 17:12 PDT)_
(party's signature)

Defendant MGM Resorts International
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Todd L. Bice
Designated Resident Nevada Counsel's signature

4534                           TLB@pisanellibice.com
Bar number                     Email address

APPROVED:

Dated: this __24th__ day of __March__, 20__23__

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Attachment No. 8
# Bethany W. Kristovich

8. Petitioner has filed applications(s) to appear as counsel under Local Rule IA 11-2) formerly LR IA 10-2) during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|
| June 2, 2022 | *City Bay Capital LLC v. BH&G Holdings, LLC et al.*, 2:21-cv-01790 | Nevada District Court, Las Vegas | Granted |



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *BETHANY WOODARD KRISTOVICH*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that BETHANY WOODARD KRISTOVICH, # 241891, was on the 17th day of March, 2006, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 23rd day of March 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Biying Jia, *Assistant Deputy Clerk*