**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RICHARD GIBSON, and HERIBERTO
VALIENTE,

                Plaintiff(s),

   vs.

MGM RESORTS INTERNATIONAL, et
al.,

                Defendant(s).

Case #2:23-cv-00140-MMD-DJA

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

          Justin P. Raphael       , Petitioner, respectfully represents to the Court:
            (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

                     Munger, Tolles & Olson LLP
                        (firm name)

with offices at           560 Mission Street, 27th Floor
                        (street address)

       San Francisco            California          94105
        (city)               (state)          (zip code)

    (415) 512-4000          justin.raphael@mto.com
(area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

      MGM Resorts International         to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____December 3, 2013_____, Petitioner has been and presently is a
                                    (date)

member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                      (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  _____
                        Petitioner's signature

5  STATE OF _____California_____ )
                                                            )
6  COUNTY OF ___San Francisco___ )

7  _____Justin P. Raphael_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  _____
                        Petitioner's signature

10  Subscribed and sworn to before me this

11  __21__ day of __March__, __2023__.

12

13  ___MARK D. ROBERTS___
              Notary Public or Clerk of Court

MARK DENNIS ROBERTS
Notary Public - California
San Francisco County
Commission # 2296630
My Comm. Expires Jul 12, 2023

14

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____Todd L. Bice_____,
                                                                                                   (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

22  said designated Nevada counsel is:

23  ___PISANELLI BICE PLLC, 400 South 7th Street, Suite 300___,
                                            (street address)

24

25  ___Las Vegas___,  ___Nevada___,  ___89101___,
        (city)                       (state)                 (zip code)

26  ___(702) 214-2100___,  ___TLB@pisanellibice.com___.
     (area code + telephone number)        (Email address)

27

28                                         4                                    Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____Todd L. Bice_____ as
                                              (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10 _____
   Ash v. Eddy (Mar 22, 2023 13:27 PDT)
   (party's signature)

11 Defendant MGM Resorts International

12 (type or print party name, title)

13 _____
   (party's signature)

14

15 _____
   (type or print party name, title)

16

17 **CONSENT OF DESIGNEE**
   The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19 _____

20 Designated Resident Nevada Counsel's signature

21 4534                          TLB@pisanellibice.com
   Bar number                   Email address

22

23 APPROVED:

24 Dated: this __24th__ day of __March__, 20 23 .

25 _____

26

27 UNITED STATES DISTRICT JUDGE

28                              5                              Rev. 5/16

**Attachment To Verified Petition For Permission To Practice
in Case No. 2:23-cv-00140-MMD-DJA**

| Court | Date admitted | Bar number |
|---|---|---|
| Supreme Court of California | December 2, 2013 | 292380 |
| State Bar of California | December 2, 2013 | 292380 |
| State Bar of New York | April 12, 2010 | 4826111 |
| United States District Court, Southern District of New York | June 26, 2012 | JR1203 |
| US Court of Appeals, 2nd Circuit | December 15, 2014 | 292380 |
| US Court of Appeals, 9th Circuit | December 9, 2022 | 292380 |
| United States District Court, Northern District of California | December 19, 2013 | 292380 |
| United States District Court, Central District of California | December 18, 2013 | 292380 |
| United States District Court, Southern District of California | November 4, 2016 | 292380 |
| United States District Court, Eastern District of California | January 27, 2023 | 292380 |
| United States Supreme Court | February 20, 2018 | |



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JUSTIN PAUL RAPHAEL*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Justin Paul Raphael, #292380, was on the **3rd** day of **December 2013,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 10th day of March 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
   *Karissa Castro, Deputy Clerk*



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Justin Paul Raphael

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 12, 2010,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 10, 2023.

*Clerk of the Court*

CertID-00108742