```
1  Nicholas J. Santoro, Esq. (NBN 532)
   Oliver J. Pancheri, Esq. (NBN 7476)
2  Margarita Elias, Esq. (NBN 14867)
   HOLLEY DRIGGS
3  300 S. Fourth Street, Suite 1600
4  Las Vegas, NV 89101
   Tel.: (702) 791-0308 / Fax: (702) 791-1912
5  Email:  nsantoro@nevadafirm.com
              opancheri@nevadafirm.com
6             melias@nevadafirm.com
7
   Arman Oruc (pro hac vice forthcoming)
8  GOODWIN PROCTER LLP
   1900 N Street, N.W.
9  Washington, DC 20036-1612
   Tel.: (202) 346-4000 / Fax: (202) 346-4444
10 Email: AOruc@goodwinlaw.com
11
   Alicia Rubio-Spring (Admitted Pro Hac Vice)
12 GOODWIN PROCTER LLP
   100 Northern Avenue
13 Boston, MA 02110
   Tel.: (617) 570-1000 / Facsimile: (617) 523-1231
14 Email: ARubio-Spring@goodwinlaw.com
```

*Attorneys for Defendant The Rainmaker Group Unlimited, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**NOTICE OF APPEARANCE** |

1     PLEASE TAKE NOTICE that attorneys Oliver J. Pancheri and Margarita Elias, of
2 HOLLEY DRIGGS, hereby enter their appearances as counsel of record for Defendant The
3 Rainmaker Group Unlimited, Inc.

    Dated: March 27, 2023.

**HOLLEY DRIGGS**

*/s/ Margarita Elias*
Nicholas J. Santoro (NV Bar No. 532)
Oliver J. Pancheri (NV Bar No. 7476)
Margarita Elias (NV Bar No. 14867)
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
       opancheri@nevadafirm.com
       melias@nevadafirm.com

Arman Oruc (*Pro Hac Vice Forthcoming*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel: (202) 346-4000 / Fax: (202) 346-4444
Email: AOruc@goodwinlaw.com

Alicia Rubio-Spring (*Pro Hac Vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Tel.: (617) 570-1000 / Fax: (617) 523-1231
Email: ARubio-Spring@goodwinlaw.com

*Attorneys for Defendant The Rainmaker Group Unlimited, Inc.*

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March 2023, a true and correct copy of **NOTICE OF APPEARANCE** was served electronically through with the Clerk of the Court using the CM/ECF system to the following counsel of record:

Adam Ellis, Esq.
Ian P. Samson, Esq.
Rahul Ravipudi, Esq.
PANISH SHEA BOYLE RAVIPUDI LLP
300 S. 4th Street, Suite 710
Las Vegas, NV 89101
Email: ellis@psblaw.com
Email: samson@psblaw.com
Email: ravipudi@psblaw.com

Brian J. Panish (*admission pending*)
PANISH SHEA BOYLE RAVIPUDI LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Email: bpanish@psbrlaw.com

Rio S. Pierce (*Pro Hac Vice*)
Abby R. Wolf (*Pro Hac Vice forthcoming*)
Hannah K. Song (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Email: riop@hbsslaw.com
Email: abbyw@hbsslaw.com
Email: hannahso@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Stephanie A. Verdoia (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Email:  steve@hbsslaw.com
Email:  stephaniev@hbsslaw.com

*Attorneys for Plaintiffs Richard Gibson and Heriberto Valiente*

Todd Bice, Esq.
PISANELLI BICE
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
Email:  tlb@pisanellibice.com

Justin P. Raphael, Esq.
Juliana M. Yee, Esq.
Kyle M. Mach, Esq.
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Email: justin.raphael@mto.com
        juliana.yee@mto.com
        kyle.mach@mto.com

Bethany W. Kristovich, Esq.
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Email: bethany.kristovich@mto.com

*Attorneys for Defendant MGM Resorts International*

*/s/ Jana Chaffee*
An Employee of HOLLEY DRIGGS