Patrick J. Reilly
Nevada Bar No. 6103
preilly@bhfs.com
Arthur A. Zorio
Nevada Bar No. 6547
azorio@bhfs.com
Emily Garnett
(admitted *pro hac vice*)
egarnett@bhfs.com
Eric D. Walther
Nevada Bar No. 13611
ewalther@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Treasure Island, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, attorney of record for Defendant Treasure Island, LLC, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

Ruffin Acquisition, LLC

Phillip G. Ruffin Nevada Gaming Trust

Phillip G. Ruffin

/ / /

25363987

These presentations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 27th day of March, 2023.

/s/ *Patrick J. Reilly*
Patrick J. Reilly
Arthur A. Zorio
Emily Garnett
Eric D. Walther
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Treasure Island, LLC*

25363987

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **CERTIFICATE OF INTERESTED PARTIES** was served via electronic service on March 27, 2023, to all parties on the CM/ECF service list.

Adam Ellis, Esq.
Ian P. Samson, Esq.
Rahul Ravipudi, Esq.
PANISH SHEA BOYLE RAVIPUDI LLP
300 S. 4th Street, Suite 710
Las Vegas, NV 89101
ellis@psblaw.com
samson@psblaw.com
ravipudi@psblaw.com

Brian Joseph Panish, Esq. (*admission pending*)
PANISH SHEA BOYLE RAVIPUDI LLP
11111 Santa Monica Bl., Ste 700
Los Angeles, CA 90025
bpanis@psbrlaw.com

Rio S. Pierce, Esq. (*Pro Hac Vice*)
Abby R. Wolf, Esq. (*Pro Hac Vice forthcoming*)
Hannah K. Song, Esq. (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
riop@hbsslaw.com
abbyw@hbsslaw.com
hannahso@hbsslaw.com

Steve W. Berman, Esq. (*Pro Hac Vice*)
Stephanie A Verdoia, Esq. (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
stephaniev@hbsslaw.com

*Attorneys for Plaintiffs Richard Gibon and Heriberto Valiente*

Todd L. Bice, Esq.
Emily A. Buchwald, Esq.
PISANELLI BICE PLLC
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
tlb@pisanellibice.com

Patrick G. Byrne, Esq.
Bradley Austin, Esq.
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
pbnyrne@swlaw.som
baustin@swlaw.com

Mark Holscher, Esq. (*pro hac vice forthcoming*)
Tammy Tsoumas, Esq. (*pro hac vice forthcoming*)
Leonora Cohen, Esq. (*pro hac vice forthcoming*)
KIRLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
ttsoumas@kirkland.com
mholscher@kirkland.com
lena.cohen@kirkland.com

Matthew Solum, Esq. (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
msolum@kirkland.com

*Attorneys for Defendant Wynn Resorts Holdings, LLC*

Sadik Huseny, Esq. (*pro hac vice forthcoming*)
Tim O'Mara, Esq.(*pro hac vice forthcoming*)
Brendan A. McShane, Esq. (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000

25363987

| | | |
|---|---|---|
| 1 | eab@psianellibice.com | San Francisco, CA 94111 |
| | | Sadik.huseny@lw.com |
| 2 | Bethany Kristovich, Esq. (*pro hac vice forthcoming*) | Tim.o'mara@lw.com |
| | | Brendan.mcshane@lw.com |
| 3 | Kyle Mach, Esq. (*pro hac vice forthcoming*) | |
| | Justin Raphael, Esq. (*pro hac vice forthcoming*) | Anna M. Rathbun, Esq. (*pro hac vice forthcoming*) |
| 4 | MUNGER, TOLLES & OLSON LLP | LATHAM & WATKINS LLP |
| 5 | 350 S. Grand Ave., 50th Floor | 555 Eleventh Street, NW Suite 1000 |
| | Los Angeles, CA 90071 | Washington, DC 20004 |
| 6 | Bethany.kristovich2@mto.com | Anna.rathbun@lw.com |
| | Kyle.mach@mto.com | |
| 7 | Justin.raphael@mto.com | *Attorneys for Defendant Cendyn Group LLC* |
| 8 | *Attorneys for Defendant MGM Resorts International* | |
| 9 | | |
| 10 | Adam Hosmer-Henner, Esq. | |
| | Chelsea Latino, Esq. | |
| 11 | Jane Susskind, Esq. | |
| | MCDONALD CARANO LLP | |
| 12 | 100 West Liberty Street, 10th Floor | |
| | Reno, Nevada 89501 | |
| 13 | ahosmerhenner@mcdonaldcarano.com | |
| | clatino@mcdonaldcarano.com | |
| 14 | jsussking@mcdonaldcarano.com | |
| 15 | Boris Bershteyn, Esq. (*pro hac vice forthcoming*) | |
| 16 | Ken Schwartz, Esq. (*pro hac vice forthcoming*) | |
| | Michael Menitove, Esq. (*pro have vice forthcoming*) | |
| 17 | Sam Auld, Esq. (*pro hac vice forthcoming*) | |
| 18 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| | One Manhattan West | |
| 19 | New York, NY 10001 | |
| | Boris.Bershteyn@skadden.com | |
| 20 | Ken.Schwartx@skadden.com | |
| | Michael.Menitove@skadden.com | |
| 21 | Sam.Auld@Skadden.com | |
| 22 | *Attorneys for Defendant Caesars Entertainment, Inc.* | |

*/s/ Wendy Cosby*
Wendy Cosby, an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

25363987

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106