| | |
|---|---|
| 1 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | Steve W. Berman, Esq. (*pro hac vice*) |
| 2 | steve@hbsslaw.com |
| | Stephanie A. Verdoia, Esq. (*pro hac vice*) |
| 3 | stephaniev@hbsslaw.com |
| | 1301 Second Avenue, Suite 2000 |
| 4 | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| 5 | Facsimile: (206) 623-0594 |
| 6 | Rio S. Pierce, Esq. (*pro hac vice*) |
| | riop@hbsslaw.com |
| 7 | Abby R .Wolf, Esq. (*pro hac vice pending*) |
| | abbyw@hbsslaw.com |
| 8 | Hannah K. Song, Esq. (*pro hac vice*) |
| | hannahso@hbsslaw.com |
| 9 | 715 Hearst Ave, Suite 300 |
| | Berkeley, CA 94710 |
| 10 | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| 11 | |
| 12 | **PANISH SHEA BOYLE RAVIPUDI LLP** |
| | Brian J. Panish, NV Bar No. 16123 (*admission pending*) |
| 13 | panish@psbr.law |
| | Rahul Ravipudi, NV Bar No. 14750 |
| 14 | rravipudi@psbr.law |
| | Adam Ellis, NV Bar No. 14514 |
| 15 | aellis@psbr.law |
| | Ian Samson, NV Bar No. 15089 |
| 16 | isamson@psbr.law |
| | 300 S. Fourth Street, Suite 710 |
| 17 | Las Vegas, NV 89101 |
| | Telephone: (702) 560-5520 |
| 18 | *Counsel for Plaintiffs and the Proposed Class* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE, *on behalf of themselves and others similarly situated*, | Case No. 2:23-CV-140-MMD-DJA |
| Plaintiffs, | **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT HAGENS BERMAN SOBOL SHAPIRO LLP AS INTERIM CLASS COUNSEL** |
| v. | |
| MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, | |
| Defendants. | |

DECLARATION OF STEVE W. BERMAN ISO
PLAINTIFFS' MOTION APPOINTING HAGENS BERMAN
SOBOL SHAPIRO LLP AS INTERIM CLASS COUNSEL


I, STEVE W. BERMAN, declare as follows:

1. I am the founder and managing partner at Hagens Berman Sobol Shapiro LLP, counsel of record for Plaintiffs Richard Gibson and Heriberto Valiente in the above-titled action. I have been admitted as a *Pro Hac Vice* by the District of Nevada for this case. I have personal knowledge of the facts stated in this declaration and would competently testify thereto, if called upon.

2. I make this declaration personally in support of Plaintiffs' Motion to Appoint Hagens Berman Sobol Shapiro LLP as Interim Class Counsel. I am committed to prosecuting this case. If the Court appoints Hagens Berman as Interim Class Counsel in this litigation, I will devote myself to the development and success of this case.

**HAGENS BERMAN HAS LED THE PROSEUCTION OF INFORMATION EXHANGES**

3. Hagens Berman is on the forefront of many major antitrust cases, including cases where defendants used third party intermediaries to share their pricing. For example, most recently Hagens Berman has been appointed as interim lead counsel on behalf of student renters who lease units from property management companies that use the same third party—RealPage—to access a shared pricing algorithm. *See Navarro v. RealPage*, No. 2:22-cv-01552-RSL (W.D. Wash.).

4. In addition, Hagens Berman has been appointed lead for the consumer classes in both the *Broilers* and *Pork* antitrust cases. *See In re: Broilers Antitrust Litigation,* Case No. 1:16-cv-08637 (N.D. Ill.) *and In re: Pork Antitrust Litigation,* Case No. 1:18-cv-01776 (D. Minn.).

5. Both *Broilers* and *Pork* allege that the defendants – chicken and pork processors in the United States – used a third-party intermediary to exchange information about their prices, which resulted in anticompetitive effects. These cases are actively being litigated, and the classes have already achieved significant results. The district court in *Broilers* has granted class certification and settlements to date total $181 million for the class. In *Pork*, class certification is pending and settlements to date total more $100 million. The proposed team for this case includes lawyers who have worked on both *Broilers* and *Pork* extensively.

DECLARATION OF STEVE W. BERMAN ISO - 1
PLAINTIFFS' MOTION APPOINTING HAGENS BERMAN
SOBOL SHAPIRO LLP AS INTERIM CLASS COUNSEL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**HAGENS BERMAN DEVELOPED THIS CASE**

6. Hagens Berman is the only firm that has investigated Rainmaker's impact in the Las Vegas Hotel Market. As a result of Hagens Berman's investigation, hotel guests brought a novel complaint, which named multiple defendants who own numerous properties on the Las Vegas Strip.

7. The depth and detail of the allegations in the complaint are one indication of Hagens Berman's efforts. Hagens Berman extensively investigated the unique aspects of the Las Vegas Strip Hotel Market, the individual defendants, and the facts alleged in the complaint. This includes analyses of articles in trade publications, industry presentations and reports, SEC filings, and investor presentations concerning the Las Vegas Strip Hotel Market and the individual defendants.

8. Hagens Berman spent many hours working with economists to identify critical factors in the technology utilized by hotel management companies which made the hotel market more susceptible to collusion. For example, the high barriers to enter the market, market concentration, inelastic consumer demand, relative fungibility of hotel rooms, and exchange of competitively sensitive information among competitors at trade association conferences, are a few characteristics that prevent discipline of the cartel price fixing.

9. This work has not stopped since filing of the initial complaint in this action. The attorneys on this team have committed many hours to the investigation of impacted putative class members and are regularly communicating with many guests of defendants' properties across the country to answer their questions about this case.

**HAGENS BERMAN HAS THE RESOURCES TO PROSECUTE THESE CLAIMS**

10. Hagens Berman has more than eighty lawyers, with offices in Seattle, Berkeley, Boston, Chicago, Los Angeles, New York, Phoenix, San Diego, and abroad. Since its founding in 1993, Hagens Berman has represented plaintiffs in a broad spectrum of complex, multi-party antitrust cases. Hagens Berman was named to the 2022 Elite Trial Lawyer – Litigation Firm of the Year in the Antitrust Category by the National Law Journal, as well as being named Practice

DECLARATION OF STEVE W. BERMAN ISO - 2
PLAINTIFFS' MOTION APPOINTING HAGENS BERMAN
SOBOL SHAPIRO LLP AS INTERIM CLASS COUNSEL



Group of the Year—Antitrust by Law 360 for 2022, and honoree for Outstanding Antitrust Litigation Achievement in Private Law Practice" by the American Antitrust Institute in 2021.

11. This litigation team has demonstrated their dedication and commitment in the many complex cases discussed above, and Hagens Berman will bring the same resources and commitment to ensure a successful outcome of this case. Hagens Berman is well-capitalized and possesses some of the largest and most robust investigatory and litigation teams in their field. Hagens Berman's lawyers are experienced, diverse professionals dedicated to enforcing consumer protection and antitrust laws. The firm consistently advances millions of dollars in litigation costs without third-party funding in matters of comparable size and complexity.

12. Hagens Berman has also developed policies to ensure cost-effective representation of the class. For example, Hagens Berman has a robust timekeeping policy to ensure timely and detailed records of all billable time. Time must be contemporaneously tracked by attorneys in time-keeping software, according to time codes that are standard in large antitrust cases. Time descriptions must be sufficiently detailed to enable anyone reviewing the entries to identify the specific activity performed the time spent on the activity and its purpose, and the relationship to the matter. Time must be tracked in tenth-of-an-hour increments. Timekeepers who do not follow the policy of entering time contemporaneously are subject to financial penalties to incentivize compliance. Timekeeping is considered a critical job function and tardiness is not tolerated. Hagens Berman also audits this time every month and can provide regular reports to the Court, if requested.

13. Hagens Berman is also committed to encouraging diversity in the practice of law. The proposed litigation team here includes two men and three women with varied experience levels. This team is committed to developing opportunities for new attorneys to have meaningful opportunities in court, with appropriate supervision.

## CONCLUSION

14. Hagens Berman is eminently qualified to be Interim Lead Counsel in this case. Hagens Berman has been appointed as lead counsel in many antitrust cases that are similar in size and complexity and we have achieved remarkable results for class members in these cases.

DECLARATION OF STEVE W. BERMAN ISO - 3
PLAINTIFFS' MOTION APPOINTING HAGENS BERMAN
SOBOL SHAPIRO LLP AS INTERIM CLASS COUNSEL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

15. To assist the Court with this application, true and correct copies of the following documents have been provided:

| Exhibit A | Hagens Berman's Firm Résumé |
| Exhibit B | Resolution on Diversity in Trial Court Appointments, National Association of Women Judges |
| Exhibit C | Standards and Best Practices for Large and Mass-Tort MDLs |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of March, 2023, at Seattle, Washington.

              */s/ Steve W. Berman*
              STEVE W. BERMAN

DECLARATION OF STEVE W. BERMAN ISO - 4
PLAINTIFFS' MOTION APPOINTING HAGENS BERMAN
SOBOL SHAPIRO LLP AS INTERIM CLASS COUNSEL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX