1

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq. (*pro hac vice*)
2
steve@hbsslaw.com
Stephanie A. Verdoia, Esq. (*pro hac vice*)
3
stephaniev@hbsslaw.com
1301 Second Avenue, Suite 2000
4
Seattle, WA 98101
Telephone: (206) 623-7292
5
Facsimile:  (206) 623-0594

6
Rio S. Pierce, Esq. (*pro hac vice*)
riop@hbsslaw.com
7
Abby R.Wolf, Esq. (*pro hac vice*)
abbyw@hbsslaw.com
8
Hannah K. Song, Esq. (*pro hac vice*)
hannahso@hbsslaw.com
9
715 Hearst Ave, Suite 300
Berkeley, CA 94710
10
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
11

**PANISH SHEA BOYLE RAVIPUDI LLP**
12
Brian J. Panish, NV Bar No. 16123
panish@psbr.law
13
Rahul Ravipudi, NV Bar No. 14750
rravipudi@psbr.law
14
Adam Ellis, NV Bar No. 14514
aellis@psbr.law
15
Ian Samson, NV Bar No. 15089
isamson@psbr.law
16
300 S. Fourth Street, Suite 710
Las Vegas, NV 89101
17
Telephone:  (702) 560-5520
*Counsel for Plaintiffs and the Proposed Class*
18

19

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

20
RICHARD GIBSON, and HERIBERTO
VALIENTE, *on behalf of themselves and*
21
*others similarly situated*,

22
                    Plaintiffs,

23
      v.

MGM RESORTS INTERNATIONAL,
24
CENDYN GROUP, LLC, THE
RAINMAKER GROUP UNLIMITED, INC.,
25
CAESARS ENTERTAINMENT INC.,
TREASURE ISLAND, LLC, WYNN
26
RESORTS HOLDINGS, LLC,

27
                    Defendants.

28

Case No. 2:23-CV-140-MMD-DJA

**EXHIBIT D TO PLAINTIFFS' MOTION
TO APPOINT HAGENS BERMAN
SOBOL SHAPIRO LLP AND PANISH
SHEA BOYLE RAVIPUDI LLP AS
INTERIM CLASS COUNSEL**

[PROPOSED] ORDER
Case No. 2:23-cv-00140
2023-02-17 _Proposed_ Order(2185014.1) v3docx 3/30/2023

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

# PROPOSED ORDER



1  **HAGENS BERMAN SOBOL SHAPIRO LLP**
   Steve W. Berman, Esq. (*pro hac vice*)
2  steve@hbsslaw.com
   Stephanie A. Verdoia, Esq. (*pro hac vice*)
3  stephaniev@hbsslaw.com
   1301 Second Avenue, Suite 2000
4  Seattle, WA 98101
   Telephone: (206) 623-7292
5  Facsimile:  (206) 623-0594

6  Rio S. Pierce, Esq. (*pro hac vice*)
   riop@hbsslaw.com
7  Abby R.Wolf, Esq. (*pro hac vice*)
   abbyw@hbsslaw.com
8  Hannah K. Song, Esq. (*pro hac vice*)
   hannahso@hbsslaw.com
9  715 Hearst Ave, Suite 300
   Berkeley, CA 94710
10 Telephone:  (510) 725-3000
   Facsimile:  (510) 725-3001
11
   **PANISH SHEA BOYLE RAVIPUDI LLP**
12 Brian J. Panish, NV Bar No. 16123
   panish@psbr.law
13 Rahul Ravipudi, NV Bar No. 14750
   rravipudi@psbr.law
14 Adam Ellis, NV Bar No. 14514
   aellis@psbr.law
15 Ian Samson, NV Bar No. 15089
   isamson@psbr.law
16 300 S. Fourth Street, Suite 710
   Las Vegas, NV 89101
17 Telephone:  (702) 560-5520
   *Counsel for Plaintiffs and the Proposed Class*
18

19 ## UNITED STATES DISTRICT COURT
   ## DISTRICT OF NEVADA

20 RICHARD GIBSON, and HERIBERTO          Case No. 2:23-CV-140-MMD-DJA
   VALIENTE, *on behalf of themselves and*
21 *others similarly situated*,
                                          **[PROPOSED] ORDER GRANTING**
22                       Plaintiffs,      **PLAINTIFFS' MOTION TO APPOINT**
                                          **HAGENS BERMAN SOBOL SHAPIRO**
23       v.                               **LLP AND PANISH SHEA BOYLE**
                                          **RAVIPUDI LLP AS INTERIM CLASS**
24 MGM RESORTS INTERNATIONAL,             **COUNSEL**
   CENDYN GROUP, LLC, THE
25 RAINMAKER GROUP UNLIMITED, INC.,
   CAESARS ENTERTAINMENT INC.,
26 TREASURE ISLAND, LLC, WYNN
   RESORTS HOLDINGS, LLC,
27
                        Defendants.
28

[PROPOSED] ORDER
Case No. 2:23-cv-00140
2023-02-17 _Proposed_ Order(2185014.1) v3docx 3/30/2023



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1   Now before the Court is the Plaintiffs' Motion to Appoint Hagens Berman Sobol Shapiro

2   LLP and Panish Shea Boyle Ravipudi LLP as Interim Class Counsel.

3   The Court has carefully reviewed the motion and concludes that Hagens Berman Sobol

4   Shapiro LLP and Panish Shea Boyle Ravipudi LLP should be appointed, and are hereby

5   appointed, as Interim Class Counsel for the Proposed Class. The Court concludes that such

6   appointment will aid in achieving efficiency and economy in what is likely to be expensive and

7   complicated litigation, and that such appointment will enhance fairness to all parties concerned,

8   as well as the proposed class.

9   In reaching these conclusions, the Court has carefully reviewed the motion and its

10   accompanying submissions, including the declaration and attachments submitted on behalf of the

11   appointed firms, and has also considered the factors outlined in Rule 23(g) of the Federal Rules

12   of Civil Procedure and other authority cited by the Plaintiffs. The Plaintiffs' submission

13   demonstrates that the appointed firms satisfy the requirements of Rule 23(g) for appointment as

14   interim class counsel. This includes the work counsel has done in identifying or investigating

15   potential claims in the action; counsel's experience in handling class actions, other complex

16   litigation, and the types of claims asserted in the action; counsel's knowledge of the applicable

17   law; and the resources that counsel has available and will commit to representing the class.

18   Therefore, with respect to the Proposed Class, Hagens Berman Sobol Shapiro LLP and

19   Panish Shea Boyle Ravipudi LLP as Interim Class Counsel, shall have authority over the

20   following matters on behalf of the Proposed Class:

21         a.    convening meetings of Plaintiffs' counsel;

22         b.    the initiation, response, scheduling, briefing, and argument of all motions;

23         c.    the scope, order, and conduct of all discovery proceedings;

24         d.    making such work assignments as among themselves and other Plaintiffs'

25              counsel as they may deem appropriate;

26         e.    collecting time and expense reports from all Plaintiffs' counsel on a

27              periodic basis;

28

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1          f.      the retention of experts;

2          g.      the designation of which Plaintiffs' attorneys shall appear at hearings and

3                 conferences with the Court;

4          h.      settlement negotiations and agreements with Defendants;

5 allocate among counsel any award of attorney's fees and expenses; and

6          i.      all other matters concerning the prosecution of the Action on behalf of the

7 Proposed Class.

8                              **IT IS SO ORDERED:**

9                              _____

10                              UNITED STATES DISTRICT JUDGE

11                              Dated:_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

