**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq. (*pro hac vice*)
steve@hbsslaw.com
Stephanie A. Verdoia, Esq. (*pro hac vice*)
stephaniev@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Rio S. Pierce, Esq. (*pro hac vice*)
riop@hbsslaw.com
Abby R .Wolf, Esq. (*pro hac vice*)
abbyw@hbsslaw.com
Hannah K. Song, Esq. (*pro hac vice*)
hannahso@hbsslaw.com
715 Hearst Ave, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

**PANISH SHEA BOYLE RAVIPUDI LLP**
Brian J. Panish, NV Bar No. 16123
panish@psbr.law
Rahul Ravipudi, NV Bar No. 14750
rravipudi@psbr.law
Adam Ellis, NV Bar No. 14514
aellis@psbr.law
Ian Samson, NV Bar No. 15089
isamson@psbr.law
300 S. Fourth Street, Suite 710
Las Vegas, NV 89101
Telephone: (702) 560-5520

*Counsel for Plaintiffs and the proposed class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | No. 2:23-CV-00140-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND/REPLY TO DEFENDANTS' JOINT MOTION TO DISMISS THE COMPLAINT AND MGM RESORTS INTERNATIONAL'S SEPARATE MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

**STIPULATION**

Plaintiffs Richard Gibson and Heriberto Valiente ("Plaintiffs") and Defendants MGM Resorts International, Cendyn Group, LLC, The Rainmaker Group Unlimited, Inc., Caesars Entertainment Inc., Treasure Island, LLC, and Wynn Resorts Holdings, LLC (collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On March 27, 2023, Defendants filed a Joint Motion to Dismiss the Complaint with Prejudice (ECF No. 91). The same day, Defendant MGM Resorts International filed a Separate Motion to Dismiss (ECF No. 92).

2. Plaintiffs' oppositions are currently due on April 10, 2023, with Defendants' reply briefs due on April 17, 2023.

3. Plaintiffs shall have up to and including May 11, 2023, to oppose Defendants' Joint Motion to Dismiss the Complaint with Prejudice (ECF No. 91) and MGM's Separate Motion to Dismiss (ECF No. 92).

4. Defendants shall have up to and including June 12, 2023, to file their reply memoranda.

5. This Stipulation and amended briefing schedule has been entered into by the parties given the complex nature of the motions before the court and as a professional courtesy to Plaintiffs, who previously agreed to a similar extension for Defendants to respond to the Complaint. Accordingly, good cause exists for the foregoing extension, which is not made for purposes of delay.

HAGENS BERMAN

DATED: April 3, 2023

/s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
Stephanie A. Verdoia (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594
steve@hbsslaw.com
stephaniev@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
Abby R. Wolf (*pro hac vice*)
Hannah K. Song (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
T: (510) 725-3000
F: (510) 725-3001
riop@hbsslaw.com
abbyw@hbsslaw.com
hannahso@hbsslaw.com

Rahul Ravipudi, NV Bar No. 14750
Adam Ellis, NV Bar No. 14514
Ian P. Samson, NV Bar No. 15089
**PANISH SHEA BOYLE RAVIPUDI LLP**
300 S. 4th Street, Suite 710
Las Vegas, NV 89101
T: (702) 560-5520
F: (702) 975-2515
rravipudi@psblaw.com
aellis@psblaw.com
isamson@psblaw.com

Brian J. Panish, NV Bar No. 16123
**PANISH SHEA BOYLE RAVIPUDI LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
T: (310) 477-1700
F: (310) 477-1699
panish@psbrlaw.com

*Counsel for Plaintiffs and the proposed class*

/s/ Nicholas J. Santoro
Nicholas J. Santoro (NV Bar No. 0532)
HOLLEY DRIGGS
300 S. 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com

Arman Oruc (*Pro Hac Vice*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel: (202) 346-4000 / Fax: (202) 346-4444
Email: AOruc@goodwinlaw.com

Alicia Rubio-Spring (*Pro Hac Vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Tel.: (617) 570-1000 / Fax: (617) 523-1231
Email: ARubio-Spring@goodwinlaw.com

*Attorneys for Defendant The Rainmaker Group Unlimited, Inc.*


/s/ Todd L. Bice
Todd L. Bice
Emily A. Buchwald
Pisanelli Bice PLLC
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
T: (702) 214-2100
tlb@pisanellibice.com
eab@pisanellibice.com

Bethany Kristovich (*pro hac vice*)
Kyle Mach (*pro hac vice*)
Justin Raphael (*pro hac vice*)
Munger, Tolles & Olson LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
T: (213) 683-9100
bethany.kristovich@mto.com
Kyle.mach@mto.com
Justin.raphael@mto.com

Juliana M. Yee (*pro hac vice*)
Munger, Tolles & Olson LLP

- 2 -

560 Mission Street, 27th Floor
San Francisco, CA 94105
T: (415) 512-4000
Juliana.yee@mto.com

*Counsel for Defendant MGM Resorts International*

 /s/ Adam Hosmer-Henner
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
T: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*pro hac vice*)
Ken Schwartz (*pro hac vice*)
Michael Menitove (*pro hac vice*)
Sam Auld (*pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
T: (212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Counsel for Defendant Caesars Entertainment, Inc.*

 /s/ Sadik Huseny
Sadik Huseny (*pro hac vice*)
Tim O'Mara (*pro hac vice forthcoming*)
Brendan A. McShane (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
T: (415) 391-0600
F: (415) 395-8095
sadik.huseny@lw.com
tim.o'mara@lw.com
brendan.mcshane@lw.com

HAGENS BERMAN

```
 1    Anna M. Rathbun (pro hac vice)
      Latham & Watkins LLP
 2    555 Eleventh Street, NW, Suite 1000
      Washington, DC 20004-1304
 3    T: (202) 637-3381
      F: (202) 637-2201
 4    anna.rathbun@lw.com

 5    J. Colby William (NSBN 5549)
      Campbell & Williams
 6    710 South Seventh Street
      Las Vegas, NV 89101
 7    T: (702) 382-5222
      F: (702) 382-0540
 8    jcw@cwlawlv.com

 9    Counsel for Defendant Cendyn Group LLC

10

11     /s/ Patrick J. Reilly
      Patrick J. Reilly (Nevada Bar No. 6103)
12    Arthur A. Zorio (Nevada Bar No. 6547)
      Emily Garnett (Pro Hac Vice)
13    Eric D. Walther (Nevada Bar No. 13611)
      BROWNSTEIN HYATT FARBER SCHRECK, LLP
14    100 North City Parkway, Suite 1600
      Las Vegas, NV 89106-4614
15    T: (702) 382-2101
      F: (702) 382-8135
16    preilly@bhfs.com
      azorio@bhfs.com
17    egarnett@bhfs.com
      ewalther@bhfs.com
18
      Counsel for Defendant Treasure Island, LLC
19

20     /s/ Mark C. Holscher
      Mark C. Holscher
21    Tammy A. Tsoumas
      Leonara Cohen
22    KIRKLAND & ELLIS LLP
      2049 Century Park East, Suite 3700
23    Los Angeles, CA 90067
      T: (310) 552-4200
24    Mark.holscher@kirkland.com
      Tammy.tsoumas@kirkland.com
25    Lena.cohen@kirkland.com

26    Matthew Solum
      KIRKLAND & ELLIS LLP
27    601 Lexington Avenue
      New York, NY 10022
28    T: (212) 446-4688
```

msolum@kirkland.com

Patrick G. Byrne
Bradley Austin
SNELL & WILMER
Hughes Center
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
T: (702) 784-5201
pbyrne@swlaw.com
baustin@smlaw.com

*Counsel for Defendant Wynn Resorts Holdings, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

HAGENS BERMAN