1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

10  RICHARD GIBSON, and HERIBERTO        No. 2:23-CV-140-MMD-DJA
11  VALIENTE, *on behalf of themselves and*
    *others similarly situated*,             **[PROPOSED] ORDER**
12
            Plaintiffs,
13
        v.
14
    MGM RESORTS INTERNATIONAL,
15  CENDYN GROUP, LLC, THE RAINMAKER
    GROUP UNLIMITED, INC., CAESARS
16  ENTERTAINMENT INC., TREASURE
    ISLAND, LLC, WYNN RESORTS
17  HOLDINGS, LLC,

18          Defendants.

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
Case No. 2:23-cv-00140-MMD-JDA

**HAGENS BERMAN**

1    THIS MATTER having come before the Court on the foregoing Stipulation of the parties. Based on the foregoing Stipulation, the Court hereby ORDERS that:

1. Plaintiffs shall file their opposition to Defendants' Joint Motion to Dismiss the Complaint with Prejudice (ECF No. 91) on or before May 11, 2023.

2. Plaintiffs shall file their opposition to MGM Resorts International's Separate Motion to Dismiss (ECF No. 92) on or before May 11, 2023.

3. Defendants shall file their reply in support of their Joint Motion to Dismiss the Complaint with Prejudice (ECF No. 91) on or before June 12, 2023.

4. MGM Resorts International shall file its reply in support of its Separate Motion to Dismiss (ECF No. 92) on or before June 12, 2023.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

[PROPOSED] ORDER - 1
Case No. 2:23-cv-00140-MMD-DJA

HAGENS BERMAN