1  **HAGENS BERMAN SOBOL SHAPIRO LLP**
   Steve W. Berman, Esq. (*pro hac vice*)
2  steve@hbsslaw.com
   Stephanie A. Verdoia, Esq. (*pro hac vice*)
3  stephaniev@hbsslaw.com
   1301 Second Avenue, Suite 2000
4  Seattle, WA 98101
   Telephone: (206) 623-7292
5  Facsimile: (206) 623-0594

6  Rio S. Pierce, Esq. (*pro hac vice*)
   riop@hbsslaw.com
7  Abby R .Wolf, Esq. (*pro hac vice*)
   abbyw@hbsslaw.com
8  Hannah K. Song, Esq. (*pro hac vice*)
   hannahso@hbsslaw.com
9  715 Hearst Ave, Suite 300
   Berkeley, CA 94710
10 Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
11
   **PANISH SHEA BOYLE RAVIPUDI LLP**
12 Brian J. Panish, NV Bar No. 16123
   panish@psbr.law
13 Rahul Ravipudi, NV Bar No. 14750
   rravipudi@psbr.law
14 Adam Ellis, NV Bar No. 14514
   aellis@psbr.law
15 Ian Samson, NV Bar No. 15089
   isamson@psbr.law
16 300 S. Fourth Street, Suite 710
   Las Vegas, NV 89101
17 Telephone: (702) 560-5520

18 *Counsel for Plaintiffs and the proposed class*

19               **UNITED STATES DISTRICT COURT**
20                    **DISTRICT OF NEVADA**

21 RICHARD GIBSON, and HERIBERTO           No. 2:23-CV-00140-MMD-DJA
   VALIENTE,
22                                         **STIPULATION AND ORDER TO**
                  Plaintiffs,              **EXTEND TIME TO RESPOND/REPLY**
23                                         **TO DEFENDANTS' JOINT MOTION**
          v.                               **TO DISMISS THE COMPLAINT AND**
24                                         **MGM RESORTS INTERNATIONAL'S**
   MGM RESORTS INTERNATIONAL,              **SEPARATE MOTION TO DISMISS**
   CENDYN GROUP, LLC, THE RAINMAKER
25 GROUP UNLIMITED, INC., CAESARS          **(FIRST REQUEST)**
   ENTERTAINMENT INC., TREASURE
26 ISLAND, LLC, WYNN RESORTS
   HOLDINGS, LLC,
27
                  Defendants.
28

**STIPULATION**

Plaintiffs Richard Gibson and Heriberto Valiente ("Plaintiffs") and Defendants MGM Resorts International, Cendyn Group, LLC, The Rainmaker Group Unlimited, Inc., Caesars Entertainment Inc., Treasure Island, LLC, and Wynn Resorts Holdings, LLC (collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On March 27, 2023, Defendants filed a Joint Motion to Dismiss the Complaint with Prejudice (ECF No. 91). The same day, Defendant MGM Resorts International filed a Separate Motion to Dismiss (ECF No. 92).

2. Plaintiffs' oppositions are currently due on April 10, 2023, with Defendants' reply briefs due on April 17, 2023.

3. Plaintiffs shall have up to and including May 11, 2023, to oppose Defendants' Joint Motion to Dismiss the Complaint with Prejudice (ECF No. 91) and MGM's Separate Motion to Dismiss (ECF No. 92).

4. Defendants shall have up to and including June 12, 2023, to file their reply memoranda.

5. This Stipulation and amended briefing schedule has been entered into by the parties given the complex nature of the motions before the court and as a professional courtesy to Plaintiffs, who previously agreed to a similar extension for Defendants to respond to the Complaint. Accordingly, good cause exists for the foregoing extension, which is not made for purposes of delay.

DATED: April 3, 2023

| | |
|---|---|
| /s/ Steve W. Berman | /s/ Nicholas J. Santoro |
| Steve W. Berman (*pro hac vice*) | Nicholas J. Santoro (NV Bar No. 0532) |
| Stephanie A. Verdoia (*pro hac vice*) | HOLLEY DRIGGS |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | 300 S. 4th Street, Suite 1600 |
| 1301 Second Avenue, Suite 2000 | Las Vegas, NV 89101 |
| Seattle, WA 98101 | Tel.: (702) 791-0308 / Fax: (702) 791-1912 |
| T: (206) 623-7292 | Email: nsantoro@nevadafirm.com |
| F: (206) 623-0594 | |
| steve@hbsslaw.com | Arman Oruc (*Pro Hac Vice*) |
| stephaniev@hbsslaw.com | GOODWIN PROCTER LLP |
| | 1900 N Street, N.W. |
| Rio S. Pierce (*pro hac vice*) | Washington, DC 20036-1612 |
| Abby R. Wolf (*pro hac vice*) | Tel: (202) 346-4000 / Fax: (202) 346-4444 |
| Hannah K. Song (*pro hac vice*) | Email: AOruc@goodwinlaw.com |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | |
| 715 Hearst Avenue, Suite 300 | Alicia Rubio-Spring (*Pro Hac Vice*) |
| Berkeley, CA 94710 | GOODWIN PROCTER LLP |
| T: (510) 725-3000 | 100 Northern Avenue |
| F: (510) 725-3001 | Boston, MA 02110 |
| riop@hbsslaw.com | Tel.: (617) 570-1000 / Fax: (617) 523-1231 |
| abbyw@hbsslaw.com | Email: ARubio-Spring@goodwinlaw.com |
| hannahso@hbsslaw.com | |
| | *Attorneys for Defendant The Rainmaker Group Unlimited, Inc.* |
| Rahul Ravipudi, NV Bar No. 14750 | |
| Adam Ellis, NV Bar No. 14514 | |
| Ian P. Samson, NV Bar No. 15089 | |
| **PANISH SHEA BOYLE RAVIPUDI LLP** | /s/ Todd L. Bice |
| 300 S. 4th Street, Suite 710 | Todd L. Bice |
| Las Vegas, NV 89101 | Emily A. Buchwald |
| T: (702) 560-5520 | Pisanelli Bice PLLC |
| F: (702) 975-2515 | 400 S. 7th Street, Suite 300 |
| rravipudi@psblaw.com | Las Vegas, NV 89101 |
| aellis@psblaw.com | T: (702) 214-2100 |
| isamson@psblaw.com | tlb@pisanellibice.com |
| | eab@pisanellibice.com |
| Brian J. Panish, NV Bar No. 16123 | Bethany Kristovich (*pro hac vice*) |
| **PANISH SHEA BOYLE RAVIPUDI LLP** | Kyle Mach (*pro hac vice*) |
| 11111 Santa Monica Blvd., Suite 700 | Justin Raphael (*pro hac vice*) |
| Los Angeles, CA 90025 | Munger, Tolles & Olson LLP |
| T: (310) 477-1700 | 350 S. Grand Ave., 50th Floor |
| F: (310) 477-1699 | Los Angeles, CA 90071 |
| panish@psbrlaw.com | T: (213) 683-9100 |
| | bethany.kristovich@mto.com |
| | Kyle.mach@mto.com |
| *Counsel for Plaintiffs and the proposed class* | Justin.raphael@mto.com |
| | Juliana M. Yee (*pro hac vice*) |
| | Munger, Tolles & Olson LLP |

HAGENS BERMAN

| | |
|---|---|
| 1 | 560 Mission Street, 27th Floor |
| 2 | San Francisco, CA 94105 |
|   | T: (415) 512-4000 |
| 3 | Juliana.yee@mto.com |
| 4 | *Counsel for Defendant MGM Resorts International* |

 */s/ Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
T: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*pro hac vice*)
Ken Schwartz (*pro hac vice*)
Michael Menitove (*pro hac vice*)
Sam Auld (*pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
T: (212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Counsel for Defendant Caesars Entertainment, Inc.*

 */s/ Sadik Huseny*
Sadik Huseny (*pro hac vice*)
Tim O'Mara (*pro hac vice forthcoming*)
Brendan A. McShane (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
T: (415) 391-0600
F: (415) 395-8095
sadik.huseny@lw.com
tim.o'mara@lw.com
brendan.mcshane@lw.com

HAGENS BERMAN

Anna M. Rathbun (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T: (202) 637-3381
F: (202) 637-2201
anna.rathbun@lw.com

J. Colby William (NSBN 5549)
Campbell & Williams
710 South Seventh Street
Las Vegas, NV 89101
T: (702) 382-5222
F: (702) 382-0540
jcw@cwlawlv.com

*Counsel for Defendant Cendyn Group LLC*


 */s/ Patrick J. Reilly*
Patrick J. Reilly (Nevada Bar No. 6103)
Arthur A. Zorio (Nevada Bar No. 6547)
Emily Garnett (*Pro Hac Vice*)
Eric D. Walther (Nevada Bar No. 13611)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
T: (702) 382-2101
F: (702) 382-8135
preilly@bhfs.com
azorio@bhfs.com
egarnett@bhfs.com
ewalther@bhfs.com

*Counsel for Defendant Treasure Island, LLC*


 */s/ Mark C. Holscher*
Mark C. Holscher
Tammy A. Tsoumas
Leonara Cohen
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
T: (310) 552-4200
Mark.holscher@kirkland.com
Tammy.tsoumas@kirkland.com
Lena.cohen@kirkland.com

Matthew Solum
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4688

msolum@kirkland.com

Patrick G. Byrne
Bradley Austin
SNELL & WILMER
Hughes Center
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
T: (702) 784-5201
pbyrne@swlaw.com
baustin@smlaw.com

*Counsel for Defendant Wynn Resorts Holdings, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 3, 2023

No. 2:23-CV-00140-MMD-DJA STIPULATION AND ORDER TO EXTEND TIME TO RESPOND/REPLY TO DEFENDANTS' JOINT MOTION TO DISMISS THE COMPLAINT AND MGM RESORTS INTERNATIONAL'S SEPARATE MOTION TO DISMISS

HAGENS BERMAN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD GIBSON, and HERIBERTO VALIENTE, *on behalf of themselves and others similarly situated*,

    Plaintiffs,

v.

MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,

    Defendants.

No. 2:23-CV-140-MMD-DJA

**[PROPOSED] ORDER**

1      THIS MATTER having come before the Court on the foregoing Stipulation of the parties.
2  Based on the foregoing Stipulation, the Court hereby ORDERS that:
3      1.   Plaintiffs shall file their opposition to Defendants' Joint Motion to Dismiss the
4  Complaint with Prejudice (ECF No. 91) on or before May 11, 2023.
5      2.   Plaintiffs shall file their opposition to MGM Resorts International's Separate
6  Motion to Dismiss (ECF No. 92) on or before May 11, 2023.
7      3.   Defendants shall file their reply in support of their Joint Motion to Dismiss the
8  Complaint with Prejudice (ECF No. 91) on or before June 12, 2023.
9      4.   MGM Resorts International shall file its reply in support of its Separate Motion to
10 Dismiss (ECF No. 92) on or before June 12, 2023.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

[PROPOSED] ORDER - 1
Case No. 2:23-cv-00140-MMD-DJA

**HAGENS BERMAN**