Patrick G. Byrne
Nevada Bar No. 7636
Bradley Austin
Nevada Bar No. 13064
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com

*Attorneys for Defendant Wynn Resorts Holdings, LLC*

[*Additional counsel listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

///

///

///

Pursuant to LR IA 11-6(b) of the United States District Court for the Nevada, Leonora Cohen respectfully moves to withdraw as counsel for Defendant Wynn Resorts Holdings, LLC. Attorney Patrick G. Byrne who is admitted to this court, to the Bar of the State of Nevada, and who has appeared as counsel of record, will continue to represent the defendant in this matter, along with other counsel from the firm of Kirkland & Ellis LLP. As such, and pursuant to LR IA 11-6(e), Ms. Cohen's withdrawal will not result in a delay of litigation.

Dated: April 20, 2023

SNELL & WILMER LLP

By: /s/ *Patrick Byrne*
Patrick G. Byrne, Esq.
Bradley Austin, Esq.
3883 Howard Hughes Parkway
Las Vegas, NV 89169

Mark Holscher, Esq. (*pro hac vice*)
Tammy Tsoumas, Esq. (*pro hac vice*)
Leonora Cohen, Esq. (*pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067

Matthew Solum, Esq. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022

*Attorneys for Defendant Wynn Resorts Holdings, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2023 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                                 */s/ Lyndsey Luxford*
                                             An employee of SNELL & WILMER L.L.P.

4882-2850-9278