1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**

8                                    )        Case # <u>2:23-cv-00140-MMD-DJA</u>
                                     )
9    Richard Gibson, Heriberto Valiente )
                                     )
10              Plaintiff(s),            )     **VERIFIED PETITION FOR**
                                     )        **PERMISSION TO PRACTICE**
                                     )        **IN THIS CASE ONLY BY**
11         vs.                          )     **ATTORNEY NOT ADMITTED**
                                     )        **TO THE BAR OF THIS COURT**
12   MGM Resorts International, et al    )     **AND DESIGNATION OF**
                                     )        **LOCAL COUNSEL**
13                                   )
              Defendant(s).            )
14   _____)      FILING FEE IS $250.00

15

16    _____<u>Arman Oruc</u>_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)
17
18    1.     That Petitioner is an attorney at law and a member of the law firm of
19   _____<u>Goodwin Procter, LLP</u>_____
                                  (firm name)
20   with offices at _____<u>1900 N Street, N.W.</u>_____,
                                   (street address)
21   _____<u>Washington</u>_____, _____<u>District of Columbia</u>_____, <u>20036-1612</u>,
              (city)                          (state)                      (zip code)
22
23   _____<u>(202) 364-4000</u>_____, _____<u>aoruc@goodwinlaw.com</u>_____.
          (area code + telephone number)            (Email address)
24
25    2.     That Petitioner has been retained personally or as a member of the law firm by
26   _____<u>The Rainmaker Group Unlimited, Inc.</u>_____ to provide legal representation in connection with
                    [client(s)]
27   the above-entitled case now pending before this Court.
28
                                                              Rev. 5/16

3. That since _____8/5/2014_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____California_____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York | 4/20/1998 | 2893014 |
| District of Columbia | 12/11/2006 | 500130 |
| United States District Court Eastern District NY | 08/31/2009 | AO6368 |
| United States District Court Southern District NY | 02/13/2001 | AO6368 |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _California_ )
COUNTY OF _San Diego_ )

_Arman Yusuf Oruc_, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_20_ day of _April_, _2023_

_____
Notary Public or Clerk of Court

JEAMI LEE KANG
COMM. #2301305
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
SEPTEMBER 9, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate     Nicholas J. Santoro, Esq.    ,
                                                                                          (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____300 S. 4th Street, Suite 1600_____,
                                         (street address)

_____Las Vegas_____,    _____Nevada_____    _____89101_____
        (city)                        (state)                (zip code)

_____(702) 791-0308_____,    _____nsantoro@nevadafirm.com_____.
(area code + telephone number)              (Email address)

4

Rev. 5/16

Scanned with CamScanner

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Nicholas J. Santoro, Esq. _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Bruce A. Barfield, CEO of Rainmade Holdings Inc., Manager of and acting as trustee for dissolved successor to The Rainmaker Group Unlimited, Inc.
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Nicholas J. Santoro*
_____
Designated Resident Nevada Counsel's signature

0532                                 nsantoro@nevadafirm.com
_____
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, *Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Arman Yusuf Oruc

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **April 20, 1998,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on March 16, 2023.*

*Clerk of the Court*

*CertID-00109717*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Arman Y Oruc

was duly qualified and admitted on December 11, 2006 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 28, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

## The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

March 13, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ARMAN Y. ORUC, #298193 was admitted to the practice of law in this state by the Supreme Court of California on August 5, 2014; that from the date of admission to July 3, 2018, he was an ACTIVE licensee of the State Bar of California; that effective July 3, 2018, he was suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar licensing fees; that said suspension remained in effect to August 17, 2018 upon which last mentioned date he was reinstated by the Supreme Court upon payment of all delinquent State Bar fees and penalties; that from that date to December 3, 2019, he was an ACTIVE licensee of the State Bar of California; that effective December 3, 2019, he was enrolled as an INACTIVE licensee of the State Bar of California for failure to comply with fingerprinting requirements; that on May 12, 2020, he was reinstated as a licensee eligible to practice law in California; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA



Vicky Avila
Custodian of Records