**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq. (*pro hac vice*)
steve@hbsslaw.com
Stephanie A. Verdoia, Esq. (*pro hac vice*)
stephaniev@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

Rio S. Pierce, Esq. (*pro hac vice*)
riop@hbsslaw.com
Abby R. Wolf, Esq. (*pro hac vice*)
abbyw@hbsslaw.com
Hannah K. Song (*pro hac vice*)
hannahso@hbsslaw.com
715 Hearst Ave, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

**PANISH SHEA BOYLE RAVIPUDI LLP**
Brian J. Panish, NV Bar No. 16123
panish@psbr.law
Rahul Ravipudi, NV Bar No. 14750
rravipudi@psbr.law
Adam Ellis, NV Bar No. 14514
aellis@psbr.law
Ian Samson, NV Bar No. 15089
isamson@psbr.law
300 S. Fourth Street, Suite 710
Las Vegas, NV 89101
Telephone:  (702) 560-5520

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>                    Defendants. | No. 2:23-CV-00140-MMD-DJA<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF HANNAH K. SONG** |

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

1    Pursuant to Local Rule IA 11-6 of the United States District Court for the District of

2   Nevada, Plaintiffs Richard Gibson and Heriberto Valiente hereby respectfully move this Court

3   for leave to withdraw the appearance of Hannah K. Song as one of the attorneys of record in this

4   matter. Ms. Song's withdrawal will cause no delay as the Plaintiffs are represented by other

5   counsel.

6

7

8   DATED: May 1, 2023                     Respectfully submitted,

9                                          HAGENS BERMAN SOBOL SHAPIRO LLP

10                                         By: */s/ Hannah K. Song*

11                                         Steve W. Berman (*Pro Hac Vice*)
                                           Stephanie A. Verdoia *(Pro Hac Vice)*
12                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                           1301 Second Avenue, Suite 2000
13                                         Seattle, WA 98101
                                           T: (206) 623-7292
14                                         F: (206) 623-0594
                                           steve@hbsslaw.com
15                                         stephaniev@hbsslaw.com
16
                                           Rio S. Pierce (*Pro Hac Vice*)
17                                         Abby R. Wolf (*Pro Hac Vice*)
                                           Hannah K. Song (*Pro Hac Vice*)
18                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                           715 Hearst Avenue, Suite 300
19                                         Berkeley, CA 94710
                                           T: (510) 725-3000
20                                         F: (510) 725-3001
                                           riop@hbsslaw.com
21                                         abbyw@hbsslaw.com
                                           hannahso@hbsslaw.com
22

23

24

25

26

27

28



**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rahul Ravipudi (Nevada Bar No. 14750)
Adam Ellis (Nevada Bar No. 14514)
Ian P. Samson (Nevada Bar No. 15089)
PANISH SHEA BOYLE RAVIPUDI LLP
300 S. 4th Street, Suite 710
Las Vegas, NV 89101
T: (702) 560-5520
F: (702) 975-2515
rravipudi@psblaw.com
aellis@psblaw.com
isamson@psblaw.com

Brian J. Panish (Nevada Bar No. 16123)
PANISH SHEA BOYLE RAVIPUDI LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
T: (310) 477-1700
F: (310) 477-1699
panish@psbrlaw.com

*Counsel for Plaintiffs and the Proposed Class*

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED:  May 1, 2023          */s/ Hannah K. Song*
                                                Hannah K. Song

NOTICE OF WITHDRAWAL OF APPEARANCE OF
HANNAH K. SONG  - 3
No. 2:23-cv-00140-MMD-DJA
011141-11/2242604 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX