1

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq. (*pro hac vice*)

2

steve@hbsslaw.com
Stephanie A. Verdoia, Esq. (*pro hac vice*)

3

stephaniev@hbsslaw.com
1301 Second Avenue, Suite 2000

4

Seattle, WA 98101
Telephone: (206) 623-7292

5

Facsimile:  (206) 623-0594

6

Rio S. Pierce, Esq. (*pro hac vice*)
riop@hbsslaw.com

7

Abby R. Wolf, Esq. (*pro hac vice*)
abbyw@hbsslaw.com

8

Hannah K. Song, Esq. (*pro hac vice*)
hannahso@hbsslaw.com

9

715 Hearst Ave, Suite 300
Berkeley, CA 94710

10

Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

11

**PANISH SHEA BOYLE RAVIPUDI LLP**

12

Brian J. Panish, NV Bar No. 16123
panish@psbr.law

13

Rahul Ravipudi, NV Bar No. 14750
rravipudi@psbr.law

14

Adam Ellis, NV Bar No. 14514
aellis@psbr.law

15

Ian Samson, NV Bar No. 15089
isamson@psbr.law

16

300 S. Fourth Street, Suite 710
Las Vegas, NV 89101

17

Telephone:  (702) 560-5520

18

*Counsel for Plaintiffs and the Proposed Class*

19

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

20

21

RICHARD GIBSON, and HERIBERTO VALIENTE,

No. 2:23-CV-00140-MMD-DJA

22

                          Plaintiffs,

**MOTION TO WITHDRAW**
**APPEARANCE OF HANNAH K. SONG**

23

          v.

24

MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER

25

GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE

26

ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,

27

                          Defendants.

28

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1    Pursuant to Local Rule IA 11-6(b) of the United States District Court for the District of

2    Nevada, Plaintiffs Richard Gibson and Heriberto Valiente hereby respectfully move this Court to

3    withdraw the appearance of Hannah K. Song as one of the attorneys of record in this matter.

4    Attorney Adam Ellis, who is admitted to this court, to the Bar of the State of Nevada, and who

5    has appeared as counsel of record, will continue to represent the Plaintiffs in this matter, along

6    with other counsel from the firm of Hagens Berman. As such, and to Local Rule IA 11-6(e),

7    Ms. Song's withdrawal will cause no delay as Plaintiffs are represented by other counsel.

8

9    DATED: May 3, 2023                          Respectfully submitted,

10                                                PANISH SHEA BOYLE RAVIPUDI LLP

11                                                 /s/ Adam Ellis
                                                  Rahul Ravipudi (Nevada Bar No. 14750)
12                                                Adam Ellis (Nevada Bar No. 14514)
                                                  Ian P. Samson (Nevada Bar No. 15089)
13                                                PANISH SHEA BOYLE RAVIPUDI LLP
                                                  300 S. 4th Street, Suite 710
14                                                Las Vegas, NV 89101
15                                                T: (702) 560-5520
                                                  F: (702) 975-2515
16                                                rravipudi@psblaw.com
                                                  aellis@psblaw.com
17                                                isamson@psblaw.com
18
                                                  Brian J. Panish (Nevada Bar No. 16123)
19                                                PANISH SHEA BOYLE RAVIPUDI LLP
                                                  11111 Santa Monica Blvd., Suite 700
20                                                Los Angeles, CA 90025
21                                                T: (310) 477-1700
                                                  F: (310) 477-1699
22                                                panish@psbrlaw.com
23                                                Steve W. Berman (*Pro Hac Vice*)
                                                  Stephanie A. Verdoia *(Pro Hac Vice)*
24                                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                                  1301 Second Avenue, Suite 2000
25                                                Seattle, WA 98101
26                                                T: (206) 623-7292
                                                  F: (206) 623-0594
27                                                steve@hbsslaw.com
                                                  stephaniev@hbsslaw.com
28

MOTION TO WITHDRAW APPEARANCE
OF HANNAH K. SONG - 1
No. 2:23-cv-00140-MMD-DJA
011141-11/2243291 V1


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1

2          Rio S. Pierce (*Pro Hac Vice*)
          Abby R. Wolf (*Pro Hac Vice*)

3          Hannah K. Song, Esq. (*pro hac vice*)
          hannahso@hbsslaw.com

4          HAGENS BERMAN SOBOL SHAPIRO LLP
          715 Hearst Avenue, Suite 300

5          Berkeley, CA 94710
          T: (510) 725-3000

6          F: (510) 725-3001
          riop@hbsslaw.com

7          abbyw@hbsslaw.com

8

9          *Counsel for Plaintiffs and the Proposed Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1

## <u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on May 3, 2023, I electronically filed the foregoing document with

3 the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

4 those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be

5 served in accordance with the Federal Rules of Civil Procedure.

6

7 DATED:  May 3, 2023          */s/ Adam Ellis*

8                              Adam Ellis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO WITHDRAW APPEARANCE
OF HANNAH K. SONG - 3
No. 2:23-cv-00140-MMD-DJA
011141-11/2243291 V1



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX