**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq. (*pro hac vice*)
steve@hbsslaw.com
Stephanie A. Verdoia, Esq. (*pro hac vice*)
stephaniev@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

Rio S. Pierce, Esq. (*pro hac vice*)
riop@hbsslaw.com
Abby R. Wolf, Esq. (*pro hac vice*)
abbyw@hbsslaw.com
Hannah K. Song, Esq. (*pro hac vice*)
hannahso@hbsslaw.com
715 Hearst Ave, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

**PANISH SHEA BOYLE RAVIPUDI LLP**
Brian J. Panish, NV Bar No. 16123
panish@psbr.law
Rahul Ravipudi, NV Bar No. 14750
rravipudi@psbr.law
Adam Ellis, NV Bar No. 14514
aellis@psbr.law
Ian Samson, NV Bar No. 15089
isamson@psbr.law
300 S. Fourth Street, Suite 710
Las Vegas, NV 89101
Telephone:  (702) 560-5520

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>　　　　　　Defendants. | No. 2:23-CV-00140-MMD-DJA<br><br>**MOTION TO WITHDRAW APPEARANCE OF HANNAH K. SONG** |

MOTION TO WITHDRAWAL APPEARANCE
OF HANNAH K. SONG
No. 2:23-cv-00140-MMD-DJA
011141-11/2243291 V1

Pursuant to Local Rule IA 11-6(b) of the United States District Court for the District of Nevada, Plaintiffs Richard Gibson and Heriberto Valiente hereby respectfully move this Court to withdraw the appearance of Hannah K. Song as one of the attorneys of record in this matter. Attorney Adam Ellis, who is admitted to this court, to the Bar of the State of Nevada, and who has appeared as counsel of record, will continue to represent the Plaintiffs in this matter, along with other counsel from the firm of Hagens Berman. As such, and to Local Rule IA 11-6(e), Ms. Song's withdrawal will cause no delay as Plaintiffs are represented by other counsel.

DATED: May 3, 2023

Respectfully submitted,

PANISH SHEA BOYLE RAVIPUDI LLP

 /s/ Adam Ellis
Rahul Ravipudi (Nevada Bar No. 14750)
Adam Ellis (Nevada Bar No. 14514)
Ian P. Samson (Nevada Bar No. 15089)
PANISH SHEA BOYLE RAVIPUDI LLP
300 S. 4th Street, Suite 710
Las Vegas, NV 89101
T: (702) 560-5520
F: (702) 975-2515
rravipudi@psblaw.com
aellis@psblaw.com
isamson@psblaw.com

Brian J. Panish (Nevada Bar No. 16123)
PANISH SHEA BOYLE RAVIPUDI LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
T: (310) 477-1700
F: (310) 477-1699
panish@psbrlaw.com

Steve W. Berman (*Pro Hac Vice*)
Stephanie A. Verdoia *(Pro Hac Vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594
steve@hbsslaw.com
stephaniev@hbsslaw.com

**IT IS SO ORDERED**.

DATED: May 4, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MOTION TO WITHDRAW APPEARANCE
OF HANNAH K. SONG - 1
No. 2:23-cv-00140-MMD-DJA
011141-11/2243291 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

Rio S. Pierce (*Pro Hac Vice*)
Abby R. Wolf (*Pro Hac Vice*)
Hannah K. Song, Esq. (*pro hac vice*)
hannahso@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
T: (510) 725-3000
F: (510) 725-3001
riop@hbsslaw.com
abbyw@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Class*

MOTION TO WITHDRAW APPEARANCE
OF HANNAH K. SONG - 2
No. 2:23-cv-00140-MMD-DJA
011141-11/2243291 V1



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED:  May 3, 2023                     /s/ Adam Ellis
                                                       Adam Ellis

MOTION TO WITHDRAW APPEARANCE
OF HANNAH K. SONG - 3
No. 2:23-cv-00140-MMD-DJA
011141-11/2243291 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX