Patrick G. Byrne
Bradley Austin
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com

Mark Holscher (*pro hac vice*)
Tammy A. Tsoumas (*pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
Email: ttsoumas@kirkland.com
Email: mholscher@kirkland.com

*Attorneys for Defendant*
*Wynn Resorts, LLC*

[*Additional counsel listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE, <br><br> Plaintiffs, <br><br> v. <br><br> MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, <br><br> Defendants. | Case No. 2:23-cv-00140-MMD-DJA <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE THE PROPOSED DISCOVERY PLAN** <br><br> **(FIRST REQUEST)** |

**STIPULATION**

Plaintiffs Richard Gibson and Heriberto Valiente ("Plaintiffs") and Defendants Cendyn Group, LLC ("Cendyn"), the Rainmaker Group Unlimited, Inc. ("Rainmaker"), Caesars Entertainment, Inc. ("Caesars"), Treasure Island, LLC ("Treasure Island"), Wynn Resorts Holdings, LLC ("Wynn"), and MGM Resorts International ("MGM") (together, "Defendants") (collectively, Plaintiffs and Defendants are referred to herein as the "Parties"), by and through their respective counsel, for good cause shown, hereby stipulate and agree to extend LR 26-1's deadline for the Parties to file their proposed discovery plan and scheduling order for the following reasons:

1. Defendants filed their Joint Motion to Dismiss the Complaint on March 27, 2023. (ECF No. 91). The same day, Defendant MGM filed a separate Motion to Dismiss. (ECF No. 92.)
2. Thereafter, on April 24, 2023, the Parties met and conferred in accordance with Federal Rule of Civil Procedure 26(f) and LR 26-1.
3. Pursuant to LR 26-1, the Parties' discovery plan and scheduling order is currently due on May 8, 2023.
4. This Stipulation and amended briefing schedule has been entered into because Defendants have determined that they need additional time to continue the meet and confer process and prepare a discovery plan and scheduling order in accordance with the Local Rules, and Plaintiffs, as a professional courtesy and given the complex nature of the case, do not oppose this extension.

Accordingly, the Parties now hereby stipulate and agree, and respectfully request that the Court order, as follows:

1. The deadline for the Parties to file a Rule 26(f) proposed discovery plan and scheduling order is extended to and including Monday, May 15, 2023.

2. This stipulation is filed in good faith and not intended to cause delay, but rather, to provide the Parties with sufficient time to work through various discovery plan issues in this multi-party class action.

3. Nothing in this stipulation is intended in any way to waive or affect the rights, claims, defenses, objections, or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed herein.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May \_\_\_, 2023

| | |
|---|---|
| Dated: May 4, 2023 | Respectfully submitted, |
| /s/ Rahul Ravipudi | /s/ Steve W. Berman |
| Rahul Ravipudi (NV Bar No. 14750) | Rio S. Pierce *(Pro Hac Vice)* |
| Adam Ellis (NV Bar No. 14514) | Abby R. Wolf *(Pro Hac Vice)* |
| Ian P. Samson (NV Bar No. 15089) | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Email: ravipudi@psblaw.com | 715 Hearst Avenue, Suite 300 |
| Email: ellis@psblaw.com | Berkeley, CA 94710 |
| Email: samson@psblaw.com | Email: riop@hbsslaw.com |
| PANISH SHEA BOYLE RAVIPUDI LLP | Email: abbyw@hbsslaw.com |
| 300 S. 4th Street, Suite 710 | |
| Las Vegas, NV 89101 | Steve W. Berman *(Pro Hac Vice)* |
| Telephone: (702) 560-5520 | Ted Wojcik *(Pro Hac Vice Forthcoming)* |
| Facsimile: (702) 975-2515 | Stephanie A. Verdoia *(Pro Hac Vice)* |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Brian J. Panish (NV Bar No. 16123) | 1301 Second Avenue, Suite 2000 |
| PANISH SHEA BOYLE RAVIPUDI LLP | Seattle, WA 98101 |
| 11111 Santa Monica Blvd., Suite 700 | Email: steve@hbsslaw.com |
| Los Angeles, CA 90025 | Email: tedw@hbsslaw.com |
| Email: bpanish@psbrlaw.com | Email: stephaniev@hbsslaw.com |
| | *Attorneys for Plaintiffs Richard Gibson and Heriberto Valiente* |
| *Attorneys for Plaintiffs Richard Gibson and Heriberto Valiente* | |
| /s/ Adam Hosmer-Henner | /s/ Todd L. Bice |
| Adam Hosmer-Henner (NSBN 12779) | Todd L. Bice |
| Chelsea Latino (NSBN 14227) | Emily A. Buchwald |
| Jane Susskind (NSBN 15099) | PISANELLI BICE PLLC |
| McDONALD CARANO LLP | 400 S. 7th Street, Suite 300 |
| 100 West Liberty Street, Tenth Floor | Las Vegas, NV 89101 |
| Reno, Nevada 89501 | Telephone: 702-214-2100 |
| (775) 788-2000 | tlb@pisanellibice.com |
| ahosmerhenner@mcdonaldcarano.com | eab@pisanellibice.com |
| clatino@mcdonaldcarano.com | |
| jsusskind@mcdonaldcarano.com | Bethany Kristovich *(pro hac vice)* |
| | Kyle Mach *(pro hac vice)* |
| Boris Bershteyn *(pro hac vice )* | Justin Raphael *(pro hac vice)* |
| Ken Schwartz *(pro hac vice)* | MUNGER, TOLLES & OLSON LLP |
| Michael Menitove *(pro hac vice)* | 350 S. Grand Ave.; 50th Floor |
| Sam Auld *(pro hac vice)* | Los Angeles, CA 90071 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Telephone: 213 683 9100 |
| One Manhattan West | bethany.kristovich@mto.com |
| New York, New York 10001 | Kyle.mach@mto.com |
| | Justin.raphael@mto.com |

3

| | |
|---|---|
| (212) 735-3000<br>Boris.Bershteyn@skadden.com<br>Ken.Schwartz@skadden.com<br>Michael.Menitove@skadden.com<br>Sam.Auld@skadden.com<br><br>*Attorneys for Defendant*<br>*Caesars Entertainment, Inc.*<br><br>/s/ Mark Holscher<br>Patrick G. Byrne<br>Nevada Bar No. 7636<br>Bradley Austin<br>Nevada Bar No. 13064<br>SNELL & WILMER<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>pbyrne@swlaw.com<br>baustin@swlaw.com<br><br>Mark Holscher (*pro hac vice*)<br>Tammy Tsoumas (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, California 90067<br>Telephone: (310) 552-4200<br>Facsimile: (310) 552-5900<br>ttsoumas@kirkland.com<br>mholscher@kirkland.com<br><br>Matthew Solum (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Ave<br>New York, NY 10022<br>Telephone: (212) 446-4688<br>Facsimile: (917) 848-7536<br>msolum@kirkland.com<br><br>*Attorneys for Defendant Wynn*<br>*Resorts Holdings, LLC* | *Attorneys for Defendant MGM Resorts*<br>*International*<br><br><br><br><br><br>/s/ Patrick J. Reilly<br>Patrick J. Reilly<br>Arthur A. Zorio<br>Emily Garnett (pro hac vice)<br>Eric D. Walther<br>BROWNSTEIN HYATT FARBER<br>SCHRECK, LLP<br>100 North City Parkway, Ste. 1600<br>Las Vegas, NV 89106<br>Telephone:  702.382.2101<br>preilly@bhfs.com<br>azorio@bhfs.com<br>egarnett@bhfs.com<br>ewalther@bhfs.com<br><br>*Attorneys for Defendant Treasure Island, LLC*<br><br>/s/ J. Colby Williams<br>J. Colby Williams (5549)<br>710 South Seventh Street<br>Las Vegas, NV  89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br>jcw@cwalawlv.com<br><br>Sadik Huseny (*pro hac vice*)<br>Tim O'Mara (*pro hac vice*)<br>Brendan A. McShane (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>sadik.huseny@lw.com<br>tim.o'mara@lw.com<br>brendan.mcshane@lw.com<br><br>Anna M. Rathbun (*pro hac vice*)<br>LATHAM & WATKINS LLP |

555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-3381
Facsimile: (202) 637-2201
anna.rathbun@lw.com

*Attorneys for Defendant Cendyn Group LLC*