Patrick G. Byrne
Bradley Austin
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com

Mark Holscher (*pro hac vice*)
Tammy A. Tsoumas (*pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
Email: ttsoumas@kirkland.com
Email: mholscher@kirkland.com

*Attorneys for Defendant*
*Wynn Resorts, LLC*

[*Additional counsel listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No.  2:23-cv-00140-MMD-DJA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE THE PROPOSED DISCOVERY PLAN**<br><br>**(FIRST REQUEST)** |

**STIPULATION**

Plaintiffs Richard Gibson and Heriberto Valiente ("Plaintiffs") and Defendants Cendyn Group, LLC ("Cendyn"), the Rainmaker Group Unlimited, Inc. ("Rainmaker"), Caesars Entertainment, Inc. ("Caesars"), Treasure Island, LLC ("Treasure Island"), Wynn Resorts Holdings, LLC ("Wynn"), and MGM Resorts International ("MGM") (together, "Defendants") (collectively, Plaintiffs and Defendants are referred to herein as the "Parties"), by and through their respective counsel, for good cause shown, hereby stipulate and agree to extend LR 26-1's deadline for the Parties to file their proposed discovery plan and scheduling order for the following reasons:

1. Defendants filed their Joint Motion to Dismiss the Complaint on March 27, 2023. (ECF No. 91). The same day, Defendant MGM filed a separate Motion to Dismiss. (ECF No. 92.)
2. Thereafter, on April 24, 2023, the Parties met and conferred in accordance with Federal Rule of Civil Procedure 26(f) and LR 26-1.
3. Pursuant to LR 26-1, the Parties' discovery plan and scheduling order is currently due on May 8, 2023.
4. This Stipulation and amended briefing schedule has been entered into because Defendants have determined that they need additional time to continue the meet and confer process and prepare a discovery plan and scheduling order in accordance with the Local Rules, and Plaintiffs, as a professional courtesy and given the complex nature of the case, do not oppose this extension.

Accordingly, the Parties now hereby stipulate and agree, and respectfully request that the Court order, as follows:

1. The deadline for the Parties to file a Rule 26(f) proposed discovery plan and scheduling order is extended to and including Monday, May 15, 2023.

1

2. This stipulation is filed in good faith and not intended to cause delay, but rather, to provide the Parties with sufficient time to work through various discovery plan issues in this multi-party class action.

3. Nothing in this stipulation is intended in any way to waive or affect the rights, claims, defenses, objections, or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed herein.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 5th, 2023

Dated: May 4, 2023

/s/ Rahul Ravipudi
Rahul Ravipudi (NV Bar No. 14750)
Adam Ellis (NV Bar No. 14514)
Ian P. Samson (NV Bar No. 15089)
Email: ravipudi@psblaw.com
Email: ellis@psblaw.com
Email: samson@psblaw.com
PANISH SHEA BOYLE
RAVIPUDI LLP
300 S. 4th Street, Suite 710
Las Vegas, NV 89101
Telephone: (702) 560-5520
Facsimile: (702) 975-2515

Brian J. Panish (NV Bar No. 16123)
PANISH SHEA BOYLE
RAVIPUDI LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Email: bpanish@psbrlaw.com

*Attorneys for Plaintiffs Richard Gibson and Heriberto Valiente*

Respectfully submitted,

/s/ Steve W. Berman
Rio S. Pierce *(Pro Hac Vice)*
Abby R. Wolf *(Pro Hac Vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Email: riop@hbsslaw.com
Email: abbyw@hbsslaw.com

Steve W. Berman *(Pro Hac Vice)*
Ted Wojcik *(Pro Hac Vice Forthcoming)*
Stephanie A. Verdoia *(Pro Hac Vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: stephaniev@hbsslaw.com

*Attorneys for Plaintiffs Richard Gibson and Heriberto Valiente*

/s/ Adam Hosmer-Henner
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*pro hac vice* )
Ken Schwartz (*pro hac vice*)
Michael Menitove (*pro hac vice*)
Sam Auld (*pro hac vice*)
  SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001

/s/ Todd L. Bice
Todd L. Bice
Emily A. Buchwald
PISANELLI BICE PLLC
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702-214-2100
tlb@pisanellibice.com
eab@pisanellibice.com

Bethany Kristovich (*pro hac vice*)
Kyle Mach (*pro hac vice*)
Justin Raphael (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave.; 50th Floor
Los Angeles, CA 90071
Telephone: 213 683 9100
bethany.kristovich@mto.com
Kyle.mach@mto.com
Justin.raphael@mto.com

3

| | | |
|---|---|---|
| 1 | (212) 735-3000 | |
| 2 | Boris.Bershteyn@skadden.com | *Attorneys for Defendant MGM Resorts* |
| | Ken.Schwartz@skadden.com | *International* |
| 3 | Michael.Menitove@skadden.com | |
| | Sam.Auld@skadden.com | |

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

| | |
|---|---|
| /s/ Mark Holscher | /s/ Patrick J. Reilly |
| Patrick G. Byrne | Patrick J. Reilly |
| Nevada Bar No. 7636 | Arthur A. Zorio |
| Bradley Austin | Emily Garnett (*pro hac vice*) |
| Nevada Bar No. 13064 | Eric D. Walther |
| SNELL & WILMER | BROWNSTEIN HYATT FARBER |
| 3883 Howard Hughes Parkway | SCHRECK, LLP |
| Las Vegas, NV 89169 | 100 North City Parkway, Ste. 1600 |
| Telephone: (702) 784-5200 | Las Vegas, NV 89106 |
| Facsimile: (702) 784-5252 | Telephone:  702.382.2101 |
| pbyrne@swlaw.com | preilly@bhfs.com |
| baustin@swlaw.com | azorio@bhfs.com |
| | egarnett@bhfs.com |
| Mark Holscher (*pro hac vice*) | ewalther@bhfs.com |
| Tammy Tsoumas (*pro hac vice*) | |
| KIRKLAND & ELLIS LLP | *Attorneys for Defendant Treasure Island, LLC* |
| 2049 Century Park East, Suite 3700 | |
| Los Angeles, California 90067 | /s/ J. Colby Williams |
| Telephone: (310) 552-4200 | J. Colby Williams (5549) |
| Facsimile: (310) 552-5900 | 710 South Seventh Street |
| ttsoumas@kirkland.com | Las Vegas, NV  89101 |
| mholscher@kirkland.com | Telephone: (702) 382-5222 |
| | Facsimile: (702) 382-0540 |
| Matthew Solum (*pro hac vice*) | jcw@cwalawlv.com |
| KIRKLAND & ELLIS LLP | |
| 601 Lexington Ave | Sadik Huseny (*pro hac vice*) |
| New York, NY 10022 | Tim O'Mara (*pro hac vice*) |
| Telephone: (212) 446-4688 | Brendan A. McShane (*pro hac vice*) |
| Facsimile: (917) 848-7536 | LATHAM & WATKINS LLP |
| msolum@kirkland.com | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-6538 |
| *Attorneys for Defendant Wynn* | Telephone: (415) 391-0600 |
| *Resorts Holdings, LLC* | Facsimile: (415) 395-8095 |
| | sadik.huseny@lw.com |
| | tim.o'mara@lw.com |
| | brendan.mcshane@lw.com |
| | |
| | Anna M. Rathbun (*pro hac vice*) |
| | LATHAM & WATKINS LLP |

4

555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-3381
Facsimile: (202) 637-2201
anna.rathbun@lw.com

*Attorneys for Defendant Cendyn Group LLC*