J. Colby Williams (NSBN 5549)
**CAMPBELL & WILLIAMS**
710 South 7th St
Las Vegas, Nevada 89101
(702) 382-5222
jcw@cwalawlv.com

Sadik Huseny (*pro hac vice*)
Tim O'Mara (*pro hac vice forthcoming*)
Brendan McShane (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
sadik.huseny@lw.com
tim.o'mara@lw.com
brendan.mcshane@lw.com

Anna M. Rathbun (*pro hac vice*)
Christopher J. Brown (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh St, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com
chris.brown@lw.com

*Attorneys for Defendant Cendyn Group LLC*
[*Additional counsel listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No.  2:23-cv-00140-MMD-DJA<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO STAY DISCOVERY**<br><br>(FIRST REQUEST) |

## **STIPULATION**

Plaintiffs Richard Gibson and Heriberto Valiente (together, "Plaintiffs") and Defendants Cendyn Group, LLC, the Rainmaker Group Unlimited, Inc., Caesars Entertainment, Inc., Treasure Island, LLC, and Wynn Resorts Holdings, LLC, and MGM Resorts International ("MGM") (together, "Defendants") (Plaintiffs and Defendants collectively, the "Parties"), by and through their counsel, hereby stipulate and agree to extend Local Rule 7-2(b)'s deadline for Defendants to file replies in support of Certain Defendants' Motion to Partially Stay Discovery, ECF No. 114, and MGM's Joinder to Certain Defendants' Joint Motion to Stay Discovery and Motion to Stay Discovery, ECF No. 116 (together, "Motions to Stay") for the following reasons.

1. Defendants filed their Motions to Stay on May 22, 2023.
2. Plaintiffs' Oppositions to Defendants' Motions to Stay, ECF Nos. 119 & 120, were filed on June 5, 2023.
3. Pursuant to Local Rule 7-2(b), Defendants' replies in support of their Motions to Stay are due on Monday, June 12, 2023.
4. The Parties' [Proposed] Discovery Plan and Scheduling Order, ECF No. 111, was filed on May 15, 2023 and is pending before this Court. The Parties agreed to extend the briefing schedule for replies in support of Defendants' Motions to Stay for a period of one week, to June 19, 2023, as stated on page 10 of the Parties' [Proposed] Discovery Plan and Scheduling Order, ECF No. 111.

Accordingly, the Parties hereby stipulate and agree, and respectfully request that the Court order, as follows:

1. The deadline for Defendants' replies in support of their Motions to Stay is extended to and including, Monday, June 19, 2023.
2. This stipulation is filed in good faith and not intended to cause delay, but rather to provide Defendants sufficient time to prepare and file their replies in support of their Motions to Stay in this multi-party putative class action.

3. Nothing in this stipulation is intended in any way to waive or affect the rights, claims, defenses, objections, or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed herein.

Dated: June 8, 2023

| | |
|---|---|
| /s/ *Steve W. Berman* | /s/ *Rahul Ravipudi* |
| Steve W. Berman (*Pro Hac Vice*) | Rahul Ravipudi |
| Ted Wojcik (*Pro Hac Vice*) | Nevada State Bar No. 14750 |
| Stephanie A. Verdoia (*Pro Hac Vice*) | Adam Ellis |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Nevada State Bar No. 14514 |
| 1301 Second Avenue, Suite 2000 | Ian P. Samson |
| Seattle, WA 98101 | Nevada State Bar No. 15089 |
| Telephone: (206) 623-7292 | PANISH SHEA BOYLE RAVIDPUDI LLP |
| Facsimile: (206) 623-0594 | 300 South 4th Street, Suite 710 |
| Email: steve@hbsslaw.com | Las Vegas, NV 89101 |
| Email: tedw@hbsslaw.com | Telephone: (702) 560-5520 |
| Email: stephaniev@hbsslaw.com | Facsimile: (702) 945-2515 |
| | Email: rravipudi@psblaw.com |
| Rio S. Pierce (*Pro Hac Vice*) | Email: aellis@psblaw.com |
| Abby R. Wolf (*Pro Hac Vice*) | Email: isamson@psblaw.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 715 Hearst Avenue, Suite 300 | Brian J. Panish |
| Berkeley, CA 94710 | Nevada Bar No. 16123 |
| Telephone: (510) 725-3000 | PANISH SHEA BOYLE RAVIDPUDI LLP |
| Facsimile: (510) 725-3001 | 11111 Santa Monica Boulevard, Suite 700 |
| Email: riop@hbsslaw.com | Los Angeles, CA 90025 |
| Email: abbyw@hbsslaw.com | Telephone: (310) 477-1700 |
| | Facsimile: (310) 477-1699 |
| *Attorneys for Plaintiffs and the Proposed Class* | Email: bpanish@psbrlaw.com |
| /s/ *J. Colby Williams* | /s/ *Mark Holscher* |
| J. Colby Williams (5549) | Patrick G. Byrne |
| 710 South Seventh Street | Bradley T. Austin |
| Las Vegas, NV 89101 | SNELL & WILMER LLP |
| Telephone: (702) 382-5222 | 3883 Howard Hughes Parkway |
| Facsimile: (702) 382-0540 | Las Vegas, NV 89169 |
| Email: jcw@cwlawlv.com | Telephone: (702) 784-5200 |
| | Facsimile: (702) 784-5252 |
| Sadik Huseny (*pro hac vice*) | Email: pbyrne@swlaw.com |
| Timothy O'Mara (*pro hac vice forthcoming*) | Email: baustin@swlaw.com |
| Brendan McShane (*pro hac vice*) | |
| LATHAM & WATKINS LLP | Mark Holscher (*pro hac vice*) |
| 505 Montgomery Street, Suite 2000 | Tammy A. Tsoumas (*pro hac vice*) |
| San Francisco, CA 94111-6538 | KIRKLAND & ELLIS LLP |
| Telephone: (415) 391-0600 | 2049 Century Park East, Suite 3700 |
| Facsimile: (415) 395-8095 | Los Angeles, CA 90067 |
| Email: sadik.huseny@lw.com | Telephone: (310) 552-4200 |
| tim.o'mara@lw.com | Facsimile: (310) 552-5900 |

[PROPOSED] OR. TO EXTEND DEADLINE TO
REPLY TO DEFS.' MOTS. TO STAY
Case No. 2:23-cv-00140-MMD-DJA

3

| | | |
|---|---|---|
| 1 | brendan.mcshane@lw.com | Email: mholscher@kirkland.com |
| 2 | | Email: ttsoumas@kirkland.com |
|   | Anna M. Rathbun (*pro hac vice*) | |
| 3 | Christopher J. Brown (*pro hac vice*) | Matthew Solum (*pro hac vice*) |
|   | LATHAM & WATKINS LLP | KIRKLAND & ELLIS LLP |
| 4 | 555 Eleventh Street, NW, Suite 1000 | 601 Lexington Avenue |
|   | Washington, DC 20004-1304 | New York, NY 10022 |
| 5 | Telephone:  (202) 637-2200 | Telephone: (212) 446-4688 |
|   | Facsimile: (202) 637-2201 | Facsimile: (917) 848-7536 |
| 6 | Email: anna.rathbun@lw.com | Email: msolum@kirkland.com |
| 7 | chris.brown@lw.com | |
|   | | *Attorneys for Defendant Wynn* |
| 8 | *Attorneys for Defendant Cendyn Group, LLC* | *Resorts Holdings, LLC* |
| 9 | /s/ *Adam Hosmer-Henner* | /s/ *Alicia Rubio-Spring* |
|   | Adam Hosmer-Henner (NSBN 12779) | Nicholas J. Santoro |
| 10 | Chelsea Latino (NSBN 14227) | HOLLY DRIGGS |
| 11 | Jane Susskind  (NSBN 15099) | 300 S. 4th Street, Suite 1600 |
|   | McDONALD CARANO LLP | Las Vegas, NV 89101 |
| 12 | 100 West Liberty Street, Tenth Floor | Telephone: (702)  791-0308 |
|   | Reno, NV 89501 | Facsimile: (702) 791-1912 |
| 13 | (775) 788-2000 | Email: nsantoro@nevadafirm.com |
| 14 | ahosmerhenner@mcdonaldcarano.com | |
|   | clatino@mcdonaldcarano.com | Arman Oruc (*pro hac vice*) |
| 15 | jsusskind@mcdonaldcarano.com | GOODWIN PROCTER LLP |
|   | | 1900 N Street, N.W. |
| 16 | Boris Bershteyn (*pro hac vice*) | Washington, DC 20036 |
|   | Ken Schwartz (*pro hac vice*) | Phone: (202) 346-4000 |
| 17 | Michael Menitove (*pro hac vice*) | Facsimile: (202) 346-4444 |
|   | Sam Auld(*pro hac vice*) | Email: aoruc@goodwinlaw.com |
| 18 | SKADDEN, ARPS, SLATE, | |
| 19 | MEAGHER & FLOM LLP | Alicia Rubio-Spring (*pro hac vice*) |
|   | One Manhattan West | GOODWIN PROCTER LLP |
| 20 | New York, NY 10001 | 100 Northern Avenue |
|   | (212) 735-3000 | Boston, MA 02110 |
| 21 | boris.bershteyn@skadden.com | Telephone: (617) 570-1000 |
| 22 | ken.schwartz@skadden.com | Facsimile: (617) 5231231 |
|   | michael.menitove@skadden.com | Email: arubio-spring@goodwinlaw.com |
| 23 | sam.auld@skadden.com | |
|   | | *Attorneys for Defendant The Rainmaker* |
| 24 | *Attorneys for Defendant* | *Group Unlimited, Inc.* |
|   | *Caesars Entertainment, Inc.* | |
| 25 | | |
| 26 | /s/ *Patrick J. Reilly* | /s/ *Todd L. Bice* |
|   | Patrick J. Reilly | Todd L. Bice |
| 27 | Arthur A. Zorio | Emily A. Buchwald |
|   | Emily Garnett (*pro hac vice*) | PISANELLI BICE PLLC |
| 28 | Eric D. Walther | 400 South 7th Street, Suite 300 |

[PROPOSED] OR. TO EXTEND DEADLINE TO
REPLY TO DEFS.' MOTS. TO STAY                    4
Case No. 2:23-cv-00140-MMD-DJA

| | | |
|---|---|---|
| 1 | BROWNSTEIN HYATT FARBER SCHRECK, LLP | Las Vegas, NY 89101 |
| 2 | 100 N. City Parkway, Suite 1600 | Telephone: (702) 214-2100 |
|   | Las Vegas, NV 89106 | Email: tlb@pisanellibice.com |
| 3 | Telephone: 702.382.2101 | Email: eab@pisanellibice.com |
| 4 | preilly@bhfs.com | Bethany Kristovich (*pro hac vice*) |
|   | azorio@bhfs.com | Kyle Mach (*pro hac vice*) |
| 5 | egarnett@bhfs.com | Justin Raphael (*pro hac vice*) |
|   | ewalther@bhfs.com | MUNGER, TOLLES & OLSON LLP |
| 6 |   | 350 South Grande Avenue, 50th Floor |
| 7 | *Attorneys for Defendant Treasure Island, LLC* | Los Angeles, CA 90071 |
|   |   | Telephone: (213) 683-9100 |
| 8 |   | Email: bethany.kristovich@mto.com |
|   |   | kyle.mach@mto.com |
| 9 |   | justin.raphael@mto.com |

*Attorneys for Defendant MGM Resorts International*

**ORDER**

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE

DATED: June \_\_\_, 2023

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO STAY DISCOVERY** was served on the 8th day of June, 2023 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *J. Colby Williams*
An employee of Campbell & Williams