1  J. Colby Williams (NSBN 5549)
   **CAMPBELL & WILLIAMS**
2  710 South 7th St
   Las Vegas, Nevada 89101
3  (702) 382-5222
   jcw@cwalawlv.com
4
   Sadik Huseny (*pro hac vice*)
5  Tim O'Mara (*pro hac vice forthcoming*)
   Brendan McShane (*pro hac vice*)
6  **LATHAM & WATKINS LLP**
   505 Montgomery Street, Suite 2000
7  San Francisco, CA 94111-6538
   Telephone: (415) 391-0600
8  Facsimile: (415) 395-8095
   sadik.huseny@lw.com
9  tim.o'mara@lw.com
   brendan.mcshane@lw.com
10
   Anna M. Rathbun (*pro hac vice*)
11 Christopher J. Brown (*pro hac vice*)
   **LATHAM & WATKINS LLP**
12 555 Eleventh St, NW Suite 1000
   Washington, DC 20004-1304
13 Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
14 anna.rathbun@lw.com
   chris.brown@lw.com
15
   *Attorneys for Defendant Cendyn Group LLC*
16 [*Additional counsel listed on Signature Page*]

17                    **UNITED STATES DISTRICT COURT**

18                         **DISTRICT OF NEVADA**

19

20 | RICHARD GIBSON, and HERIBERTO VALIENTE, | Case No.  2:23-cv-00140-MMD-DJA |

21              Plaintiffs,

22       v.                                    **STIPULATION AND [~~PROPOSED~~]
                                               ORDER TO EXTEND DEADLINE TO
23                                             FILE REPLIES IN SUPPORT OF
                                               DEFENDANTS' MOTIONS TO STAY
24 MGM RESORTS INTERNATIONAL,                  DISCOVERY
   CENDYN GROUP, LLC, THE RAINMAKER
25 GROUP UNLIMITED, INC., CAESARS              (FIRST REQUEST)
   ENTERTAINMENT INC., TREASURE
26 ISLAND, LLC, WYNN RESORTS HOLDINGS,
   LLC,
27
                Defendants.
28

[PROPOSED] OR. TO EXTEND DEADLINE TO
REPLY TO DEFS.' MOTS. TO STAY
Case No. 2:23-cv-00140-MMD-DJA

## **STIPULATION**

Plaintiffs Richard Gibson and Heriberto Valiente (together, "Plaintiffs") and Defendants Cendyn Group, LLC, the Rainmaker Group Unlimited, Inc., Caesars Entertainment, Inc., Treasure Island, LLC, and Wynn Resorts Holdings, LLC, and MGM Resorts International ("MGM") (together, "Defendants") (Plaintiffs and Defendants collectively, the "Parties"), by and through their counsel, hereby stipulate and agree to extend Local Rule 7-2(b)'s deadline for Defendants to file replies in support of Certain Defendants' Motion to Partially Stay Discovery, ECF No. 114, and MGM's Joinder to Certain Defendants' Joint Motion to Stay Discovery and Motion to Stay Discovery, ECF No. 116 (together, "Motions to Stay") for the following reasons.

1. Defendants filed their Motions to Stay on May 22, 2023.

2. Plaintiffs' Oppositions to Defendants' Motions to Stay, ECF Nos. 119 & 120, were filed on June 5, 2023.

3. Pursuant to Local Rule 7-2(b), Defendants' replies in support of their Motions to Stay are due on Monday, June 12, 2023.

4. The Parties' [Proposed] Discovery Plan and Scheduling Order, ECF No. 111, was filed on May 15, 2023 and is pending before this Court.  The Parties agreed to extend the briefing schedule for replies in support of Defendants' Motions to Stay for a period of one week, to June 19, 2023, as stated on page 10 of the Parties' [Proposed] Discovery Plan and Scheduling Order, ECF No. 111.

Accordingly, the Parties hereby stipulate and agree, and respectfully request that the Court order, as follows:

1. The deadline for Defendants' replies in support of their Motions to Stay is extended to and including, Monday, June 19, 2023.

2. This stipulation is filed in good faith and not intended to cause delay, but rather to provide Defendants sufficient time to prepare and file their replies in support of their Motions to Stay in this multi-party putative class action.

[PROPOSED] OR. TO EXTEND DEADLINE TO
REPLY TO DEFS.' MOTS. TO STAY
Case No. 2:23-cv-00140-MMD-DJA

1      3.   Nothing in this stipulation is intended in any way to waive or affect the rights, claims,

2           defenses, objections, or arguments that any party may have with respect to any matter,

3           other than those expressly addressed and agreed herein.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: June 8, 2023

2   /s/ *Steve W. Berman*                         /s/ *Rahul Ravipudi*

3   Steve W. Berman (*Pro Hac Vice*)              Rahul Ravipudi
    Ted Wojcik (*Pro Hac Vice*)                   Nevada State Bar No. 14750
4   Stephanie A. Verdoia (*Pro Hac Vice*)         Adam Ellis
    HAGENS BERMAN SOBOL                           Nevada State Bar No. 14514
5   SHAPIRO LLP                                   Ian P. Samson
    1301 Second Avenue, Suite 2000               Nevada State Bar No. 15089
6   Seattle, WA 98101                             PANISH SHEA BOYLE
    Telephone: (206) 623-7292                     RAVIDPUDI LLP
7   Facsimile: (206) 623-0594                     300 South 4th Street, Suite 710
    Email: steve@hbsslaw.com                      Las Vegas, NV 89101
8   Email: tedw@hbsslaw.com                       Telephone: (702) 560-5520
    Email: stephaniev@hbsslaw.com                 Facsimile: (702) 945-2515
9                                                 Email: rravipudi@psblaw.com
10  Rio S. Pierce (*Pro Hac Vice*)                Email: aellis@psblaw.com
    Abby R. Wolf (*Pro Hac Vice*)                 Email: isamson@psblaw.com
11  HAGENS BERMAN SOBOL
12  SHAPIRO LLP                                   Brian J. Panish
    715 Hearst Avenue, Suite 300                  Nevada Bar No. 16123
13  Berkeley, CA 94710                            PANISH SHEA BOYLE
    Telephone: (510) 725-3000                     RAVIDPUDI LLP
14  Facsimile: (510) 725-3001                     11111 Santa Monica Boulevard, Suite 700
15  Email: riop@hbsslaw.com                       Los Angeles, CA 90025
    Email: abbyw@hbsslaw.com                      Telephone: (310) 477-1700
16                                                Facsimile: (310) 477-1699
    *Attorneys for Plaintiffs and the Proposed*   Email: bpanish@psbrlaw.com
17  *Class*

18  /s/ *J. Colby Williams*                       /s/ *Mark Holscher*
19  J. Colby Williams (5549)                      Patrick G. Byrne
    710 South Seventh Street                      Bradley T. Austin
20  Las Vegas, NV 89101                           SNELL & WILMER LLP
    Telephone:  (702) 382-5222                    3883 Howard Hughes Parkway
21  Facsimile:  (702) 382-0540                    Las Vegas, NV 89169
    Email: jcw@cwlawlv.com                        Telephone: (702) 784-5200
22                                                Facsimile: (702) 784-5252
23  Sadik Huseny (*pro hac vice*)                 Email: pbyrne@swlaw.com
    Timothy O'Mara (*pro hac vice forthcoming*)   Email: baustin@swlaw.com
24  Brendan McShane (*pro hac vice*)
25  LATHAM & WATKINS LLP                          Mark Holscher (*pro hac vice*)
    505 Montgomery Street, Suite 2000             Tammy A. Tsoumas (*pro hac vice*)
26  San Francisco, CA 94111-6538                  KIRKLAND & ELLIS LLP
    Telephone:  (415) 391-0600                    2049 Century Park East, Suite 3700
27  Facsimile:  (415) 395-8095                    Los Angeles, CA 90067
    Email: sadik.huseny@lw.com                    Telephone: (310) 552-4200
28  tim.o'mara@lw.com                             Facsimile: (310) 552-5900

| | |
|---|---|
| 1 | brendan.mcshane@lw.com | Email: mholscher@kirkland.com |
| 2 | | Email: ttsoumas@kirkland.com |
|  | Anna M. Rathbun (*pro hac vice*) | |
| 3 | Christopher J. Brown (*pro hac vice*) | Matthew Solum (*pro hac vice*) |
|  | LATHAM & WATKINS LLP | KIRKLAND & ELLIS LLP |
| 4 | 555 Eleventh Street, NW, Suite 1000 | 601 Lexington Avenue |
|  | Washington, DC 20004-1304 | New York, NY 10022 |
| 5 | Telephone:  (202) 637-2200 | Telephone: (212) 446-4688 |
|  | Facsimile: (202) 637-2201 | Facsimile: (917) 848-7536 |
| 6 | Email: anna.rathbun@lw.com | Email: msolum@kirkland.com |
| 7 | chris.brown@lw.com | |
|  | | *Attorneys for Defendant Wynn* |
| 8 | *Attorneys for Defendant Cendyn Group, LLC* | *Resorts Holdings, LLC* |

---

/s/ *Adam Hosmer-Henner*

Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind  (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*pro hac vice*)
Ken Schwartz (*pro hac vice*)
Michael Menitove (*pro hac vice*)
Sam Auld(*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
boris.bershteyn@skadden.com
ken.schwartz@skadden.com
michael.menitove@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

/s/ *Patrick J. Reilly*

Patrick J. Reilly
Arthur A. Zorio
Emily Garnett (*pro hac vice*)
Eric D. Walther

/s/ *Alicia Rubio-Spring*

Nicholas J. Santoro
HOLLY DRIGGS
300 S. 4th Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702)  791-0308
Facsimile: (702) 791-1912
Email: nsantoro@nevadafirm.com

Arman Oruc (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Phone: (202) 346-4000
Facsimile: (202) 346-4444
Email: aoruc@goodwinlaw.com

Alicia Rubio-Spring (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Telephone: (617) 570-1000
Facsimile: (617) 5231231
Email: arubio-spring@goodwinlaw.com

*Attorneys for Defendant The Rainmaker*
*Group Unlimited, Inc.*

/s/ *Todd L. Bice*

Todd L. Bice
Emily A. Buchwald
PISANELLI BICE PLLC
400 South 7th Street, Suite 300

1  BROWNSTEIN HYATT FARBER          Las Vegas, NY 89101
   SCHRECK, LLP                     Telephone: (702) 214-2100
2  100 N. City Parkway, Suite 1600  Email: tlb@pisanellibice.com
3  Las Vegas, NV 89106              Email: eab@pisanellibice.com
   Telephone: 702.382.2101
4  preilly@bhfs.com                 Bethany Kristovich (*pro hac vice*)
   azorio@bhfs.com                  Kyle Mach (*pro hac vice*)
5  egarnett@bhfs.com                Justin Raphael (*pro hac vice*)
   ewalther@bhfs.com                MUNGER, TOLLES & OLSON LLP
6                                   350 South Grande Avenue, 50th Floor
7  *Attorneys for Defendant Treasure Island, LLC*   Los Angeles, CA 90071
                                    Telephone: (213) 683-9100
8                                   Email: bethany.kristovich@mto.com
                                    kyle.mach@mto.com
9                                   justin.raphael@mto.com

10                                  *Attorneys for Defendant MGM Resorts*
                                    *International*
11

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 121) is **GRANTED**.
12

13  Given the parties' explanation that they agreed to extend the briefing schedule in their proposed
    discovery plan and scheduling order, the Court reminds the parties that "[f]or each type of relief
14  requested or purpose of the document, a separate document must be filed and a separate event
    must be selected for that document."  Nevada Local Rule IC 2-2(b).
15

16                              IT IS SO ORDERED.

17                              _____

18                              UNITED STATES MAGISTRATE JUDGE

19                              DATED: June 8 , 2023

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2       The undersigned hereby certifies that service of the foregoing **STIPULATION AND**

3    **[PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF**

4    **DEFENDANTS' MOTIONS TO STAY DISCOVERY** was served on the 8th day of June, 2023

5    via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

6                                            <u>/s/ J. Colby Williams</u>
                                             An employee of Campbell & Williams
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28