# EXHIBIT A

Emails between B. Kristovich and Plaintiffs' Counsel, dated May 15, 2023

**From:** Kristovich, Bethany
**Sent:** Monday, May 15, 2023 5:49 PM
**To:** Abby Wolf <AbbyW@hbsslaw.com>
**Cc:** Mach, Kyle <kyle.mach@mto.com>; Rio Pierce <riop@hbsslaw.com>
**Subject:** RE: 2023-05-15 Draft 26(f) Discovery Plan (P edits 4 pm)_.docx

Great; will do.  Thanks, Abby.  And I will be in touch with you directly on any future go-rounds.

**Bethany W. Kristovich (she, her, hers)** | Munger, Tolles & Olson LLP
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9292  |  Cell:  213.447.0075  |  bethany.kristovich@mto.com  |  www.mto.com

**From:** Abby Wolf <AbbyW@hbsslaw.com>
**Sent:** Monday, May 15, 2023 5:48 PM
**To:** Kristovich, Bethany <Bethany.Kristovich@mto.com>
**Cc:** Mach, Kyle <kyle.mach@mto.com>; Rio Pierce <riop@hbsslaw.com>
**Subject:** RE: 2023-05-15 Draft 26(f) Discovery Plan (P edits 4 pm)_.docx

Bethany –

We will accept MGM's proposed edits on this point. If MGM is able to incorporate them in to the to-be circulated Defendants' draft, that would be preferable for Plaintiffs.

Best,
Abby

--
**Abby Wolf** | Hagens Berman Sobol Shapiro LLP | (510) 725-3031

**From:** Kristovich, Bethany <Bethany.Kristovich@mto.com>
**Sent:** Monday, May 15, 2023 4:37 PM
**To:** Abby Wolf <AbbyW@hbsslaw.com>
**Cc:** Mach, Kyle <kyle.mach@mto.com>
**Subject:** 2023-05-15 Draft 26(f) Discovery Plan (P edits 4 pm)_.docx

As discussed.  Thank you!

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law

1

2

firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.