Patrick G. Byrne
Bradley Austin
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone:    (702) 784-5200
Facsimile:    (702) 784-5252
Email: pbyrne@swlaw.com
Email: baustin@swlaw.com

Mark Holscher (*pro hac vice*)
Tammy A. Tsoumas (*pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900
Email: mholscher@kirkland.com
Email: ttsoumas@kirkland.com

*Attorneys for Defendant*
*Wynn Resorts Holdings, LLC*

[*Additional counsel listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE THE PROPOSED DISCOVERY PLAN**<br><br>**(FIRST REQUEST)** |

**STIPULATION**

Plaintiffs Richard Gibson and Heriberto Valiente ("Plaintiffs") and Defendants Cendyn Group, LLC ("Cendyn"), the Rainmaker Group Unlimited, Inc. ("Rainmaker"), Caesars Entertainment, Inc. ("Caesars"), Treasure Island, LLC ("Treasure Island"), and Wynn Resorts Holdings, LLC ("Wynn") (together, "Defendants") (collectively, Plaintiffs and Defendants are referred to herein as the "Parties"), by and through their respective counsel, for good cause shown, hereby stipulate and agree to extend the Parties' deadline to negotiate a proposed ESI Order and a proposed Protective Order.[1]

1. The Parties filed their Proposed Discovery Plan and Scheduling Order on May 15, 2023. *See* ECF No. 111. While the Plan has not yet been entered, it reflects that Plaintiffs and Defendants (except MGM) had aimed to negotiate a proposed ESI Order and a proposed Protective Order by June 30, 2023. *See* ECF No. 111 at pp. 5, 7, 12-14, and 24.

2. Negotiations are ongoing. This Stipulation has been entered into because the Parties have determined that they need additional time to continue the meet and confer process to prepare a proposed ESI Order and a proposed Protective Order.

Accordingly, the Parties now hereby stipulate and agree, and respectfully request that the Court order, as follows:

1. The deadline for the Parties to file a proposed ESI order and a proposed Protective Order is extended to and including **July 20, 2023**.

2. This stipulation is filed in good faith and not intended to cause delay, but rather, to provide the Parties with sufficient time to work through various issues related to an ESI Order and Protective Order in this multi-party class action.

3. Nothing in this stipulation is intended in any way to waive or affect the rights, claims, defenses, objections, or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed herein.

---

[1] MGM Resorts International ("MGM") believes that all discovery as to it should be stayed pending resolution of its separate motion to dismiss.

1

**ORDER**

IT IS SO ORDERED:

DATED: June ___, 2023

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 30, 2023                                    Respectfully submitted,

/s/ Rahul Ravipudi                                       /s/ Steve W. Berman
Rahul Ravipudi (NV Bar No. 14750)                        Rio S. Pierce (*pro hac vice*)
Adam Ellis (NV Bar No. 14514)                            Abby R. Wolf (*pro hac vice*)
Ian P. Samson (NV Bar No. 15089)                         HAGENS BERMAN SOBOL SHAPIRO LLP
Email: ravipudi@psblaw.com                               715 Hearst Avenue, Suite 300
Email: ellis@psblaw.com                                  Berkeley, CA 94710
Email: samson@psblaw.com                                 Email: riop@hbsslaw.com
PANISH SHEA BOYLE                                        Email: abbyw@hbsslaw.com
RAVIPUDI LLP
300 S. 4th Street, Suite 710                             Steve W. Berman (*pro hac vice*)
Las Vegas, NV 89101                                      Ted Wojcik (*pro hac vice*)
Telephone: (702) 560-5520                                Stephanie A. Verdoia (*pro hac vice*)
Facsimile: (702) 975-2515                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                                         1301 Second Avenue, Suite 2000
Brian J. Panish (NV Bar No. 16123)                       Seattle, WA 98101
PANISH SHEA BOYLE                                        Email: steve@hbsslaw.com
RAVIPUDI LLP                                             Email: tedw@hbsslaw.com
11111 Santa Monica Blvd., Suite 700                      Email: stephaniev@hbsslaw.com
Los Angeles, CA 90025
Email: bpanish@psbrlaw.com                               *Attorneys for Plaintiffs Richard Gibson and*
                                                         *Heriberto Valiente*
*Attorneys for Plaintiffs Richard Gibson and*
*Heriberto Valient*

/s/ Adam Hosmer-Henner                                   /s/ Mark Holscher
Adam Hosmer-Henner (NSBN 12779)                          Patrick G. Byrne
Chelsea Latino (NSBN 14227)                              Nevada Bar No. 7636
Jane Susskind (NSBN 15099)                               Bradley Austin
McDONALD CARANO LLP                                      Nevada Bar No. 13064
100 West Liberty Street, Tenth Floor                     SNELL & WILMER
Reno, Nevada 89501                                       3883 Howard Hughes Parkway
(775) 788-2000                                           Las Vegas, NV 89169
Email: ahosmerhenner@mcdonaldcarano.com                  Telephone: (702) 784-5200
Email: clatino@mcdonaldcarano.com                        Facsimile: (702) 784-5252
Email: jsusskind@mcdonaldcarano.com                      Email: pbyrne@swlaw.com
                                                         Email: baustin@swlaw.com
Boris Bershteyn (*pro hac vice*)
Ken Schwartz (*pro hac vice*)                            Mark Holscher (*pro hac vice*)
Michael Menitove (*pro hac vice*)                        Tammy Tsoumas (*pro hac vice*)
Sam Auld (*pro hac vice*)                                KIRKLAND & ELLIS LLP
SKADDEN, ARPS, SLATE,                                    2049 Century Park East, Suite 3700
MEAGHER & FLOM LLP                                       Los Angeles, California 90067
One Manhattan West                                       Telephone: (310) 552-4200
New York, New York 10001                                 Facsimile: (310) 552-5900
(212) 735-3000                                           Email: mholscher@kirkland.com
Email: Boris.Bershteyn@skadden.com                       Email: ttsoumas@kirkland.com
Email: Ken.Schwartz@skadden.com
Email: Michael.Menitove@skadden.com                      Matthew Solum (*pro hac vice*)
Email: Sam.Auld@skadden.com                              KIRKLAND & ELLIS LLP
                                                         601 Lexington Ave
*Attorneys for Defendant*                                New York, NY 10022
*Caesars Entertainment, Inc.*                            Telephone: (212) 446-4688
                                                         Facsimile: (917) 848-7536
                                                         Email: msolum@kirkland.com

3

|   |   |
|---|---|
| | *Attorneys for Defendant Wynn Resorts Holdings, LLC* |

*/s/ J. Colby Williams*                         */s/ Alicia Rubio-Spring*
J. Colby Williams (5549)                     Nicholas J. Santoro
710 South Seventh Street                   HOLLY DRIGGS
Las Vegas, NV 89101                          300 S. 4th Street, Suite 1600
Telephone: (702) 382-5222              Las Vegas, NV 89101
Facsimile: (702) 382-0540                Telephone: (702) 791-0308
Email: jcw@cwlawlv.com                  Facsimile: (702) 791-1912
                                                              Email: nsantoro@nevadafirm.com
Sadik Huseny (*pro hac vice*)
Timothy O'Mara (*pro hac vice forthcoming*)   Arman Oruc (*pro hac vice*)
Brendan McShane (*pro hac vice*)      GOODWIN PROCTER LLP
LATHAM & WATKINS LLP                1900 N Street, N.W.
505 Montgomery Street, Suite 2000   Washington, DC 20036
San Francisco, CA 94111-6538         Phone: (202) 346-4000
Telephone: (415) 391-0600              Facsimile: (202) 346-4444
Facsimile: (415) 395-8095                Email: aoruc@goodwinlaw.com
Email: sadik.huseny@lw.com
Email: tim.o'mara@lw.com               Alicia Rubio-Spring (*pro hac vice*)
Email: brendan.mcshane@lw.com   GOODWIN PROCTER LLP
                                                              100 Northern Avenue
Anna M. Rathbun (*pro hac vice*)     Boston, MA 02110
Christopher J. Brown (*pro hac vice*)   Telephone: (617) 570-1000
LATHAM & WATKINS LLP                Facsimile: (617) 5231231
555 Eleventh Street, NW, Suite 1000   Email: arubio-spring@goodwinlaw.com
Washington, DC 20004-1304
Telephone: (202) 637-2200              *Attorneys for Defendant The Rainmaker Group Unlimited, Inc.*
Facsimile: (202) 637-2201
Email: anna.rathbun@lw.com
Email: chris.brown@lw.com

*Attorneys for Defendant Cendyn Group, LLC*

*/s/ Patrick J. Reilly*
Patrick J. Reilly
Arthur A. Zorio
Emily Garnett (*pro hac vice*)
Eric D. Walther
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
Email: preilly@bhfs.com
Email: azorio@bhfs.com
Email: egarnett@bhfs.com
Email: ewalther@bhfs.com

*Attorneys for Defendant Treasure Island, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE THE PROPOSED DISCOVERY PLAN** was served on the 30th of June, 2023 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Mark Holscher*
Mark Holscher

1