**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq. (pro hac vice)
steve@hbsslaw.com
Ted Wojcik (pro hac vice)
tedw@hbsslaw.com
Stephanie A. Verdoia, Esq. (pro hac vice)
stephaniev@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

Rio S. Pierce, Esq. (pro hac vice)
riop@hbsslaw.com
Abby R. Wolf, Esq. (pro hac vice)
abbyw@hbsslaw.com
715 Hearst Ave, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

Counsel for Plaintiffs and the Proposed Class
[*Additional counsel listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | Case No.  2:23-cv-00140-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

# STIPULATION AND [PROPOSED] ORDER
# TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT

Plaintiffs Richard Gibson and Heriberto Valiente ("Plaintiffs") and Defendants Cendyn Group, LLC ("Cendyn"), the Rainmaker Group Unlimited, Inc. ("Rainmaker"), Caesars Entertainment, Inc. ("Caesars"), Treasure Island, LLC ("Treasure Island"), Wynn Resorts Holdings, LLC ("Wynn"), and MGM Resorts International ("MGM") (together, "Defendants") (collectively, Plaintiffs and Defendants are referred to herein as the "Parties"), by and through their respective counsel, for good cause shown, hereby stipulate and agree to extend[1] Plaintiffs' deadline to file their amended complaint from November 23, 2023 to November 27, 2023 as follows:

1. On October 24, 2023, the Court granted Defendants' motions to dismiss with leave to amend, ordering Plaintiffs to file any amended complaint by Thursday, November 23, 2023. (ECF Nos. 140, 141.)

2. Thursday, November 23, 2023, is Thanksgiving Day.

3. Plaintiffs shall have up to and including Monday November 27, 2023, to file their amended complaint.

4. This is the first stipulation for extension of time to file Plaintiffs' amended complaint.

5. This Stipulation and schedule extension has been entered into by the Parties as a professional courtesy to Plaintiffs. Accordingly, good cause exists for the foregoing extension, which is not made for purposes of delay.

6. If Plaintiffs file an amended complaint, the Parties shall meet and confer and thereafter submit to the Court a mutually agreeable schedule for Defendants to respond to the amended complaint.

---

[1] Defendants other than MGM agree to the extension, while MGM does not oppose the extension.

**ORDER**

IT IS SO ORDERED that the parties' stipulation to extend deadline to file amended complaint. (ECF No. 142).

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: __November 2__, 2023

Dated: October 31, 2023

Respectfully submitted,

/s/ Rahul Ravipudi
Rahul Ravipudi (NV Bar No. 14750)
Adam Ellis (NV Bar No. 14514)
Ian P. Samson (NV Bar No. 15089)
Email: ravipudi@psblaw.com
Email: ellis@psblaw.com
Email: samson@psblaw.com
PANISH SHEA BOYLE RAVIPUDI LLP
300 S. 4th Street, Suite 710
Las Vegas, NV 89101
Telephone: (702) 560-5520
Facsimile: (702) 975-2515

Brian J. Panish (NV Bar No. 16123)
PANISH SHEA BOYLE RAVIPUDI LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Email: bpanish@psbrlaw.com

/s/ Steve W. Berman
Rio S. Pierce *(Pro Hac Vice)*
Abby R. Wolf *(Pro Hac Vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Email: riop@hbsslaw.com
Email: abbyw@hbsslaw.com

Steve W. Berman *(Pro Hac Vice)*
Ted Wojcik *(Pro Hac Vice Forthcoming)*
Stephanie A. Verdoia *(Pro Hac Vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: stephaniev@hbsslaw.com

*Attorneys for Plaintiffs Richard Gibson and Heriberto Valiente*

| | |
|---|---|
| /s/ Boris Bershteyn | /s/ Bethany Kristovich |
| Adam Hosmer-Henner (NSBN 12779) | Todd L. Bice |
| Chelsea Latino (NSBN 14227) | Emily A. Buchwald |
| Jane Susskind (NSBN 15099) | PISANELLI BICE PLLC |
| McDONALD CARANO LLP | 400 S. 7th Street, Suite 300 |
| 100 West Liberty Street, Tenth Floor | Las Vegas, NV 89101 |
| Reno, Nevada 89501 | Telephone: 702-214-2100 |
| (775) 788-2000 | tlb@pisanellibice.com |
| ahosmerhenner@mcdonaldcarano.com | eab@pisanellibice.com |
| clatino@mcdonaldcarano.com | |
| jsusskind@mcdonaldcarano.com | Bethany Kristovich (*pro hac vice*) |
| | Kyle Mach (*pro hac vice*) |
| Boris Bershteyn (*pro hac vice* ) | Justin Raphael (*pro hac vice*) |
| Ken Schwartz (*pro hac vice*) | MUNGER, TOLLES & OLSON LLP |
| Michael Menitove (*pro hac vice*) | 350 S. Grand Ave.; 50th Floor |
| Sam Auld (*pro hac vice*) | Los Angeles, CA 90071 |
|   SKADDEN, ARPS, SLATE, | Telephone: 213 683 9100 |
|   MEAGHER & FLOM LLP | bethany.kristovich@mto.com |
| One Manhattan West | Kyle.mach@mto.com |
| New York, New York 10001 | Justin.raphael@mto.com |
| (212) 735-3000 | |
| Boris.Bershteyn@skadden.com | *Attorneys for Defendant MGM Resorts* |
| Ken.Schwartz@skadden.com | *International* |
| Michael.Menitove@skadden.com | |
| Sam.Auld@skadden.com | |
| | |
| *Attorneys for Defendant* | |
| *Caesars Entertainment, Inc.* | |
| | |
| | /s/ Patrick J. Reilly |
| /s/ Tammy Tsoumas | Patrick J. Reilly |
| Patrick G. Byrne | Arthur A. Zorio |
| Nevada Bar No. 7636 | Emily Garnett (pro hac vice) |
| Bradley Austin | Eric D. Walther |
| Nevada Bar No. 13064 | BROWNSTEIN HYATT FARBER |
| SNELL & WILMER | SCHRECK, LLP |
| 3883 Howard Hughes Parkway | 100 North City Parkway, Ste. 1600 |
| Las Vegas, NV 89169 | Las Vegas, NV 89106 |
| Telephone: (702) 784-5200 | Telephone: 702.382.2101 |
| Facsimile: (702) 784-5252 | preilly@bhfs.com |
| pbyrne@swlaw.com | azorio@bhfs.com |
| baustin@swlaw.com | egarnett@bhfs.com |
| | ewalther@bhfs.com |
| Mark Holscher (*pro hac vice*) | |
| Tammy Tsoumas (*pro hac vice)* | *Attorneys for Defendant Treasure Island, LLC* |
| KIRKLAND & ELLIS LLP | |
| 2049 Century Park East, Suite 3700 | /s/ Sadik Huseny |
| Los Angeles, California 90067 | Sadik Huseny (*pro hac vice*) |

| | |
|---|---|
| Telephone: (310) 552-4200<br>Facsimile: (310) 552-5900<br>ttsoumas@kirkland.com<br>mholscher@kirkland.com<br><br>Matthew Solum (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Ave<br>New York, NY 10022<br>Telephone: (212) 446-4688<br>Facsimile: (917) 848-7536<br>msolum@kirkland.com<br><br>*Attorneys for Defendant Wynn Resorts Holdings, LLC* | Tim O'Mara (*pro hac vice*)<br>Brendan A. McShane (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>sadik.huseny@lw.com<br>tim.o'mara@lw.com<br>brendan.mcshane@lw.com<br><br>Anna M. Rathbun (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW Suite 1000<br>Washington, DC 20004-1304<br>Telephone: (202) 637-3381<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com<br><br>*Attorneys for Defendant Cendyn Group LLC* |