UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Plaintiff / Petitioner: | |
|---|---|
| RICHARD GIBSON and ROBERTO MANZO | **AFFIDAVIT OF SERVICE** |
| **Defendant / Respondent:** | |
| CENDYN GROUP, LLC, et. al. (See Attachment A for Additional Parties) | Civil Action No.: 2:23-cv-00140-MMD-DJA |

STATE OF NEW YORK          )
                          )SS:
COUNTY OF RICHMOND         )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in <u>New York State</u>. That on <u>Fri, Dec 01 2023</u> AT <u>10:27 AM</u> AT c/o CT CORPORATION SYSTEM 28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005 deponent served the within <u>SUMMONS AND COMPLAINT</u> bearing Civil Action No.: 2:23-cv-00140-MMD-DJA upon <u>Blackstone Real Estate Partners VII L.P.</u>.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant, therein named, by delivering a true copy of each to <u>INGRID LOPEZ</u> personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be <u>Intake Specialist/Authorized to Accept Service;</u> thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, _____, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50      Skin Color: Brown Skin           Gender: Female           Weight: 131-150
Height: 5'6"           Hair: Black           Eyes:           Relationship: Intake Specialist/Authorized to Accept Service
Other _____

Sworn to before me on _December 2, 2023_

_[signature]_
Joseph Donovan-License #1292936-DCA

_[signature]_
Notary Public

Distributed by: Your Dream Team, Inc.
Agency License #: 2094197-DCA
P.O. Box 7312
Hicksville, NY 11802

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6210234
Qualified in Richmond County
Commission Expires 08-10-2025