Civil Action No. 2:23-cv-00140-MMD-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   **JC Hospitality, LLC**
was received by me on  **November 30, 2023**

☐ I personally served the Summons in a Civil Action; First Amended Class Action Complaint; on the individual at  ,
, on  2:36 PM

☐ I left the service documents at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the Summons in a Civil Action; First Amended Class Action Complaint; to  **Kris Kennison - Administration Assistant** , who is designated by law to accept service of process on behalf of  **JC Hospitality, LLC**  on  **November 30, 2023  2:36 PM**

☐ I returned the Summons in a Civil Action; First Amended Class Action Complaint; unexecuted because;

☐ other *(specify):*

I declare under penalty of perjury that this information is true.

Date:  November 30, 2023

_____
Server's signature

**Samantha Curl**
Printed name and title

Contracted by
185 Martin St.
Reno, NV 89509
(775) 322-2424
Server's Address



A0440-R167770