1    J. Colby Williams (NSBN 5549)
     **CAMPBELL & WILLIAMS**
2    710 South 7th St
     Las Vegas, Nevada 89101
3    (702) 382-5222
     jcw@cwalawlv.com
4

5    Sadik Huseny (*pro hac vice*)
     Tim O'Mara (*pro hac vice forthcoming*)
     Brendan McShane (*pro hac vice*)
6    **LATHAM & WATKINS LLP**
     505 Montgomery Street, Suite 2000
7    San Francisco, CA 94111-6538
     Telephone: (415) 391-0600
8    Facsimile: (415) 395-8095
     sadik.huseny@lw.com
9    tim.o'mara@lw.com
     brendan.mcshane@lw.com
10

11    Anna M. Rathbun (*pro hac vice*)
     Christopher J. Brown (*pro hac vice*)
     **LATHAM & WATKINS LLP**
12    555 Eleventh St, NW Suite 1000
     Washington, DC 20004-1304
13    Telephone: (202) 637-2200
     Facsimile: (202) 637-2201
14    anna.rathbun@lw.com
     chris.brown@lw.com
15

16    *Attorneys for Defendant Cendyn Group LLC*
     [*Additional counsel listed on Signature Page*]

17             **UNITED STATES DISTRICT COURT**

18                **DISTRICT OF NEVADA**

| | |
|---|---|
| 19   RICHARD GIBSON and ROBERTO MANZO, | Case No.  2:23-cv-00140-MMD-DJA |
| 20        Plaintiffs, | |
| 21        v. | **STIPULATION AND [PROPOSED]** |
| 22 | **ORDER EXTENDING TIME TO RESPOND TO AMENDED** |
| 23   CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS | **COMPLAINT AND SETTING BRIEFING SCHEDULE ON** |
| 24   ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, | **DEFENDANTS' MOTION TO DISMISS** |
| 25   LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC | |
| 26   HOSPITALITY, LLC, | (<u>FIRST REQUEST</u>) |
| 27        Defendants. | |
| 28 | |

1

**STIPULATION**

2      Plaintiffs Richard Gibson and Roberto Manzo (together, "Plaintiffs") and Defendants

3   Cendyn Group, LLC, the Rainmaker Group Unlimited, Inc., Caesars Entertainment, Inc., Treasure

4   Island, LLC, and Wynn Resorts Holdings, LLC, (together, "Defendants")[1] (Plaintiffs and

5   Defendants collectively, the "Parties"), by and through their counsel, hereby stipulate and agree to

6   extend the deadline under Federal Rule of Civil Procedure 15(a)(3) for responding to Plaintiffs'

7   Amended Complaint, ECF No. 144, and propose a briefing schedule for Defendants' forthcoming

8   motion to dismiss, for the following reasons:

9      1.  On October 24, 2023, the Court granted Defendants' motion to dismiss Plaintiffs'

10         complaint, and instructed that any amended complaint be filed within 30 days.  ECF No.

11         141.

12     2.  On November 2, 2023, the Court entered an order extending the deadline for Plaintiffs to

13         file an amended complaint to November 27, 2023, and directed the Parties to "meet and

14         confer and thereafter submit to the Court a mutually agreeable schedule for Defendants

15         to respond to the amended complaint."  ECF No. 143 ¶ 6.

16     3.  Plaintiffs filed their Amended Complaint on November 27, 2023.  ECF No. 144.

17     4.  The Amended Complaint adds three new defendants to this case, the last of whom was

18         served with a summons on December 1, 2023.  ECF Nos. 146, 147, 148.

19     5.  Counsel for the Parties conferred and agreed that, in light of the three new defendants

20         added to the Amended Complaint, who will require time to engage counsel before

21         responding to the Amended Complaint, and the upcoming holidays, the response deadline

22         should be extended to February 14, 2024.  The Parties thereafter agreed to a proposed

23         briefing schedule for Defendants' anticipated responses to the Amended Complaint.

24     6.  The deadline for Defendants to respond to the Amended Complaint is otherwise

25         December 11, 2023.  *See* Fed. R. Civ. P. 15(a)(3).

26

27  [1]    Plaintiffs' Amended Complaint adds three new named defendants:  Blackstone Real Estate
    Partners VII L.P., Blackstone, Inc., and JC Hospitality, LLC.  The Parties to this stipulation do not
    include the newly added Defendants, which were only recently served, but the Parties expect that
28  once those new Defendants retain counsel, they will agree to this proposed schedule and/or notify
    the Court of any separate response and/or briefing schedule request.

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
Case No. 2:23-cv-00140-MMD-DJA

7. This is the first stipulation for an extension of time related to the response to the Amended Complaint and briefing schedule for any motion to dismiss the Amended Complaint.

8. The Parties' proposed schedule will not impact any other deadlines in this case.

Accordingly, the Parties hereby stipulate and agree, and respectfully request that the Court order, the following schedule:

1. The deadline for Defendants to respond to Plaintiffs' Amended Complaint and file their forthcoming motion or motions to dismiss is extended to February 14, 2024.

2. Plaintiffs will file an opposition to Defendants' motion(s) to dismiss by April 26, 2024.

3. Defendants will file a reply in support of their motion(s) to dismiss by June 14, 2024.

Dated: December 7, 2023

/s/ *Steve W. Berman*

Steve W. Berman (*Pro Hac Vice*)
Ted Wojcik (*Pro Hac Vice*)
Stephanie A. Verdoia (*Pro Hac Vice*)
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: stephaniev@hbsslaw.com

Rio S. Pierce (*Pro Hac Vice*)
Abby R. Wolf (*Pro Hac Vice*)
HAGENS BERMAN SOBOL
SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com
Email: abbyw@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

/s/ *Rahul Ravipudi*

Rahul Ravipudi
Nevada State Bar No. 14750
Adam Ellis
Nevada State Bar No. 14514
Ian P. Samson
Nevada State Bar No. 15089
PANISH SHEA BOYLE
RAVIDPUDI LLP
300 South 4th Street, Suite 710
Las Vegas, NV 89101
Telephone: (702) 560-5520
Facsimile: (702) 945-2515
Email: rravipudi@psblaw.com
Email: aellis@psblaw.com
Email: isamson@psblaw.com

Brian J. Panish
Nevada Bar No. 16123
PANISH SHEA BOYLE
RAVIDPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
Email: bpanish@psbrlaw.com

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
Case No. 2:23-cv-00140-MMD-DJA

2

| | | |
|---|---|---|
| 1 | /s/ *J. Colby Williams* | /s/ *Tammy A. Tsoumas* |
| 2 | J. Colby Williams (5549) | Patrick G. Byrne |
| | 710 South Seventh Street | Bradley T. Austin |
| 3 | Las Vegas, NV 89101 | SNELL & WILMER LLP |
| | Telephone:  (702) 382-5222 | 3883 Howard Hughes Parkway |
| 4 | Facsimile:  (702) 382-0540 | Las Vegas, NV 89169 |
| | Email: jcw@cwlawlv.com | Telephone: (702) 784-5200 |
| 5 | | Facsimile: (702) 784-5252 |
| | Sadik Huseny (*pro hac vice*) | Email: pbyrne@swlaw.com |
| 6 | Timothy O'Mara (*pro hac vice forthcoming*) | Email: baustin@swlaw.com |
| 7 | Brendan McShane (*pro hac vice*) | |
| | LATHAM & WATKINS LLP | Mark Holscher (*pro hac vice*) |
| 8 | 505 Montgomery Street, Suite 2000 | Tammy A. Tsoumas (*pro hac vice*) |
| | San Francisco, CA 94111-6538 | KIRKLAND & ELLIS LLP |
| 9 | Telephone:  (415) 391-0600 | 2049 Century Park East, Suite 3700 |
| | Facsimile:  (415) 395-8095 | Los Angeles, CA 90067 |
| 10 | Email: sadik.huseny@lw.com | Telephone: (310) 552-4200 |
| | tim.o'mara@lw.com | Facsimile: (310) 552-5900 |
| 11 | brendan.mcshane@lw.com | Email: mholscher@kirkland.com |
| 12 | | Email: ttsoumas@kirkland.com |
| | Anna M. Rathbun (*pro hac vice*) | |
| 13 | Christopher J. Brown (*pro hac vice*) | Matthew Solum (*pro hac vice*) |
| 14 | LATHAM & WATKINS LLP | KIRKLAND & ELLIS LLP |
| | 555 Eleventh Street, NW, Suite 1000 | 601 Lexington Avenue |
| 15 | Washington, DC 20004-1304 | New York, NY 10022 |
| | Telephone:  (202) 637-2200 | Telephone: (212) 446-4688 |
| 16 | Facsimile: (202) 637-2201 | Facsimile: (917) 848-7536 |
| | Email: anna.rathbun@lw.com | Email: msolum@kirkland.com |
| 17 | chris.brown@lw.com | |
| 18 | *Attorneys for Defendant Cendyn Group, LLC* | *Attorneys for Defendant Wynn Resorts Holdings, LLC* |
| 19 | | |
| 20 | /s/ *Boris Bershteyn* | /s/ *Alicia Rubio-Spring* |
| | Adam Hosmer-Henner (NSBN 12779) | Nicholas J. Santoro |
| 21 | Chelsea Latino (NSBN 14227) | HOLLY DRIGGS |
| | Jane Susskind  (NSBN 15099) | 300 S. 4th Street, Suite 1600 |
| 22 | McDONALD CARANO LLP | Las Vegas, NV 89101 |
| | 100 West Liberty Street, Tenth Floor | Telephone: (702)  791-0308 |
| 23 | Reno, NV 89501 | Facsimile: (702) 791-1912 |
| | (775) 788-2000 | Email: nsantoro@nevadafirm.com |
| 24 | ahosmerhenner@mcdonaldcarano.com | |
| | clatino@mcdonaldcarano.com | Arman Oruc (*pro hac vice*) |
| 25 | jsusskind@mcdonaldcarano.com | GOODWIN PROCTER LLP |
| | | 1900 N Street, N.W. |
| 26 | Boris Bershteyn (*pro hac vice*) | Washington, DC 20036 |
| 27 | Ken Schwartz (*pro hac vice*) | Phone: (202) 346-4000 |
| | Michael Menitove (*pro hac vice*) | Facsimile: (202) 346-4444 |
| 28 | Sam Auld (*pro hac vice*) | Email: aoruc@goodwinlaw.com |

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND                   3
Case No. 2:23-cv-00140-MMD-DJA

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
boris.bershteyn@skadden.com
ken.schwartz@skadden.com
michael.menitove@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*


/s/ *Patrick J. Reilly*
Patrick J. Reilly
Arthur A. Zorio
Emily Garnett (*pro hac vice*)
Eric D. Walther
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
preilly@bhfs.com
azorio@bhfs.com
egarnett@bhfs.com
ewalther@bhfs.com

*Attorneys for Defendant Treasure Island, LLC*

Alicia Rubio-Spring (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Telephone: (617) 570-1000
Facsimile: (617) 5231231
Email: arubio-spring@goodwinlaw.com

*Attorneys for Defendant The Rainmaker*
*Group Unlimited, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
DISTRICT COURT [MAGISTRATE] JUDGE

DATED: December __, 2023

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** was served on the 7th day of December, 2023 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *J. Colby Williams*
An employee of Campbell & Williams