MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

ROPES & GRAY LLP
David B. Hennes (*pro hac vice* forthcoming)
Jane E. Willis (*pro hac vice* forthcoming)
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000 / Fax: (212) 596-9090
david.hennes@ropesgray.com
jane.willis@ropesgray.com

ROPES & GRAY LLP
Matthew L. McGinnis (*pro hac vice* forthcoming)
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Tel: (617) 951-7000 / Fax: (617) 951-7050
matthew.mcginnis@ropesgray.com
*Counsel for Defendants Blackstone Inc. and
  Blackstone Real Estate Partners VII L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON and ROBERTO MANZO,<br><br>Plaintiffs,<br><br>v.<br><br>CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDING, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC,<br><br>Defendants. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**(First Request)** |

Through their respective undersigned counsel, Plaintiffs Richard Gibson and Roberto Manzo ("Plaintiffs") and Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P.

1

1  (together, the "Stipulating Defendants") hereby stipulate to extend the time for the Stipulating
2  Defendants to respond to Plaintiffs' First Amended Class Action Complaint ("FAC"). The
3  Stipulating Defendants shall respond to the FAC no later than February 14, 2024, consistent with
4  the deadline the Court has approved for certain other defendants in this case to respond to the FAC
5  (*see* Dkt. No. 150).

12            ///

15            ///

18            ///

This is the Parties' first request for an extension of this deadline. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

| | |
|---|---|
| MCNUTT LAW FIRM, P.C.<br><br>/s/ Dan McNutt<br>Daniel McNutt, Esq., Bar No. 7815<br>Matthew C. Wolf, Esq., Bar No. 10801<br>11441 Allerton Park Drive, #100<br>Las Vegas, Nevada 89135<br><br>ROPES & GRAY LLP<br><br>/s/ Matthew L. McGinnis<br>David B. Hennes (*pro hac vice* forthcoming)<br>Jane E. Willis (*pro hac vice* forthcoming)<br>1211 Avenue of the Americas<br>New York, New York 10036<br><br>Matthew L. McGinnis, Esq. (*pro hac vice* forthcoming)<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199<br>*Counsel for Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P.* | HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>/s/ Steve Berman<br>Steve W. Berman (*Pro Hac Vice*)<br>Ted Wojcik (*Pro Hac Vice*)<br>Stephanie A. Verdoia (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Rio S. Pierce (*Pro Hac Vice*)<br>Abby R. Wolf (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>PANISH SHEA BOYLE RAVIPUDI LLP<br><br>/s/ Rahul Ravipudi<br>Brian J. Panish, Esq., Bar No. 16123<br>Rahul Ravipudi, Esq., Bar No. 14750<br>Ian Samson, Esq., Bar No. 15089<br>300 S. Fourth Street, Suite 710<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs and the Proposed Class* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:_____