Todd L. Bice, Bar No. 4534
Brianna G. Smith, Bar No. 11795
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone:  (702) 214-2100
tlb@pisanellibice.com
bgs@pisanellibice.com

Bethany W. Kristovich (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
bethany.kristovich@mto.com

Kyle W. Mach (*pro hac vice*)
Justin P. Raphael (*pro hac vice*)
Juliana M. Yee (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
kyle.mach@mto.com
justin.raphael@mto.com
juliana.yee@mto.com

*Attorneys for MGM Resorts International*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendants. | CASE NO.: 2:23-cv-00140-MMD-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

**MOTION TO WITHDRAW AS COUNSEL – KYLE W. MACH**

Pursuant to LR IA 11-6(b) of the United States District Court for the Nevada, Kyle W. Mach respectfully moves to withdraw as counsel for Defendant MGM Resorts International.  Attorney Brianna Smith, who is admitted to this court and to the Bar of the State of Nevada and who has appeared as counsel of record, will continue to represent the defendant in this matter, along with other counsel from the firm of Munger, Tolles & Olson LLP.  As such, and pursuant to LR IA 11-6(e), Mr. Mach's withdrawal will not result in a delay of litigation.

DATED:  January 26, 2024

By      /s/ Brianna Smith
Todd L. Bice, Bar No. 4534
Brianna Smith, Bar No. 11795
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
tlb@pisanellibice.com
bgs@pisanellibice.com

Bethany W. Kristovich (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
bethany.kristovich@mto.com

Kyle W. Mach (*pro hac vice*)
Justin P. Raphael (*pro hac vice*)
Juliana M. Yee (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
kyle.mach@mto.com
justin.raphael@mto.com
juliana.yee@mto.com

*Attorneys for MGM Resorts International*