**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Ted Wojcik (*pro hac vice*)
tedw@hbsslaw.com
Stephanie A. Verdoia (*pro hac vice*)
stephaniev@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
Abby R. Wolf. (*pro hac vice*)
abbyw@hbsslaw.com
715 Hearst Ave, Suite 300
Berkeley, CA 94710
T: (510) 725-3000
F: (510) 725-3001

**PANISH SHEA BOYLE RAVIPUDI LLP**
Brian J. Panish, NV Bar No. 16123
panish@psbr.law
Rahul Ravipudi, NV Bar No. 14750
rravipudi@psbr.law
Adam Ellis, NV Bar No. 14514
aellis@psbr.law
Ian Samson, NV Bar No. 15089
isamson@psbr.law
300 S. Fourth Street, Suite 710
Las Vegas, NV 89101
T: (702) 560-5520

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and ROBERTO MANZO, <br><br> Plaintiffs, <br><br> v. <br><br> CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC, <br><br> Defendants. | No. 2:23-cv-00140-MMD-DJA <br><br> **NOTICE OF ERRATA** |

NOTICE OF ERRATA - 1
NO. 2:23-cv-00140-MMD-DJA
011141-11/2437461 V1

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

Plaintiffs file this Notice of Errata to correct an issue they recently became aware of in the First Amended Class Action Complaint ("Complaint")(ECF No. 144).

The chart labeled as Treasure Island contained in ¶ 220 inadvertently reflected data from the Cosmopolitan. The intended chart for ¶ 220 is portrayed below and is incorporated by reference into the Complaint:



Defendants Cendyn Group, LLC, the Rainmaker Group Unlimited, Inc., Caesars Entertainment, Inc., Treasure Island, LLC, and Wynn Resorts Holdings, LLC. were previously provided the corrected chart on Friday, January 26, 2024 and notified that Plaintiffs intended to file a notice of errata.



| | |
|---|---|
| DATED: January 30, 2024 | Respectfully submitted, |
| | */s/ Rio S. Pierce* |
| | Rio S. Pierce (*pro hac vice*) |
| | Abby R. Wolf (*pro hac vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Avenue, Suite 300 |
| | Berkeley, CA 94710 |
| | T: (510) 725-3000 |
| | F: (510) 725-3001 |
| | riop@hbsslaw.com |
| | abbyw@hbsslaw.com |
| | |
| | Steve W. Berman (*pro hac vice*) |
| | Stephanie A. Verdoia (*pro hac vice*) |
| | Ted Wojcik (*pro hac vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | T: (206) 623-7292 |
| | F: (206) 623-0594 |
| | steve@hbsslaw.com |
| | stephaniev@hbsslaw.com |
| | tedw@hbsslaw.com |
| | |
| | Rahul Ravipudi (Nevada Bar No. 14750) |
| | Adam Ellis (Nevada Bar No. 14514) |
| | Ian P. Samson (Nevada Bar No. 15089) |
| | PANISH SHEA BOYLE RAVIPUDI LLP |
| | 300 S. 4th Street, Suite 710 |
| | Las Vegas, NV 89101 |
| | T: (702) 560-5520 |
| | F: (702) 975-2515 |
| | rravipudi@psblaw.com |
| | aellis@psblaw.com |
| | isamson@psblaw.com |
| | |
| | Brian J. Panish (Nevada Bar No. 16123) |
| | PANISH SHEA BOYLE RAVIPUDI LLP |
| | 11111 Santa Monica Blvd., Suite 700 |
| | Los Angeles, CA 90025 |
| | T: (310) 477-1700 |
| | F: (310) 477-1699 |
| | panish@psbrlaw.com |
| | |
| | *Counsel for Plaintiffs and the Proposed Class* |

NOTICE OF ERRATA - 2
NO. 2:23-cv-00140-MMD-DJA
011141-11/2437461 V1

