Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*pro hac vice*)
Ken Schwartz (*pro hac vice*)
Michael Menitove *(pro hac vice)*
Sam Auld (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
(212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

[*Additional counsel listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and ROBERTO MANZO, | Case No. 2:23-cv-00140-MMD-DJA |
| Plaintiffs, | |
| v. | **DEFENDANTS' JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR DEFENDANTS' JOINT MOTION TO DISMISS THE FIRST AMENDED CLASS COMPLAINT WITH PREJUDICE** |
| CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC, | |
| Defendants. | |

Defendants Cendyn Group LLC, the Rainmaker Group Unlimited, Inc., Caesars Entertainment, Inc., Treasure Island, LLC, Wynn Resorts Holdings, LLC, Blackstone Inc., and Blackstone Real Estate Partners VII L.P., by and through their counsel, move this Court pursuant to LR 7-3 for leave to file a 30-page Joint Motion to Dismiss the First Amended Class Complaint (ECF No. 144 ("FAC")). This Motion is based on the following Memorandum of Points and Authorities and the declaration of Boris Bershteyn. Plaintiffs declined to consent to the requested six-page extension.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants respectfully request that the Court grant them leave to file a 30-page Joint Motion to Dismiss the FAC—exceeding LR 7-3 by just six pages. Under LR 7-3(c), the Court may allow a party to exceed the standard 24-page limit on motions to dismiss "upon a showing of good cause." Good cause exists to support the requested six-page extension because defendants have worked to efficiently brief defects in the FAC that are common to all defendants in one brief, which will explain how none of the allegations that plaintiffs added to the FAC address (much less cure) the "numerous pleading deficiencies" this Court found in plaintiffs' initial complaint. *Gibson v. MGM Resorts Int'l*, No. 23-CV-00140 (MMD), 2023 WL 7025996, at *1 (D. Nev. Oct. 24, 2023). The six additional pages are warranted by the FAC's length (370 paragraphs—triple the length of the initial complaint—with 33 pages of exhibits) and the addition of a second claim for relief based on alleged vertical agreements between defendants. (FAC ¶¶ 361-70.) Defendants' Joint Motion to Dismiss the FAC is due on February 14, 2024, and consistent with LR 7-3(c), this motion is submitted in advance of this deadline and supported by a declaration stating the reasons six additional pages are needed.

Good cause also exists because the requested six-page extension would further defendants' efforts to efficiently address issues relevant to all defendants in a single motion, rather than in overlapping motions from each defendant. Although each defendant would be entitled to 24 pages of briefing in an individual motion to dismiss, the interests of the Court and all parties to the litigation would be better served by joint briefing of issues common to all defendants. Accordingly, the undersigned defendants request the Court's permission to file a joint motion to

1

dismiss the FAC that does not exceed 30 pages.

Dated: February 9, 2024

Respectfully submitted,

/s/ *Boris Bershteyn*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*pro hac vice*)
Ken Schwartz (*pro hac vice*)
Michael Menitove (*pro hac vice*)
Sam Auld (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*


/s/ *Tammy A. Tsoumas*
Patrick G. Byrne
Nevada Bar No. 7636
Bradley Austin
Nevada Bar No. 13064
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
pbyrne@swlaw.com
baustin@swlaw.com

/s/ *Patrick J. Reilly*
Patrick J. Reilly
Arthur A. Zorio
Emily Garnett (pro hac vice)
Eric D. Walther
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Ste. 1600
Las Vegas, NV 89106
Telephone:  702.382.2101
preilly@bhfs.com
azorio@bhfs.com
egarnett@bhfs.com
ewalther@bhfs.com

*Attorneys for Defendant Treasure Island, LLC*


/s/ *Brendan A. McShane*
J. Colby Williams (5549)
710 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
jcw@cwalawlv.com

Sadik Huseny (*pro hac vice*)
Tim O'Mara (*pro hac vice*)
Brendan A. McShane (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
sadik.huseny@lw.com
tim.o'mara@lw.com
brendan.mcshane@lw.com

Anna M. Rathbun (*pro hac vice*)
Christopher J. Brown (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-3381

2

| | |
|---|---|
| Mark Holscher (*pro hac vice*) | Facsimile: (202) 637-2201 |
| Tammy Tsoumas (*pro hac vice)* | anna.rathbun@lw.com |
| Leonora Cohen (*pro hac vice*) | chris.brown@lw.com |
| KIRKLAND & ELLIS LLP | |
| 2049 Century Park East, Suite 3700 | *Attorneys for Defendant Cendyn Group LLC* |
| Los Angeles, California 90067 | |
| Telephone: (310) 552-4200 | |
| Facsimile: (310) 552-5900 | |
| ttsoumas@kirkland.com | /s/ *Matthew L. McGinnis* |
| mholscher@kirkland.com | Daniel McNutt, Esq., Bar No. 7815 |
| lena.cohen@kirkland.com | Matthew C. Wolf, Esq., Bar No. 10801 |
| | MCNUTT LAW FIRM, P.C. |
| Matthew Solum (*pro hac vice*) | 11441 Allerton Park Drive, #100 |
| KIRKLAND & ELLIS LLP | Las Vegas, Nevada 89135 |
| 601 Lexington Ave | Tel.: (702) 384-1170 |
| New York, NY 10022 | Fax.: (702) 384-5529 |
| Telephone: (212) 446-4688 | drm@mcnuttlawfirm.com |
| Facsimile: (917) 848-7536 | mcw@mcnuttlawfirm.com |
| msolum@kirkland.com | |
| | Matthew L. McGinnis (*pro hac vice*) |
| *Attorneys for Defendant Wynn Resorts Holdings, LLC* | ROPES & GRAY LLP |
| | Prudential Tower |
| | 800 Boylston Street |
| | Boston, Massachusetts 02199 |
| | Tel: (617) 951-7000 |
| /s/ *Arman Oruc* | Fax: (617) 951-7050 |
| Nicholas J. Santoro (NV Bar No. 532) | matthew.mcginnis@ropesgray.com |
| 300 S. 4th Street, Suite 1600 | |
| Las Vegas, NV 89101 | |
| Tel.: (702) 791-0308 / Fax: (702) 791-1912 | Of counsel: |
| nsantoro@nevadafirm.com | |
| | David B. Hennes |
| Arman Oruc (*pro hac vice*) | Jane E. Willis |
| GOODWIN PROCTER LLP | ROPES & GRAY LLP |
| 1900 N Street, N.W. | 1211 Avenue of the Americas |
| Washington, DC 20036-1612 | New York, New York 10036 |
| Tel.: (202) 346-4000 / Fax: (202) 346-4444 | Tel: (212) 596-9000 |
| AOruc@goodwinlaw.com | Fax: (212) 596-9090 |
| | david.hennes@ropesgray.com |
| Alicia Rubio-Spring (*pro hac vice*) | jane.willis@ropesgray.com |
| GOODWIN PROCTER LLP | |
| 100 Northern Avenue | *Attorneys for Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P.* |
| Boston, MA 02110 | |
| Tel.: (617) 570-1000 / Fax: (617) 523-1231 | |
| ARubio-Spring@goodwinlaw.com | |
| | |
| *Attorneys for Defendant The Rainmaker Group Unlimited, Inc.* | |

3