Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*pro hac vice*)
Ken Schwartz (*pro hac vice*)
Michael Menitove *(pro hac vice)*
Sam Auld (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
(212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and ROBERTO MANZO,<br><br>Plaintiffs,<br><br>v.<br><br>CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC,<br><br>Defendants. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**DECLARATION OF BORIS BERSHTEYN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE FIRST AMENDED CLASS COMPLAINT WITH PREJUDICE** |

I, Boris Bershteyn, declare as follows:

1. I am a partner at Skadden, Arps, Slate, Meagher & Flom LLP, admitted *pro hac vice* as counsel for Defendant Caesars Entertainment, Inc. in the above-captioned matter. I have full knowledge of the matters stated herein and could testify thereto.

2. Attached hereto are true and correct copies of the following exhibits in support of Defendants' Joint Motion To Dismiss the First Amended Class Complaint With Prejudice.

| Exhibit Number | Description |
| --- | --- |
| A | Backup data, as provided by plaintiffs, to the charts displayed at paragraphs 15, 16, 213, 217-20, 222, 240 of the first amended complaint. |
| B | Graph comparing average room rates on the Las Vegas Strip to the St. Louis Federal Reserve's Casino-Hotel Guestroom PPI. |

I declare under penalty of perjury under 28 U.S.C. § 1746 and the law of the State of Nevada, that the foregoing is true and correct.

Dated: February 14, 2024         /s/ *Boris Bershteyn*
                                 Boris Bershteyn

1