# EXHIBIT B

# Graph Comparing Average Room Rates on the Las Vegas Strip to the St. Louis Federal Reserve's Casino-Hotel Guestroom PPI

# Las Vegas Strip Average Daily Rate Compared to St. Louis Federal Reserve Casino-Hotel Guestroom PPI
*2011 – 2023*

