Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
**MCNUTT LAW FIRM, P.C.**
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

Matthew L. McGinnis *(pro hac vice)*
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Tel: (617) 951-7000 / Fax: (617) 951-7050
matthew.mcginnis@ropesgray.com

Of counsel:

David B. Hennes
Jane E. Willis
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000
Fax: (212) 596-9090
david.hennes@ropesgray.com
jane.willis@ropesgray.com

*Counsel for Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON AND ROBERTO MANZO, <br><br> Plaintiffs, <br><br> v. <br><br> CENDYN GROUP LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, BLACKSTONE INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC, <br><br> Defendants. | Case No. 2:23-cv-00140-MMD-DJA <br><br> **DEFENDANTS BLACKSTONE INC. AND BLACKSTONE REAL ESTATE PARTNERS VII L.P.'S CERTIFICATE OF INTERESTED PARTIES** |

1

1 | Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P., by and through their undersigned counsel, hereby disclose and certify that:

Blackstone Inc. is a publicly traded company that has no parent corporation and, to the best of its knowledge, no publicly held corporation owns 10% or more of its stock.  Blackstone Real Estate Partners VII L.P. is an affiliate of Blackstone Inc.

There are no other known interested parties other than those participating in the case.  These representations are made to enable judges of this Court to evaluate possible disqualifications or recusal.

Dated:  February 14, 2024

Respectfully submitted,

*/s/   Daniel McNutt*
Daniel McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
**MCNUTT LAW FIRM, P.C.**
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170
Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

Of counsel:

David B. Hennes
Jane E. Willis
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000
Fax: (212) 596-9090
david.hennes@ropesgray.com
jane.willis@ropesgray.com

Matthew L. McGinnis *(pro hac vice)*
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Tel: (617) 951-7000
Fax: (617) 951-7050
matthew.mcginnis@ropesgray.com

*Counsel for Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, I electronically transmitted the foregoing **Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P.'s Certificate of Interested Parties** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                        */s/ Lisa Heller*
                                        An Employee of McNutt Law Firm, P.C.