**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq. (*pro hac vice*)
steve@hbsslaw.com
Ted Wojcik, Esq. (*pro hac vice*)
tedw@hbsslaw.com
Stephanie A. Verdoia, Esq. (*pro hac vice*)
stephaniev@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(P) (206) 623-7292 (F) (206) 623-0594
-and-
Rio S. Pierce, Esq. (*pro hac vice*)
riop@hbsslaw.com
Abby R. Wolf, Esq.
abbyw@hbsslaw.com
715 Hearst Ave, Suite 300
Berkley, CA 94710
(P) (206) 623-7292 (F) (206) 623-0594

*Counsel for Plaintiffs and the Proposed Class*
*Additional Counsel on the Signature Pages*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON and ROBERTO MANZO, <br><br> Plaintiffs, <br><br> v. <br><br> CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC, <br><br> Defendants. | Case No. 2:23-cv-00140-MMD-DJA <br><br> **JOINT MOTION FOR EXTENSION OF TIME AND ALTERATION OF PAGE LIMITS AND [PROPOSED] ORDER** <br><br> **(SECOND REQUEST)** |

Plaintiffs Richard Gibson and Roberto Manzo ("Plaintiffs") and Defendants Cendyn Group LLC, the Rainmaker Group Unlimited, Inc., Caesars Entertainment, Inc., Treasure Island, LLC, Wynn Resorts Holdings, LLC, Blackstone Inc., and Blackstone Real Estate Partners VII L.P., (together, "Certain Defendants") (collectively, Plaintiffs and Certain Defendants are

JOINT MOTION FOR EXTENSION

referred to herein as the "Parties"), by and through their respective counsel, for good cause shown, hereby stipulate under Local Rule 7-1(c) and agree as follows:

1) Plaintiffs filed their amended complaint on November 27, 2023. (ECF No. 144.)

2) The Parties proposed a briefing schedule on December 7, 2023. Under the briefing schedule proposed by the parties, Defendants would file their motion to dismiss by February 14, 2024; Plaintiffs would file their opposition by April 26, 2024; Defendants would file their reply in support of the motion to dismiss by June 14, 2024. (ECF No. 149.) The Court granted in part and denied in part the stipulation. The Court stated that "normal briefing schedule will apply" with Defendants filing their motion to dismiss by February 14, 2024, Plaintiffs filing their opposition by February 28, 2024, and Defendants filing their reply by March 6, 2024. (ECF No. 150).

3) Certain Defendants moved on February 9, 2024 for an additional 6 pages for their joint opening brief, which the Court granted on February 12, 2024. (ECF Nos. 158, 159.)

4) On February 14, 2024, Certain Defendants filed a thirty page joint motion to dismiss. (ECF No. 160). In addition, Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P., (collectively, the "Blackstone Entities") filed a ten page individual motion to dismiss. (ECF No. 161). The motions to dismiss were filed eighty-four days after Plaintiffs filed their amended complaint and seventy-six days after the last new defendant had been served.

5) Plaintiffs respectfully request (1) an additional week to respond to Defendants' two motions to dismiss (increasing their time to respond from two weeks to three weeks), and (2) for the ability to file a single combined opposition of no more than 40 pages

JOINT MOTION FOR EXTENSION

that will respond to both the Joint Motion to dismiss and the Individual Motion to Dismiss by the Blackstone Entities.

6) Plaintiffs conferred regarding this issue with Defendants. Defendants state that, while they recognize the Court stated the "normal briefing schedule will apply" and did not seek an extension to that schedule, Defendants do not oppose Plaintiffs' request provided that, if the Court granted it, Defendants would receive a corresponding one week extension for their Replies and five additional pages for the Joint Motion to Dismiss (a total of no more than 17 pages for their Joint Reply).[1] Plaintiffs do not oppose Defendants' request.

7) The Parties respectfully submit that an extension of seven days each for the normal briefing schedule provided under the Local Rules for the Oppositions and Replies to the Motions to Dismiss is appropriate due to the complexity of the issues and the multiple briefs that were filed.

8) Plaintiffs respectfully submit that a combined brief of 40 pages will allow for greater efficiency in addressing Certain Defendants' arguments and will result in less over all pages before the Court. Pursuant to Local Rule 7-3(b), Plaintiffs would have been entitled to up to 48 pages of total briefing, so this proposal results in 8 less total pages presented by the Plaintiffs. The 40 pages requested is also exactly equal to the number of pages collectively used by the Joint and Blackstone Entities Motions to Dismiss.  The corresponding extensions for Certain Defendants' joint replies would allow them to efficiently respond to Plaintiffs' opposition and address overlapping

---

[1] For the avoidance of doubt, the proposed 17-page limit for the Joint Reply shall not apply to any reply the Blackstone Entities may file in connection with their motion to dismiss (ECF No. 161).  The Blackstone Entities do not seek any modification of the applicable page limit in L.R. 7-3 for such reply.

JOINT MOTION FOR EXTENSION

arguments in their Joint Reply, while ensuring they have sufficient time to coordinate arguments among six Defendants.

9) This is the second stipulation for an extension of time related to the briefing schedule for any motion to dismiss the Amended Complaint.

Accordingly, the Parties hereby stipulate and agree, and respectfully request that the Court order, the following schedule:

10) Plaintiffs' deadline to respond to Defendants' two pending motions to dismiss shall be extended one week from February 28, 2024 to March 6, 2024;

11) Plaintiffs shall file a combined opposition brief of no more than 40 pages to respond to both the Joint Motion to Dismiss (ECF No. 160) and the Blackstone Entities Motion to Dismiss (ECF No. 161);

12) Defendants would receive a corresponding extension of one week for their replies in support of the motion to dismiss, from March 6, 2024 to March 20, 2024, and an additional 5 pages for their joint motion reply briefing.

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

Dated:_____

| | |
|---|---|
| Dated: February 21, 2024 | Respectfully submitted, |

By: */s/ Steve W. Berman*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq. (*pro hac vice*)
Ted Wojcik, Esq. (*pro hac vice*)
Stephanie A. Verdoia, Esq. (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101

Rio S. Pierce, Esq. (*pro hac vice*)
Abby R. Wolf, Esq. (*pro hac vice*)
715 Hearst Ave, Suite 300
Berkeley, California 94710

**PANISH SHEA BOYLE RAVIPUDI LLP**
BRIAN J. PANISH, NV Bar No. 16123
RAHUL RAVIPUDI, NV Bar No. 14750
IAN SAMSON, NV Bar No. 15089
300 S. Fourth Street, Suite 710
Las Vegas, Nevada 89101
Telephone: 702.560.5520

*Attorneys for Plaintiffs and the Proposed class*

| | |
|---|---|
| */s/ Boris Bershteyn* | */s/ Patrick J. Reilly* |
| Adam Hosmer-Henner (NSBN 12779) | Patrick J. Reilly |
| Chelsea Latino (NSBN 14227) | Arthur A. Zorio |
| Jane Susskind (NSBN 15099) | Emily Garnett (pro hac vice) |
| McDONALD CARANO LLP | Eric D. Walther |
| 100 West Liberty Street, Tenth Floor | BROWNSTEIN HYATT FARBER |
| Reno, Nevada 89501 | SCHRECK, LLP |
| (775) 788-2000 | 100 North City Parkway, Ste. 1600 |
| ahosmerhenner@mcdonaldcarano.com | Las Vegas, NV 89106 |
| clatino@mcdonaldcarano.com | Telephone: 702.382.2101 |
| jsusskind@mcdonaldcarano.com | preilly@bhfs.com |
| | azorio@bhfs.com |
| Boris Bershteyn (*pro hac vice*) | egarnett@bhfs.com |
| Ken Schwartz (*pro hac vice*) | ewalther@bhfs.com |
| Michael Menitove (*pro hac vice*) | |
| Sam Auld (*pro hac vice*) | *Attorneys for Defendant Treasure Island, LLC* |
|   SKADDEN, ARPS, SLATE, | |
|   MEAGHER & FLOM LLP | */s/ Anna M. Rathbun* |
| One Manhattan West | Sadik Huseny (*pro hac vice*) |
| New York, New York 10001 | Tim O'Mara (*pro hac vice*) |

(212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendant
Caesars Entertainment, Inc.*

*/s/ Tammy Tsoumas*
Patrick G. Byrne
Nevada Bar No. 7636
Bradley Austin
Nevada Bar No. 13064
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
pbyrne@swlaw.com
baustin@swlaw.com

Mark Holscher (*pro hac vice*)
Tammy Tsoumas (*pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
ttsoumas@kirkland.com
mholscher@kirkland.com

Matthew Solum (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4688
Facsimile: (917) 848-7536
msolum@kirkland.com

*Attorneys for Defendant Wynn
Resorts Holdings, LLC*

*/s/ Daniel McNutt*
Daniel McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
MCNUTT LAW FIRM, P.C.

Brendan A. McShane (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
sadik.huseny@lw.com
tim.o'mara@lw.com
brendan.mcshane@lw.com

Anna M. Rathbun (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-3381
Facsimile: (202) 637-2201
anna.rathbun@lw.com

*Attorneys for Defendant Cendyn Group LLC*

11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170
Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
Matthew L. McGinnis (pro hac vice)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Tel: (617) 951-7000
Fax: (617) 951-7050
matthew.mcginnis@ropesgray.com

*Counsel for Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P.*

Of counsel:
David B. Hennes
Jane E. Willis
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000
Fax: (212) 596-9090
david.hennes@ropesgray.com
jane.willis@ropesgray.com