**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Stephanie A. Verdoia (*pro hac vice*)
stephaniev@hbsslaw.com
Ted Wojcik (*pro hac vice*)
tedw@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
Abby R. Wolf (*pro hac vice*)
abbyw@hbsslaw.com
715 Hearst Ave, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

**PANISH SHEA BOYLE RAVIPUDI LLP**
Brian J. Panish (NV Bar No. 16123)
panish@psbr.law
Rahul Ravipudi (NV Bar No. 14750)
rravipudi@psbr.law
Adam Ellis (NV Bar No. 14514)
aellis@psbr.law
Ian Samson (NV Bar No. 15089)
isamson@psbr.law
300 S. Fourth Street, Suite 710
Las Vegas, NV 89101
Telephone: (702) 560-5520

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON and ROBERTO MANZO, <br><br> Plaintiffs, <br><br> v. <br><br> CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC, <br><br> Defendants. | Case No. 2:23-cv-00140-MMD-DJA <br><br> **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS THE FIRST AMENDED COMPLAINT WITH PREJUDICE** |

I, Steve Berman, declare as follows:

1. I am the managing partner of Hagens Berman Sobol Shapiro LLP. Hagens Berman is counsel for the Plaintiffs in this case. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached as Exhibit A is a true and correct copy of charts, for the years 2012 to 2023, comparing the difference between (1) the Casino Hotel Guestroom Purchaser Price Index ("PPI") and Casino Hotel PPI; and (2) the Non-Casino Hotel Guestroom PPI and Non-Casino Hotel PPI.

3. Attached as Exhibit B is a true and correct copy of the Statement of Interest of the United States in *Duffy v. Yardi Sys Inc. et al.*, No. 2:23-cv-01391-RSL, ECF No. 149 (March 1, 2024).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of March 2024, at Seattle, Washington.

*s/ Steve Berman*
Steve W. Berman
