Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Boris Bershteyn (*pro hac vice*)
Ken Schwartz (*pro hac vice*)
Michael Menitove *(pro hac vice)*
Sam Auld (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
(212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendant
Caesars Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GIBSON, and ROBERTO MANZO, | Case No. 2:23-cv-00140-MMD-DJA |
| Plaintiffs, | |
| v. | **DECLARATION OF BORIS BERSHTEYN IN FURTHER SUPPORT OF DEFENDANTS' JOINT REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE FIRST AMENDED CLASS COMPLAINT WITH PREJUDICE** |
| CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC, | |
| Defendants. | |

I, Boris Bershteyn, declare as follows:

1. I am a partner at Skadden, Arps, Slate, Meagher & Flom LLP, admitted *pro hac vice* as counsel for Defendant Caesars Entertainment, Inc. in the above-captioned matter. I have full knowledge of the matters stated herein and could testify thereto.

2. In Defendants' Joint Motion To Dismiss the First Amended Class Complaint ("FAC") With Prejudice, defendants identified certain errors in the calculations presented in chart form in plaintiffs' FAC. (ECF No. 160 at 17.) Among other things, defendants pointed out that the data behind three charts (ECF No. 144 ¶¶ 15, 214-15), shows that plaintiffs "falsely attribute 100% price decreases to the Venetian for quarters in which they lack data." (ECF No. 160 at 17.)

3. In plaintiffs' Opposition to Defendants' Joint Motion To Dismiss the First Amended Class Complaint With Prejudice, plaintiffs claim that they "do not attribute a 100% price decrease to the Venetian in Q4 2020 for their analysis of Venetian prices. Rather, in Q4 2020, the Venetian, which operates the hotel towers of the Palazzo and the Venetian, decided to temporarily close the Palazzo tower and raised prices for the Venetian tower—shifting all of its business to that tower." (ECF No. 167 at 22 n.80 (citations omitted).) Therefore, according to plaintiffs, they "have calculated an average price change for the Venetian and the Palazzo (across the total capacity of those hotel towers) and then used that for purposes of their analysis of Venetian pricing." (*Id.*)

4. Figure 1 below is a screenshot from Exhibit A, which is plaintiffs' data, with the only alteration being that I highlighted cells Z16-17, AA16-17, AA36, and AA45 for ease of reference.[1] As Figure 1 alleges, in 3Q20, the Venetian's price was $155 (cell Z16) and the Palazzo's price was $134 (cell Z17). In 4Q20, plaintiffs claim that the Venetian price was $171 and do not have any data for the Palazzo—purportedly because it was closed. (ECF No. 167 at 22 n.80.) Despite the indisputable fact that the average alleged Venetian price *increased* from $145 (the average of $155 and $134) to $171, plaintiffs calculate that the price *decreased* by 45% (cell AA45). The reason is that plaintiffs' data, in effect, assumes that all the rooms at the Palazzo were available to guests for free during the time it was closed—a facially inaccurate price decrease of 100% (cell AA36). Thus, calculations behind plaintiffs' charts (ECF No. 144 ¶¶ 15, 214-15),

---

[1] To make the screenshot more visible, I also hid columns F through Y.

1

mischaracterize a price increase at the Venetian towers as a 45% price decrease.

**Figure 1:**

[Figure 1: Spreadsheet showing Average Daily Room Rate ($) data sourced from JP Morgan North American Equity Research Reports - Gaming Las Vegas Strip, for hotels including Paris Las Vegas, Bally's Las Vegas, Flamingo Las Vegas, Caesars Palace, Harrah's Las Vegas, Rio Hotel & Casino, Planet Hollywood, The Cromwell, The Linq, Wynn Las Vegas, Encore Las Vegas, Venetian, Palazzo, Treasure Island, Cosmopolitan Las Vegas, and Tropicana Las Vegas, across quarters from 4Q14 to 3Q23. Highlighted cells show Venetian 3Q20=155, 4Q20=171; Palazzo 3Q20=134; Palazzo 4Q20=-100%; Average LVS - Venetian/Palazzo 4Q20=-45%. Average Price Growth table shows: Treasure Island 4.28%/2.41%, Caesars 3.43%/1.90%, Wynn 3.70%/1.86%, Tropicana 7.67%/1.62%, Cosmopolitan* 2.97%/1.42%, Venetian 1.36%/0.23%. *Data for Cosmopolitan are only considered up until 2Q22, as after the hotel was acquired by the MGM group.]

5.      Attached hereto is Exhibit A, a true and correct copy of the complete Microsoft Excel file provided by plaintiffs' counsel on February 6, 2024 as "backup data" for the charts displayed at paragraphs 15, 16, 213-15, 217-20, 222, and 240 of the FAC.

1  I declare under penalty of perjury under 28 U.S.C. § 1746 and the law of the State of
2  Nevada, that the foregoing is true and correct.

4  Dated: March 20, 2024                               /s/ *Boris Bershteyn*