1  MCNUTT LAW FIRM, P.C.
   Daniel R. McNutt, Esq., Bar No. 7815
2  Matthew C. Wolf, Esq., Bar No. 10801
   11441 Allerton Park Drive, #100
3  Las Vegas, Nevada 89135
   Tel.: (702) 384-1170 / Fax.: (702) 384-5529
4  drm@mcnuttlawfirm.com
   mcw@mcnuttlawfirm.com
5
   ROPES & GRAY LLP
6  Matthew L. McGinnis, Esq. (*pro hac vice*)
   Prudential Tower
7  800 Boylston Street
   Boston, Massachusetts 02199
8  Tel: (617) 951-7000 / Fax: (617) 951-7050
   matthew.mcginnis@ropesgray.com
9
   Of Counsel:
10
   ROPES & GRAY LLP
11 David B. Hennes, Esq.
   Jane E. Willis, Esq.
12 1211 Avenue of the Americas
   New York, New York 10036
13 Tel: (212) 596-9000 / Fax: (212) 596-9090
   david.hennes@ropesgray.com
14 jane.willis@ropesgray.com
   *Counsel for Defendants Blackstone Inc. and*
15   *Blackstone Real Estate Partners VII L.P.*

16                **UNITED STATES DISTRICT COURT**

17                       **DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON and ROBERTO MANZO, | Case No. 2:23-cv-00140-MMD-DJA |
| Plaintiffs, | |
| v. | **Stipulation and [Proposed] Order Regarding Deadline to File Discovery Plan and Scheduling Order** |
| CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDING, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC, | |
| Defendants. | |

1

1  Through their respective undersigned counsel, Plaintiffs Richard Gibson and Roberto Manzo ("Plaintiffs") and Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P. ("Blackstone Entities") (collectively, "the Parties") hereby stipulate to extend the time for the Parties to submit a discovery plan and scheduling order.

The Blackstone Entities first appeared in the above-referenced matter on February 14, 2024. (Dkt. Nos. 160, 161, 162.)  With that appearance, the CM/ECF system auto-generated a deadline of March 30, 2024, to file a discovery plan and scheduling order.  (Dkt. No. 161.)

Prior to the Blackstone Entities' appearance in the above-referenced matter, on July 11, 2023, this Court ordered that, "in the event the motions to dismiss are not granted in full, the parties shall file a stipulated proposed discovery plan and scheduling order no later than fourteen days after a decision on the pending motions to dismiss."  (Dkt. No. 129 at 10:18–20.)

Accordingly, the Parties stipulate and agree to file a stipulated proposed discovery plan and scheduling order no later than fourteen days after District Court Judge Du issues a decision on the pending motions to dismiss, in the event that the motions are not granted in full.  (Dkt. Nos. 160, 161.)

[*Continued on next page*]

2

1    This is the Parties' first request for an extension of this deadline. This Stipulation is sought
2  in good faith, is not interposed for delay, and is not filed for an improper purpose.

|  |  |
|---|---|
| MCNUTT LAW FIRM, P.C. | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | /s/ *Steve W. Berman* |
| /s/ *Dan McNutt* | Steve W. Berman (*Pro Hac Vice*) |
| Daniel McNutt, Esq., Bar No. 7815 | Ted Wojcik (*Pro Hac Vice*) |
| Matthew C. Wolf, Esq., Bar No. 10801 | Stephanie A. Verdoia (*Pro Hac Vice*) |
| 11441 Allerton Park Drive, #100 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Las Vegas, Nevada 89135 | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| ROPES & GRAY LLP | |
| | Rio S. Pierce (*Pro Hac Vice*) |
| | Abby R. Wolf (*Pro Hac Vice*) |
| /s/ *Matthew L. McGinnis* | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Matthew L. McGinnis, Esq. (*pro hac vice*) | 715 Hearst Avenue, Suite 300 |
| Prudential Tower | Berkeley, CA 94710 |
| 800 Boylston Street | |
| Boston, Massachusetts 02199 | PANISH SHEA BOYLE RAVIPUDI LLP |
| Of Counsel: | |
| David B. Hennes | /s/ *Rahul Ravipudi* |
| Jane E. Willis | Brian J. Panish, Esq., Bar No. 16123 |
| 1211 Avenue of the Americas | Rahul Ravipudi, Esq., Bar No. 14750 |
| New York, New York 10036 | Ian Samson, Esq., Bar No. 15089 |
| | 300 S. Fourth Street, Suite 710 |
| *Counsel for Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P.* | Las Vegas, Nevada 89101 |
| | *Attorneys for Plaintiffs and the Proposed Class* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE


DATED:_____