**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Stephanie A. Verdoia (*pro hac vice*)
stephaniev@hbsslaw.com
Ted Wojcik (*pro hac vice*)
tedw@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
Abby R. Wolf (*pro hac vice*)
abbyw@hbsslaw.com
715 Hearst Ave, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

**PANISH SHEA BOYLE RAVIPUDI LLP**
Brian J. Panish (NV Bar No. 16123)
panish@psbr.law
Rahul Ravipudi (NV Bar No. 14750)
rravipudi@psbr.law
Adam Ellis (NV Bar No. 14514)
aellis@psbr.law
Ian Samson (NV Bar No. 15089)
isamson@psbr.law
300 S. Fourth Street, Suite 710
Las Vegas, NV 89101
Telephone:  (702) 560-5520

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON and ROBERTO MANZO,<br><br>Plaintiffs,<br><br>v.<br><br>CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC.<br><br>Defendants. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs respectfully submit the Statement of Interest filed by the U.S. Department of Justice and the Federal Trade Commission in *Cornish-Adebiyi et al. v. Caesars Entertainment Inc., et al.*, No. 1:23-cv-02536-KMW-EAP (D.N.J. Mar. 28, 2024) as supplemental authority (hereafter "Statement"). The Statement is attached hereto as Exhibit A.

In *Cornish*, the plaintiffs—a putative class of consumers who rented casino-hotel rooms in Atlantic City, New Jersey—challenge a scheme in many ways identical to the one at issue in this case, alleging that defendant casino-hotels (including many of the same defendants named in this case) knowingly adopted and used Rainmaker's pricing algorithm to fix, stabilize, and artificially inflate rental prices for guest rooms in Atlantic City. *See* Ex. B (amended complaint). The *Cornish* defendants recently moved to dismiss. *See* Ex. C (joint motion to dismiss); Ex. D (*Cornish* plaintiffs' opposition).[1] The Department of Justice submitted a Statement of Interest in the case to "summarize the applicable legal principles for claims of algorithmic price fixing and to address two legal errors that defendants appear to make in their motion to dismiss." Ex. A at 2-3. Plaintiffs respectfully submit that the Statement of Interest is of persuasive value in this case.

DATED:  April 1, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
   Steve W. Berman (*pro hac vice*)
Stephanie A. Verdoia (*pro hac vice*)
Ted Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
stephaniev@hbsslaw.com
tedw@hbsslaw.com

---

[1] Plaintiffs include the *Cornish* briefing for completeness and do not represent it is authority.

Rio S. Pierce (*pro hac vice*)
Abby R. Wolf (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
riop@hbsslaw.com
abbyw@hbsslaw.com

Rahul Ravipudi (NV Bar No. 14750)
Adam Ellis (NV Bar No. 14514)
Ian P. Samson (NV Bar No. 15089)
PANISH SHEA BOYLE RAVIPUDI LLP
300 S. 4th Street, Suite 710
Las Vegas, NV 89101
Telephone: (702) 560-5520
Facsimile:  (702) 975-2515
rravipudi@psblaw.com
aellis@psblaw.com
isamson@psblaw.com

Brian J. Panish (NV Bar No. 16123)
PANISH SHEA BOYLE RAVIPUDI LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile:  (310) 477-1699
panish@psbrlaw.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED:  April 1, 2024

                                        */s/ Steve W. Berman*
                                         Steve W. Berman