| | |
|---|---|
| 1 | Adam Hosmer-Henner (NSBN 12779) |
| 2 | Chelsea Latino (NSBN 14227) |
|   | Jane Susskind (NSBN 15099) |
| 3 | **McDONALD CARANO LLP** |
|   | 100 West Liberty Street, Tenth Floor |
| 4 | Reno, Nevada 89501 |
|   | (775) 788-2000 |
| 5 | ahosmerhenner@mcdonaldcarano.com |
|   | clatino@mcdonaldcarano.com |
| 6 | jsusskind@mcdonaldcarano.com |
| 7 | Boris Bershteyn (*pro hac vice*) |
|   | Ken Schwartz (*pro hac vice*) |
| 8 | Michael Menitove *(pro hac vice)* |
|   | Sam Auld (*pro hac vice*) |
| 9 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| 10 | One Manhattan West |
|    | New York, New York 10001 |
| 11 | (212) 735-3000 |
|    | Boris.Bershteyn@skadden.com |
| 12 | Ken.Schwartz@skadden.com |
|    | Michael.Menitove@skadden.com |
| 13 | Sam.Auld@skadden.com |
| 14 | *Attorneys for Defendant* |
|    | *Caesars Entertainment, Inc.* |
| 15 | |
| 16 | [*Additional counsel listed on Signature Page*] |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and ROBERTO MANZO, | Case No. 2:23-cv-00140-MMD-DJA |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC, BLACKSTONE, INC., BLACKSTONE REAL ESTATE PARTNERS VII L.P., JC HOSPITALITY, LLC, | |
| Defendants. | |

1   The undersigned parties write in response to this Court's order (ECF No. 174) directing
2   them to report whether any party intends to seek the Court's recusal from this case after
3   considering the information provided in the Court's order. After meeting and conferring, the
4   parties are pleased to report that no party intends to seek this Court's recusal and that they share
5   this Court's view that the information provided by the Court is not a basis for its recusal.
6   Out of an abundance of caution, should this case proceed beyond the pleading stage,
7   defendants would consent to an administrative amendment to paragraph 336 of the first amended
8   complaint to exclude this Court and its personnel (as well as their family members) from the
9   definition of the putative class. The parties are prepared to address these issues at next
10  Wednesday's hearing on defendants' joint motion to dismiss.

11  Dated: April 19, 2024                                      Respectfully submitted,

12  /s/ Boris Bershteyn                                        /s/ Steve W. Berman
13  Boris Bershteyn (*pro hac vice*)                           HAGENS BERMAN SOBOL SHAPIRO LLP
    Ken Schwartz (*pro hac vice*)                              Steve W. Berman, Esq. (*pro hac vice*)
14  Michael Menitove (*pro hac vice*)                          Ted Wojcik, Esq. (*pro hac vice*)
    Sam Auld (*pro hac vice*)                                  Stephanie A. Verdoia, Esq. (*pro hac vice*)
15    SKADDEN, ARPS, SLATE,                                    1301 Second Avenue, Suite 2000
      MEAGHER & FLOM LLP                                       Seattle, Washington 98101
16  One Manhattan West
17  New York, New York 10001                                   Rio S. Pierce, Esq. (pro hac vice)
    (212) 735-3000                                             Abby R. Wolf, Esq. (pro hac vice)
18  Boris.Bershteyn@skadden.com                                715 Hearst Ave, Suite 300
    Ken.Schwartz@skadden.com                                   Berkeley, California 94710
19  Michael.Menitove@skadden.com
20  Sam.Auld@skadden.com                                       PANISH SHEA BOYLE RAVIPUDI LLP
                                                               Brian J. Panish, NV Bar No. 16123
21  Adam Hosmer-Henner (NSBN 12779)                            Rahul Ravipudi, NV Bar No. 14750
    Chelsea Latino (NSBN 14227)                                Ian Samson, NV Bar No. 15089
22  Jane Susskind (NSBN 15099)                                 300 S. Fourth Street, Suite 710
    McDONALD CARANO LLP                                        Las Vegas, Nevada 89101
23  100 West Liberty Street, Tenth Floor
24  Reno, Nevada 89501                                         *Attorneys for Plaintiffs and the Proposed class*
    (775) 788-2000
25  ahosmerhenner@mcdonaldcarano.com
    clatino@mcdonaldcarano.com
26  jsusskind@mcdonaldcarano.com

27  *Attorneys for Defendant*
28  *Caesars Entertainment, Inc.*

1

| | |
|---|---|
| /s/ *Tammy A. Tsoumas* | /s/ *Patrick J. Reilly* |
| Patrick G. Byrne | Patrick J. Reilly |
| Nevada Bar No. 7636 | Arthur A. Zorio |
| Bradley Austin | Emily Garnett (pro hac vice) |
| Nevada Bar No. 13064 | Eric D. Walther |
| SNELL & WILMER | BROWNSTEIN HYATT FARBER |
| 3883 Howard Hughes Parkway | SCHRECK, LLP |
| Las Vegas, NV 89169 | 100 North City Parkway, Ste. 1600 |
| Telephone: (702) 784-5200 | Las Vegas, NV 89106 |
| Facsimile: (702) 784-5252 | Telephone:  702.382.2101 |
| pbyrne@swlaw.com | preilly@bhfs.com |
| baustin@swlaw.com | azorio@bhfs.com |
| | egarnett@bhfs.com |
| | ewalther@bhfs.com |
| Mark Holscher (*pro hac vice*) | |
| Tammy Tsoumas (*pro hac vice*) | *Attorneys for Defendant Treasure Island, LLC* |
| Leonora Cohen (*pro hac vice*) | |
| KIRKLAND & ELLIS LLP | |
| 2049 Century Park East, Suite 3700 | /s/ *Brendan A. McShane* |
| Los Angeles, California 90067 | J. Colby Williams (5549) |
| Telephone: (310) 552-4200 | 710 South Seventh Street |
| Facsimile: (310) 552-5900 | Las Vegas, NV 89101 |
| ttsoumas@kirkland.com | Telephone: (702) 382-5222 |
| mholscher@kirkland.com | Facsimile: (702) 382-0540 |
| lena.cohen@kirkland.com | jcw@cwalawlv.com |
| | |
| Matthew Solum (*pro hac vice*) | Sadik Huseny (*pro hac vice*) |
| KIRKLAND & ELLIS LLP | Tim O'Mara (*pro hac vice*) |
| 601 Lexington Ave | Brendan A. McShane (*pro hac vice*) |
| New York, NY 10022 | LATHAM & WATKINS LLP |
| Telephone: (212) 446-4688 | 505 Montgomery Street, Suite 2000 |
| Facsimile: (917) 848-7536 | San Francisco, CA 94111-6538 |
| msolum@kirkland.com | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| *Attorneys for Defendant Wynn Resorts Holdings, LLC* | sadik.huseny@lw.com |
| | tim.o'mara@lw.com |
| | brendan.mcshane@lw.com |
| | |
| | Anna M. Rathbun (*pro hac vice*) |
| | Christopher J. Brown (*pro hac vice*) |
| | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW Suite 1000 |
| | Washington, DC 20004-1304 |
| | Telephone: (202) 637-3381 |
| | Facsimile: (202) 637-2201 |
| | anna.rathbun@lw.com |
| | chris.brown@lw.com |
| | |
| | *Attorneys for Defendant Cendyn Group LLC* |

2

| | | |
|---|---|---|
| 1 | /s/ *Arman Oruc* | /s/ *Matthew L. McGinnis* |
| 2 | Nicholas J. Santoro (NV Bar No. 532) | Daniel McNutt, Esq., Bar No. 7815 |
|   | 300 S. 4th Street, Suite 1600 | Matthew C. Wolf, Esq., Bar No. 10801 |
| 3 | Las Vegas, NV 89101 | MCNUTT LAW FIRM, P.C. |
|   | Tel.: (702) 791-0308 / Fax: (702) 791-1912 | 11441 Allerton Park Drive, #100 |
| 4 | nsantoro@nevadafirm.com | Las Vegas, Nevada 89135 |

/s/ *Arman Oruc*
Nicholas J. Santoro (NV Bar No. 532)
300 S. 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
nsantoro@nevadafirm.com

Arman Oruc (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel.: (202) 346-4000 / Fax: (202) 346-4444
AOruc@goodwinlaw.com

Alicia Rubio-Spring (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Tel.: (617) 570-1000 / Fax: (617) 523-1231
ARubio-Spring@goodwinlaw.com

*Attorneys for Defendant The Rainmaker Group Unlimited, Inc.*

/s/ *Matthew L. McGinnis*
Daniel McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
MCNUTT LAW FIRM, P.C.
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170
Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

Matthew L. McGinnis (*pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Tel: (617) 951-7000
Fax: (617) 951-7050
matthew.mcginnis@ropesgray.com

Of counsel:

David B. Hennes
Jane E. Willis
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000
Fax: (212) 596-9090
david.hennes@ropesgray.com
jane.willis@ropesgray.com

*Attorneys for Defendants Blackstone Inc. and Blackstone Real Estate Partners VII L.P.*