AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Richard Gibson et al

          Plaintiffs,

v.

CENDYN Group, LLC et al

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00140-MMD-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff. Case Closed.

5/8/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Harrington  
Deputy Clerk