**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** NEVADA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:23-cv-00140-MMD-DJA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 01/25/2023

Date of judgment or order you are appealing: 05/08/2024

Docket entry number of judgment or order you are appealing: 183

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Richard Gibson and Roberto Manzo

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Steve W. Berman **Date** 06/04/2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Richard Gibson and Roberto Manzo

Name(s) of counsel (if any):

Hagens Berman Sobol Shapiro LLP: Steve W. Berman, Rio S. Pierce, Theodore Wojcik, Abby R. Wolf, Stephanie A. Verdoia

Address: 1301 Second Avenue, Suite 2000, Seattle, WA 98101

Telephone number(s): (206) 623-7292

Email(s): steve@hbsslaw.com, riop@hbsslaw.com, tedw@hbsslaw.com, abbyw@hbsslaw.com, stephaniev@hbsslaw.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Cendyn Group, LLC, The Rainmaker Group Unlimited, Inc., Caesars Entertainment Inc., Treasure Island, LLC, Wynn Resorts Holdings, LLC, Blackstone, Inc., Blackstone Real Estate Partners VII L.P., JC Hospitality, LLC

Name(s) of counsel (if any):

See attachment.

Address: See attachment.

Telephone number(s): See attachment.

Email(s): See attachment.

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Same as above.

Name(s) of counsel (if any):

Panish Shea Boyle Ravipudi LLP: Brian J. Panish, Rahul Ravipudi, Adam Ellis, Ian P. Samson

Address: 300 S. Fourth Street, Suite 710, Las Vegas, NV 89101

Telephone number(s): (702) 560-5520

Email(s): panish@psbr.law, aellis@psbr.law, isamson@psbr.law

Is counsel registered for Electronic Filing in the 9th Circuit? (•) Yes ( ) No

---

**Appellees**

Name(s) of party/parties:

Same as above.

Name(s) of counsel (if any):

See attachment.

Address: See attachment.

Telephone number(s): See attachment.

Email(s): See attachment.

---

Name(s) of party/parties:

Same as above.

Name(s) of counsel (if any):

See attachment.

Address: See attachment.

Telephone number(s): See attachment.

Email(s): See attachment.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**COUNSEL FOR APPELLEES**

Attorneys for Caesars Entertainment, Inc.
Boris Bershteyn
Ken Schwartz
Michael Menitove
Sam Auld
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

Adam Hosmer-Henner
Chelsea Latino
Jane Susskind
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Attorneys for Wynn Resorts Holdings, LLC
Patrick G. Byrne
Bradley Austin
SNELL & WILMER
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
pbyrne@swlaw.com
baustin@swlaw.com

Mark Holscher
Tammy Tsoumas
Leonora Cohen
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

ttsoumas@kirkland.com
mholscher@kirkland.com
lena.cohen@kirkland.com

Matthew Solum
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4688
Facsimile: (917) 848-7536
msolum@kirkland.com

Attorneys for Treasure Island, LLC
Patrick J. Reilly
Arthur A. Zorio
Emily Garnett
Eric D. Walther
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Ste. 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
preilly@bhfs.com
azorio@bhfs.com
egarnett@bhfs.com
ewalther@bhfs.com

Attorneys for Cendyn Group LLC
J. Colby Williams
710 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
jcw@cwalawlv.com

Sadik Huseny
Tim O'Mara
Brendan A. McShane
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
sadik.huseny@lw.com
tim.o'mara@lw.com
brendan.mcshane@lw.com

Anna M. Rathbun
Christopher J. Brown
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-3381
Facsimile: (202) 637-2201
anna.rathbun@lw.com
chris.brown@lw.com

Attorneys for The Rainmaker Group Unlimited, Inc.
Nicholas J. Santoro
300 S. 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308
Fax: (702) 791-1912
nsantoro@nevadafirm.com

Arman Oruc
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel.: (202) 346-4000
Fax: (202) 346-4444
AOruc@goodwinlaw.com

Alicia Rubio-Spring
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Tel.: (617) 570-1000
Fax: (617) 523-1231
ARubio-Spring@goodwinlaw.com

Attorneys for Blackstone Inc. and Blackstone Real Estate Partners VII L.P.
Daniel McNutt
Matthew C. Wolf
MCNUTT LAW FIRM, P.C.
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170
Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

Matthew L. McGinnis
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Tel: (617) 951-7000
Fax: (617) 951-7050
matthew.mcginnis@ropesgray.com

David B. Hennes
Jane E. Willis
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000
Fax: (212) 596-9090
david.hennes@ropesgray.com
jane.willis@ropesgray.com