Nicholas J. Santoro, Esq.
Nevada Bar No. 532
Oliver J. Pancheri, Esq.
Nevada Bar No. 7476
HOLLEY DRIGGS
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
Email: opancheri@nevadafirm.com

Arman Oruc (*Admitted Pro Hac Vice*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel.: (202) 346-4000 / Fax: (202) 346-4444
Email: AOruc@goodwinlaw.com

Alicia Rubio-Spring (*Admitted* P*ro Hac Vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Tel.: (617) 570-1000 / Facsimile: (617) 523-1231
Email: ARubio-Spring@goodwinlaw.com

*Attorneys for Defendant The Rainmaker*
 *Group Unlimited, Inc*
.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GIBSON, and HERIBERTO VALIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, CENDYN GROUP, LLC, THE RAINMAKER GROUP UNLIMITED, INC., CAESARS ENTERTAINMENT INC., TREASURE ISLAND, LLC, WYNN RESORTS HOLDINGS, LLC,<br><br>Defendant. | Case No. 2:23-cv-00140-MMD-DJA<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL AS COUNSEL** |

1    PLEASE TAKE NOTICE that Margarita Elias, Esq. is no longer associated or affiliated with the law firm HOLLEY DRIGGS and is thus no longer counsel of record for Defendant The Rainmaker Group Unlimited, Inc.  Please update all service lists accordingly.

Defendant The Rainmaker Group Unlimited, Inc. shall continue to be represented by Nicholas J. Santoro, Esq. and Oliver J. Pancheri, Esq. of the law firm of HOLLEY DRIGGS, and Arman Oruc, Esq., and Alicia Rubio-Spring, Esq., of the law firm of GOODWIN PROCTER LLP.

Dated this 2nd day of July 2024.

**HOLLEY DRIGGS**

/s/ *Nicholas J. Santoro*
Nicholas J. Santoro (NV Bar No. 532)
Oliver J. Pancheri (NV Bar No. 7476)
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email:  nsantoro@nevadafirm.com
             opancheri@nevadafirm.com

Arman Oruc (*Admitted Pro Hac Vice*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel: (202) 346-4000 / Fax: (202) 346-4444
Email: AOruc@goodwinlaw.com

Alicia Rubio-Spring (*Pro Hac Vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Tel.: (617) 570-1000 / Fax: (617) 523-1231
Email: ARubio-Spring@goodwinlaw.com

*Attorneys for Defendant The Rainmaker Group Unlimited, Inc.*

**IT IS SO ORDERED**.

DATED: 7/3/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 2 -

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July 2024, a true and correct copy of **NOTICE OF DISASSOCIATION AND WITHDRAWAL AS COUNSEL** was served electronically through with the Clerk of the Court using the CM/ECF system to all counsel of record.

*/s/ Jana Chaffee*
An Employee of HOLLEY DRIGGS