|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 19 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

RICHARD GIBSON and ROBERTO MANZO,

        Plaintiffs - Appellants,

v.

CENDYN GROUP, LLC; et al.,

        Defendants - Appellees.

No. 24-3576

D.C. No. 2:23-cv-00140-MMD-DJA

District of Nevada, Las Vegas

MANDATE

The judgment of this Court, entered August 15, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT